# EXHIBIT H

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JOHN FULTON, et. al.,       )
                           )
          Plaintiffs,    )     **Case No. 05 C 1551**
     v.                    )
                           )     **Judge Darrah**
OFFICER ZALATORIS, et. al.,  )
                           )     **Magistrate Judge Nolan**
          Defendants.    )

## AGREED ORDER TO VOLUNTARILY DISMISS DEFENDANT RUBENSTEIN WITH PREJUDICE

This cause coming to be heard and the parties having advised the Court:

IT IS HEREBY ORDERED:

The Plaintiffs hereby voluntarily dismisses Defendant Rubenstein, with prejudice and without costs.

Enter:

_____

Judge John W. Darrah
United States Magistrate Judge

Dated: October 4, 2006

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1551 | **DATE** | 10/11/2006 |
| **CASE TITLE** | Fulton vs. Zalatoris | | |

**DOCKET ENTRY TEXT**

Status hearing. Plaintiff's oral motion to voluntarily dismiss this case is granted. Case closed. Any pending dates and motions are terminated as moot.

00:05

| | Courtroom Deputy Initials: | MF |
|---|---|---|