# EXHIBIT 82

# Index of Exhibits to Individual City Defendants'
## Local Rule 56.1 Statement of Facts

| Exhibit No. | Description |
|---|---|
| 1 | Fulton Certified Statement of Conviction/Disposition |
| 2 | Mitchell Certified Statement of Conviction/Disposition |
| 3 | Trial Testimony of Sid Taylor Dated Aug. 23, 2006 |
| 4 | Case Supplementary Report of Leonard Rolston (CITY_FULTON_MITCHELL_000008-000012) |
| 5 | Case Supplementary Report of Edward Winstead (CITY_FULTON_MITCHELL_000013-000019) |
| 6 | General Offense Case Report (CITY_FULTON_MITCHELL_000001-000002) |
| 7 | Postmortem Examination Report of Dr. Mitra Kalelkar |
| 8 | Deposition Testimony of Matthew Schmitz |
| 9 | Deposition Testimony of Brian Skora |
| 10 | Trial Testimony of Matthew Schmitz Dated Aug. 23, 2006 |
| 11 | Trial Testimony of John Zalatoris Dated Aug. 30, 2006 |
| 12 | Cleared Closed Report (CITY_FULTON_MITCHELL_000026-000037) |
| 13 | Deposition Testimony of James Breen |
| 14 | Trial Testimony of Madilen Mercado Dated Aug. 23, 2006 |
| 15 | Deposition Testimony of John Zalatoris |
| 16 | Deposition Testimony of Marcus Marinelli |
| 17 | Trial Testimony of Edward Winstead Dated Aug. 25, 2006 |
| 18 | Deposition Testimony of Edward Winstead |
| 19 | Trial Testimony of Johnnitta Griffin Dated Aug. 24, 2006 |
| 20 | Deposition Testimony of Jacob Rubinstein |
| 21 | Trial Testimony of Jacob Rubinstein Dated Aug. 24, 2006 |
| 22 | Handwritten Statement of Johnnitta Griffin Dated Mar. 14, 2004 |
| 23 | Trial Testimony of Sandra Navarro Dated Aug. 28, 2006 |
| 24 | Grand Jury Testimony of Johnnitta Griffin Dated (Filed Under Seal) |
| 25 | Deposition Testimony of Johnnitta Griffin |
| 26 | Deposition Testimony of Robert Girardi |
| 27 | Trial Testimony of Robert Girardi Dated Aug. 25, 2006 |
| 28 | Motion to Suppress Transcript Dated Dec. 21, 2004 |
| 29 | Color Photos of John Fulton's Car |
| 30 | ISP Lab Reports |
| 31 | Trial Testimony of Bob Beris Dated Aug. 24, 2006 |
| 32 | Trial Testimony of Zbigniew Niewdach Dated Aug. 24, 2006 |
| 33 | Deposition Testimony of John Fulton |
| 34 | Trial Testimony of Robert Bartik Dated Aug. 24, 2006 |
| 35 | Robert Bartik Polygraph Examination Reports |
| 36 | Case Supplementary Report (CITY_FULTON_MITCHELL_0000004-000005) |
| 37 | Memorandum of Jacob Rubinstein Dated Mar. 21, 2003 |
| 38 | Trial Testimony of Nick D'Angelo Dated Aug. 25, 2006 |
| 39 | Videotaped Statement of Anthony Mitchell |

| | |
|---|---|
| 40 | Transcript of Videotaped Statement of Anthony Mitchell |
| 41 | Deposition Testimony of Anthony Mitchell |
| 42 | Felony Review Folder |
| 43 | Deposition Testimony of Andrew Varga |
| 44 | Criminal Complaint of John Fulton |
| 45 | Transcript of Probable Cause Hearing Dated March 22, 2003 |
| 46 | Motion to Suppress Testimony of Andrew Varga Dated June 10, 2005 |
| 47 | Handwritten Statement of Antonio Shaw |
| 48 | Transcript of Motion to Suppress Hearing Dated Oct. 31, 2005 |
| 49 | Trial Transcripts |
| 50 | Grand Jury Testimony of Marcus Marinelli (Filed Under Seal) |
| 51 | Grand Jury Testimony of Marisol Caldero (Filed Under Seal) |
| 52 | Grand Jury Testimony of Michael Rosas (Filed Under Seal) |
| 53 | Indictment of John Fulton and Anthony Mitchell |
| 54 | Johnnitta Griffin's May 13, 2003 Statement |
| 55 | Transcript of Johnnitta Griffin's Stated Dated Mar. 4, 2004 |
| 56 | Motion to Suppress Transcript Dated April 28, 2006 |
| 57 | Phone Records of Johnnitta Griffin |
| 58 | Affidavit of Michael Sanfratello |
| 59 | Deposition Testimony of Elliott Zinger |
| 60 | CPD Case Reports Signed by Richard Cervenka |
| 61 | Case Supplementary Report Signed by Michael Kennedy |
| 62 | Deposition Testimony of Michael Kennedy |
| 63 | Deposition Testimony of Joseph Aguirre |
| 64 | Deposition Testimony of Stephen Franko |
| 65 | Report of Proceedings Dated October 5, 2005 |
| 66 | Transcript of Motion to Quash and Suppress Dated October 5, 2004 |
| 67 | Trial Testimony of Marcus Marinelli |
| 68 | Report of Proceedings Dated October 30, 2006 |
| 69 | Sentencing Transcript Dated Nov. 30, 2006 |
| 70 | Plaintiffs' Memo in Support of Post-Conviction Petitions After Hearing |
| 71 | Fulton's Post-Conviction Petition |
| 72 | Mitchell's Post-Conviction Petition |
| 73 | Transcript of Evidentiary Hearing |
| 74 | Judge Flood's Ruling Regarding Plaintiffs' Post-Conviction Petitions |
| 75 | Fulton's Petition for a Certificate of Innocence |
| 76 | Transcript of Dismissal of Charges Dated May 29, 2019 |
| 77 | Mitchell's Petition for a Certificate of Innocence |
| 78 | People's Objection to Fulton's Petition for COI |
| 79 | People's Objection to Mitchell's Petition for COI |
| 80 | Transcript of Ruling on Plaintiffs' COI Dated Feb. 21, 2020 |
| 81 | Deposition Testimony of Marisol Caldero |