IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FULTON, | ) | Case No. 20-cv-3118 |
| | ) | |
| *Plaintiff*, | ) | Hon. Joan H. Lefkow |
| | ) | District Judge |
| v. | ) | |
| | ) | Hon. Maria Valdez |
| ROBERT BARTIK, *et al*. | ) | Magistrate Judge |
| | ) | |
| *Defendants*. | ) | JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| ANTHONY MITCHELL, | ) | Case No. 20-cv-3119 |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | [Consolidated with *Fulton v. Bartik* |
| v. | ) | for pre-trial purposes] |
| | ) | |
| ROBERT BARTIK, *et al*. | ) | |
| | ) | |
| *Defendants*. | ) | JURY TRIAL DEMANDED |

**EXHIBIT LIST IN SUPPORT OF PLAINTIFFS' CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Rolston Supplementary Report |
| 2 | Rolston Deposition Vol I |
| 3 | Rolston 4/18/2003 Supplementary Report |
| 4 | Autopsy Report |
| 5 | Medical Examiner Notes |
| 6 | Kalelkar Trial Testimony |
| 7 | Kalelkar Deposition |
| 8 | Sid Taylor Trial Testimony |
| 9 | Winstead and Rolston Supplementary Report |
| 10 | Winstead Deposition |
| 11 | Rolston Closed-Cleared Report |
| 12 | Marinelli Deposition |

| 13 | Winstead Supplementary Report |
|---|---|
| 14 | Marinelli Grand Jury Testimony |
| 15 | Griffin Deposition |
| 16 | Winstead Trial Testimony |
| 17 | Breen Deposition |
| 18 | Griffin Trial Testimony |
| 19 | Griffin 8/31/04 Testimony |
| 20 | Rolston Deposition Vol II |
| 21 | Caldero Deposition |
| 22 | Griffin Phone Records |
| 23 | Foster Bus Schedule |
| 24 | Fulton Deposition |
| 25 | Fulton 5/19/04 Testimony |
| 26 | Fulton 2/28/05 Testimony |
| 27 | Judge Deposition |
| 28 | Girardi General Progress Report |
| 29 | Fulton Statement Murder Memo |
| 30 | Girardi Deposition |
| 31 | Bartik Deposition |
| 32 | Mitchell Affidavit |
| 33 | Mitchell Deposition |
| 34 | Mitchell 7/13/2005 Testimony |
| 35 | Zalatoris Deposition |
| 36 | Shaw Affidavit |
| 37 | Shaw Deposition |
| 38 | Varga Deposition |
| 39 | Franko Deposition |
| 40 | Fulton Affidavit |
| 41 | Ronald Smith Deposition |
| 42 | Smith 8/30/2005 Testimony |
| 43 | Permanent Retention File |
| 44 | Varga 6/10/2005 Testimony |
| 45 | Shaw Photo |
| 46 | 3/18/2003 General Progress Report on Fulton Statement |
| 47 | 3/20/2003 General Progress Report on Fulton Statement |
| 48 | Rubinstein Memo |
| 49 | Shaw Handwritten Statement |
| 50 | Henderson 8/31/2004 Testimony |
| 51 | Henderson Trial Testimony |

| | |
|---|---|
| 52 | Hospital Record |
| 53 | Lake Meadows Arrival Stills |
| 54 | Lake Meadows Departure Stills |
| 55 | Lake Meadows Second Arrival Stills |
| 56 | Henderson Dep |
| 57 | ISP Lab Report |
| 58 | Judge 12/21/2004 Testimony |
| 59 | Tamala Boyette Affidavit |
| 60 | PC Petition Exhibit B15 |
| 61 | Sanfratello Trial Testimony |
| 62 | Shepherd Trial Testimony |
| 63 | Fulton Closing Arguments |
| 64 | Rubinstein 2/28/05 Testimony |
| 65 | Zalatoris Suppression Testimony 05/19/2004 |
| 66 | Zalatoris 8/30/06 Testimony |
| 67 | Felony Review Folder |
| 68 | Fulton's Verified Petition for PC Relief |
| 69 | Shaw 2010 Deposition |
| 70 | Zinger Deposition |
| 71 | Mercado Testimony |
| 72 | Fulton Phone Records |
| 73 | General Progress Report re Griffin |
| 74 | Griffin Statement to Rubinstein |
| 75 | Griffin Grand Jury Testimony |
| 76 | Winstead General Progress Report re Fulton |
| 77 | Beris Testimony |
| 78 | General Progress Report Det Breen and Zal Gas Can |
| 79 | General Progress Report of Zalatoris and Breen re Mitchell |
| 80 | Photos of Gas Can |
| 81 | ISP Physical Evidence Lab Results |
| 82 | Flood Decision to Vacate Convictions ROP 2019.02.19 |
| 83 | Flood Ruling Denying State's Motion to Reconsider |
| 84 | Appellate Decision |
| 85 | Counsel Email Correspondence |
| 86 | Rolston 4/18/2003 supp report |

                         Respectfully submitted,

                         **PLAINTIFF JOHN FULTON**
                         **PLAINTIFF ANTHONY MITCHELL**

          BY**:**     /s/ Russell Ainsworth
                       *One of Plaintiffs' Attorneys*

Arthur Loevy
Jon Loevy
Russell Ainsworth
Julia Rickert
Sam Heppell
LOEVY & LOEVY
311 N. Aberdeen Street
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902
russell@loevy.com

Andrea D. Lyon
LYON LAW
53 W. Jackson Blvd., Ste. 1650
Chicago, IL 60604
T: 312-877-5543
F: 312-663-3707
andrea@andrealyon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/Russell Ainsworth
*One of Plaintiffs' Attorney*s