# EXHIBIT 1

# CHICAGO POLICE DEPARTMENT
## CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HJ228346**

Case id : 2622079
Sup id : 2264023    CASR339

### PROGRESS-VIOLENT(SCENE) — DETECTIVE SUP. APPROVAL COMPLETE

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| HOMICIDE / First Degree Murder | 0110 | HOMICIDE / First Degree Murder | 0110 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| 5228 1/2 S PEORIA ST | 934 | 1 | | 0 | |

| Location Type | Location Code | Secondary Location | Hate Crime |
|---|---|---|---|
| Alley | 092 | | No |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| 10-MAR-2003 03:05 | 0923 | 10-MAR-2003 03:30 | YES | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| ROLSTON, Leonard | 20101 | CERVENKA JR, Richard | 1354 | ROLSTON, Leonard | 20101 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 18-APR-2003 09:14 | 19-APR-2003 05:51 | FIELD |

**THIS IS A FIELD INVESTIGATION PROGRESS-VIOLENT(SCENE) REPORT**

**VICTIM(S):** **COLLAZO, Christopher**
19 Years
DOB: ███-1983
RES: 2823 N Montclaire
Chicago IL 60634

**EMPLOYMENT:** None

**SSN:** ███

**GANG INFORMATION:**
-
    **LISTED CRIMINAL ORGANIZATION:** Maniac Latin Disciples
    **GANG IDENTIFIERS:**

**ADDITIONAL INFO.:** Victim Identified By Fingerprints

**VICTIM INJURIES** **COLLAZO, Christopher**
Type
Blunt Trauma
HOSPITAL: Cook County Forensic Institute

**TRANSPORTED TO:** **COLLAZO, Christopher** (Victim)
Transported To Cook County Forensic Institute

**LOCATION OF INCIDENT:** 5228 S Peoria St
Chicago IL
092 - Alley

**DATE & TIME OF** 10-MAR-2003 03:05

---

Printed on: 17-APR-2005 17:11    Page: 1 of 5    Printed By: ZALATORIS, John ( PC0N631 )

HJ228346

CITY_FULTON_MITCHELL_000008

**HJ228346**
DETECTIVE SUP. APPROVAL COMPLETE

**INCIDENT:**

**DEATH INFORMATION:** <u>**COLLAZO, Christopher**</u> (Victim)
DATE OF DEATH: 10-MAR-2003 03:05

**METHOD CODE(S):** Dna
**CAU CODE(S):** Dna

**PERSONNEL ASSIGNED:**
<u>Detective/Youth Investigator</u>
WINSTEAD, Edward   # 20119
<u>Reporting Officer</u>
SCHMITZ, Matthew J   # 19201   **BEAT:** 0923
SKORA, Brian S   # 3956   **BEAT:** 0923

**OTHER INDIVIDUALS INVOLVED:** <u>**TAYLOR, Sid**</u> (Person Reporting Offense)

Male / Black / 24 Years
**DOB:** ▮▮▮978
**RES:** 5218 S Peoria St 2
Chicago IL

**SSN:** ▮▮▮▮▮

**CRIME CODE SUMMARY:** 0110 - Homicide - First Degree Murder

**REPORT DISTRIBUTIONS:** No Distribution

**INVESTIGATION:**
THIS IS THE ASSIGNED UNIT PROGRESS-VIOLENT(SCENE) REPORT
--------------------------------------------------------

DATE, TIME, ASSIGNED:   10 Mar 03  0345hrs
VICTIM:   Collazo, Christopher M/2 DOB ▮▮▮83
resided 2823 N Montclaire SS# ▮▮▮▮▮
IR#1273362

ADDITIONAL VICTIMS:   DNA
IN CUSTODY:   DNA
WANTED:   Two male subjects on foot. #1. wearing a black coat with a hood. #2. wearing a red coat. N.F.D.
ARRESTING OFFICERS:   DNA
DATE, TIME, LOCATION OF ARREST:   DNA
CHARGES, BRANCH, CT. DATE:   DNA
INJURIES:   Blunt force head trauma and suffocation per Dr. Kalelkar  Forensic Institute

HJ228346
DETECTIVE SUP. APPROVAL COMPLETE

| | |
|---|---|
| **TAKEN TO:** | Cook County Medical Examiner's office<br>2121 W. Harrison |
| **PRONOUNCED:** | M.E. K. Henderson#13 pronounced at scene at 0430 hrs |
| **M.E. NUMBER:** | #165 Mar 2003 |
| **WEAPON:** | Unknown |
| **LOCATION:** | 5228 S. Peoria ( rear alley ) |
| **DATE & TIME:** | 10 Mar 03  0305 hrs |
| **WEATHER & LIGHTING:** | Clear / good artificial lighting / Three degrees above zero |
| **MANNER/ MOTIVE:** | Victim is bound and gagged with duct tape; he is beaten about the head and face with a blunt instrument; victim is then placed inside a large black plastic bag and then placed inside a large cardboard box which is ignited with gasoline. |
| **FAMILY MEMBER NOTIFIED:** | Madilen Mercado ( MOTHER ) 2823 N Montclare<br>Per Det. Zalatoris #20919  unit 610 |
| **IDENTIFIED BY:** | fingerprints taken at morgue and given to instant update unit |
| **VEHICLE USED:** | Unknown |
| **PROPERTY TAKEN:** | Unknown |
| **EVIDENCE:** | Inv#10108617 (177)--blood samples from snow and from cardboard box<br>Inv#10108618 (177)--piece of charred box recovered under victim<br>Photographs of scene |
| **NOTIFICATIONS:** | Medical Examiner's Office<br>M.E. Investigator K. Henderson#13 |
| **PERSONNEL ASSIGNED:** | Off. M. Schmitz #19201   Bt 923<br>Off. B. Skora #3956     Bt 923<br>FI  P. Moran #7718     Bt 9602<br>FI  J. Dunnigan #4047   Bt 9602<br>Det. L. Rolston #20101   Bt 5139<br>Det. J. Winston #20388   Bt 5817(B/A)<br>OFI Inv# J. Cody#25 CFD unit 467 |
| **WITNESSES:** | Taylor, Sid  M / 1 24yrs DOB ▬▬ 78 |

