# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Anthony Mitchell

                Plaintiff,

v.                                                   Case No.: 1:20−cv−03119

                                                                 Honorable Joan H. Lefkow

Robert Bartik, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2024:

    MINUTE entry before the Honorable Joan H. Lefkow: Minute entry [263] is amended to correct a typo. The three−week jury trial is set to begin on 1/13/2025 at 9:00 a.m. and will be held in courtroom 1725. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.