# EXHIBIT 3

# Robert J. Bub

Criminal Investigation Subject Matter Expert
Consultant/Technical Advisor
California Private Investigator License 29116
(818) 600-2259
RJBubConsulting@outlook.com

## Current Endeavors

- Subject Matter Expert for Civil and Criminal Cases
- Former Volunteer Consultant for the National Center for Missing & Exploited Children
- Former Volunteer Consultant with American Investigative Society of Cold Cases (AISOCC)
- Investigative Consultant/Instructor with the Police Executive Research Forum (PERF)

## Subject Matter Expert/Consultant

- Examine and evaluate criminal investigations and procedures.
    - Including Homicides, Non-Fatal Assaults, and Officer Involved Uses of Force.
- Provide comprehensive written analysis.
- Provide expert testimony

## Qualification Highlights

- Over 22 years of expertise investigating and reviewing:
    - Murder
    - Attempted Murder
    - Officer Involved Shootings/Uses of Force/In Custody Deaths
    - Sexual Assault
    - Stalking
    - Domestic violence

- Over 25 years training, managing, and supervising subordinates
- Excellent interview skills honed through thousands of interviews and interrogations.
- Assisted in updating/modernizing the Los Angeles Police Department Homicide Manual.

## Professional Highlights & Achievements

- Assigned as one of three Department Representative/Monitor to the Federal Civil Rights Trial in Rodney King case.
- Conducted Interstate investigations involving Federal, state and municipal agencies.
- Conducted "West Side Rapist" Serial Rape investigation resulting in arrest and prosecution of Jelani King.
- Linked fresh homicide case to cold serial case resulting in the creation of a task force and capture of a serial killer.
- Conducted Cold Case investigation resulting in the arrest of Stephanie Lazarus, an active 26 year LAPD police detective
- Received over 80 commendations, including
    - Los Angeles District Attorney's Office,
    - United States Department of Justice
    - Federal Bureau of Investigation.

<u>Professional Experience</u>

33 years -- Los Angeles Police Department

Detective Assignments                                                                           May 1993 – March 2015

- Homicide/Sexual Assault Coordinator -- Van Nuys Division
  - Oversaw administrative functions
  - Reviewed and Analyzed Current and Cold Cases for Investigative procedures and practices
  - Conducted and directed investigations
  - Monitored and trained investigators in investigations, trial preparation and testimony
  - Conducted Misconduct Investigations

- Officer in Charge of the Robbery-Homicide Division, Cold Case Homicide Unit.
  Detectives responsible for reopening and investigating all unsolved homicides in the city of Los Angeles.
  - Oversee investigations and forensic submissions for DNA, fingerprints, and ballistic evidence for the City of Los Angeles.
  - Monitored numerous Investigative Teams and Investigations.
  - Reviewed, analyzed, and assessed Cold Case Homicide Investigations

- Rampart Detective Division – Supervisor
  - Oversaw the Sexual Assault and Major Assault Crimes (including Domestic Violence) Tables
  - Trained newly promoted detectives
  - Reviewed and assessed all investigations for Sexual Assault, Domestic Violence, and Assault crimes

- Detective in the Robbery-Homicide Division – Homicide Special and Officer Involved Shooting Sections

  - Directed and completed criminal and administrative investigations of Officer Involved Shootings.
  - Conducted interrogations of suspects and interview of witnesses.
    - Both civilian and Officer witnesses to OISs and UoFs
    - Worked with DA roll out teams and DA's Office in case review submissions
  - Directed scientific resources within the Department
  - Wrote and served search warrants.
  - Worked with the Los Angeles District Attorney's Office and the U.S Attorney's Office.
  - Assisted Out-of-State Police Department investigations.
  - Participated in monitoring and writing affidavits/warrants for Electronic Surveillance.
  - Review and Analyze Divisional Homicide Investigations for proper Investigative Procedures and Practices.

- Homicide Detective -- Rampart Area.
  - Conducted numerous Homicide investigations.
  - Prepared cases for court and both testified and acted as lead investigator during prosecution.

Patrol Officer & Vice Investigator                                        March 1982 - May 1993

<u>Professional Organization Membership</u>

California Homicide Investigators Association        International Homicide Investigators Association
American Investigative Society of Cold Cases         National Homicide Investigators Association
Southeastern Homicide Investigators Association

<u>References</u>
Available Upon Request

## Prior Instructor/Guest Speaker

Violent Crime Seminar – Seal Beach, CA
- Various Southern California Agency Training

Basic Homicide Training – Columbus, OH
- Columbus Police Department – 3 Day homicide refresher & Training

Police Executive Research Forum – Topeka, KS
- Topeka Major Case Training – Non-fatal Shootings and Assaults

Nevada Association of Court Career Advancement – Reno, Nevada & Las Vegas Nevada
- National Center for Missing & Exploited Children --  Introduction Material

West Los Angeles College - Police Orientation & Preparation Program – Los Angeles, CA
- AJ – Criminal Procedure            Subject Matter Expert – Violent Death Investigation

Los Angeles Police Department   – Los Angeles, CA
- In Service Training                       Subject Matter Expert – Violent Death Investigation

California State University Los Angeles  – Los Angeles, CA
- AAJ – Criminal Procedure           Subject Matter Expert – Search Warrants and Service

West Ranch High School – ROP Program  – Santa Clarita, CA
- Intro to Criminal Justice              Subject Matter Expert – Crime Scene Investigation

Los Angeles Police Department            Senior Training Officer – Basic Police Core Responsibilities

Los Angeles Police Department            Roll Call Training – Crime Scene Protection