# EXHIBIT A

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3   JOHN FULTON,                    )
                                     )
 4              Plaintiff,           )
                                     )
 5         vs.                       )   No. 20 C 03118
                                     )
 6   ROBERT BARTIK, et. al.,         )
                                     )
 7              Defendants.          )
     ------------------------------- )
 8   ANTHONY MITCHELL,               )
                                     )
 9              Plaintiff,           )
                                     )
10         vs.                       )   No. 20 C 03119
                                     )
11   ROBERT BARTIK, et. al.,         )
                                     )
12              Defendants.          )

13           The video-recorded deposition of JOHN

14   FULTON, taken pursuant to the Federal Rules of

15   Civil Procedure, before Kathleen A. Hillgard,

16   Certified Shorthand Reporter No. 084-004093,

17   at 33 West Monroe Street, Suite 1830, Chicago,

18   Illinois, on Monday, September 19, 2022, commencing

19   at 10:18 a.m. pursuant to notice.

20

21

22

23

24
```

```
 1        A.    Yes.  They were present.
 2        Q.    Were Zalatoris and Breen at some point
 3   out of the presence of you and Bartik?
 4        A.    Not both of them.
 5        Q.    Okay.  You're saying all -- anytime you
 6   were with Bartik, you were also with either
 7   Zalatoris and Breen?
 8        A.    Yes.
 9        Q.    You think that or you're sure about
10   that?
11        A.    We weren't left in the room by
12   ourselves.
13        Q.    So Bartik introduced himself and said,
14   This a voluntary process.  And then what happened?
15        A.    He under -- he asked me did I
16   understand what I was doing there.  He told me that
17   I had to sign a form before the test could be
18   administered.  He placed the form in front of my
19   face.
20              At that point, him, Zalatoris, and
21   Breen stepped out the room.  I signed the form.
22   And a little while later, maybe like five or ten
23   minutes later, could have been longer, not too
24   long, they entered back into the room, and
```

1  Zalatoris or Breen said, It's not going to hold up
2  in court; let's go.
3      Q.   After Zalatoris or Breen said, It's not
4  going to hold up in court, let's go, did you say
5  anything?
6      A.   No.
7      Q.   You just went along and left?
8      A.   Yeah.
9      Q.   Did Bartik say anything at that point?
10     A.   Not that I can recall, no.
11     Q.   Other than Bartik introducing himself
12  and saying that this is a voluntary process and
13  giving you the form to sign, do you remember him
14  saying anything else?
15     A.   No.
16     Q.   Did he ever yell at you?
17     A.   No.
18     Q.   Did he every threaten you?
19     A.   No.
20     Q.   Ever promise you anything?
21     A.   No.
22     Q.   About how long total would you say you
23  were with Bartik?
24     A.   Maybe 10, 15 minutes.