HJ228346
DETECTIVE SUP. APPROVAL COMPLETE

          Resides 5218 S. Peoria 2nd fl N.P.
          SS#

| | |
|---|---|
| STATEMENTS: | DNA |
| INTERVIEWED: | see additional reports |

INVESTIGATION:    The undersigned R/D was assigned this case on 10 Mar 03 at approximately 0345hrs as a fire death in the alley behind 5228 S. Peoria per Sgt Cervenka#1354, 1st watch Coordinator. Upon arrival, R/D found the scene marked off with yellow caution tape and several marked police vehicles securing the area.
The victim was observed lying on portions of a burned cardboard box on the snow in the rear alley of the above address; victim was on his right side with head pointing to the South and feet to the North. Burned ashes were lying on the snow all around the victim, and there was a pronounced odor of gasoline at that location. In addition to the burned cardboard, melted black plastic was observed extending from the victim's head, to his feet, indicating the victim had been placed inside a large, industrial-type, plastic bag prior to the fire.
The victim was observed bound and gagged with gray duct tape.
Duct tape bound the victims ankles together. The victim's arms were bound behind him at the wrist with tape. The victim's mouth was gagged with a sock and bound with duct tape; victim's upper teeth were protruding over the tape.
Duct tape had also been wrapped around the outer black plastic bag which had encased the victim. This tape was bound at the victim's waist.

Because of the extreme temperatures, ( 3 degrees above zero, wind chill of -11 )
it was decided to take the victim directly to the Cook County Forensic Institute after the victim was pronounced DOA. Medical examiner's investigator Kay Henderson #13 arrived on the scene and pronounced the victim at 0430 hrs.
ME# 165 MAR 03.

Bomb & Arson Detective J. Winston #20388 bt 5817 retrieved debris samples.
OFI Investigator J. Cody #25 photographed scene as did CPD Crime Lab Technicians J. Dunnigan#4047 and P. Moran #7718 unit 177.

While still at the scene, a subject named Sid Taylor was located and interviewed. He resides at 5218 S. Peoria and in summary stated that he noticed large flickering illumination on his back window. He looked out the window and observed what he thought was a garbage can on fire. He said he
observed two individuals standing in the alley by the fire. One was a person wearing a red coat; the other person was wearing a black coat. He could not provide a further description of these two persons. While the fire burned, Taylor went over to his mother and borrowed her cellular phone which he used to call the fire department.

The victim was transported to the Forensic Institute by Bt 973, officer Joy#18674. The victim was wearing three shirts: a blue short sleeve pull-over; a gray-pullover tee shirt, and a 14th police district CAPS pull-over shirt.
The victim had on a pair of blue jeans with black belt. Beneath the jeans, he had on dark blue sweatpants and two pair of boxer type shorts. The victim had one black Reebock gym shoe on the right foot and had two socks on the right foot, a white sock and a dark blue sock. The left shoe was

HJ228346
DETECTIVE SUP. APPROVAL COMPLETE

missing from the left foot and the left foot only had a blue sock on it. ( The white sock apparently was used to gag the victim's mouth prior to the duct tape being placed around his mouth.)

Three tattoos were observed on the victim: M.O.B. on left shoulder / " Trust no bitch " on right forearm / and " Peanut " on the right ankle area along with a pitchfork tattoo, indicating the victim was possibly Hispanic affiliated to the Satan Disciple street gang.

Dr. Kalelkar of the Forensic Institute conducted the victim autopsy and determined the cause of death to be blunt force trauma to the head and a
secondary cause of death to be suffocation. Second degree burns were observed on the victim on the left arm and leg, and third degree burns on the victim's right elbow. The burns were determined to be post-mortem. No identification was observed on the victim's person.

The victim was finger-printed by Crime Lab personnel at the morgue and the finger-prints were hand-carried by Detective Zalatoris #20919 to the Identification Section, Instant Up-Date Unit. The victim was positively
identified as COLLAZO, Christopher IR#1273362. The mother of the victim, MADILEN MERCADO 2823 N. Montclaire, was notified of his death by Detective
Zalatoris. It was ascertained that the victim was a member of the Maniac
Latin Disciples.

This investigation continues...........

Report of Det. L. Rolston #20101   unit 610