# EXHIBIT 3

# CURRICULUM VITAE
## DIANA S. GOLDSTEIN, PH.D., ABPP

### PERSONAL INFORMATION

| | |
|---|---|
| WORK ADDRESS: | Isaac Ray Forensic Group, LLC |
| | 65 E. Wacker Place, Suite 2240 |
| | Chicago, IL. 60601 |
| TITLE: | President and CEO |
| | Director of Neuropsychology |
| | Director of Public Safety |
| PHONE: | 312.621.9002, x102 |
| FACSIMILE: | 312.621.9003 |
| E-MAIL: | dgoldstein@irfg.org |
| LICENSURE: | Illinois #071006006 (2000) |
| | Indiana #20041441A & HSPP (1999) |
| | CPQ #4123 (2008) |
| DIPLOMATE: | Board Certification in Clinical Neuropsychology, ABPP #6312 (2007) |

### EDUCATIONAL EXPERIENCE

**1998-2000** University of Chicago Medical Center, Department of Psychiatry and Behavioral Neuroscience
Post Doctoral Fellowship in Clinical Neuropsychology
Required Coursework: Medical Neuroanatomy, Pritzker School of Medicine

**1997-1998** Yale West Haven Veterans Affairs Medical Center (APA Approved)
Internship in Clinical Psychology, specialization in Clinical Neuropsychology

**1991-1998** University of Health Sciences/The Chicago Medical School (APA Approved)
Doctor of Philosophy, and Master of Science in Clinical Psychology
Dissertation Title: *Frontal Lobe Functioning in Psychopaths*
Master's Thesis Title: *Predicting Employment in Traumatic Brain Injury*

**1986-1990** University of Wisconsin, Madison
Bachelor of Arts, Psychology and French Literature Honors

**1989** University of Paris, Sorbonne
Diplôme in French Literature and Civilization

### ACADEMIC APPOINTMENTS

**2007-2013** UNIVERSITY OF CHICAGO, PRITZKER SCHOOL OF MEDICINE
*Adjunct Faculty,* Department of Psychiatry and Behavioral Neuroscience

**2000-2005** ROSALIND FRANKLIN UNIVERSITY OF MEDICINE & SCIENCE
(Formerly University of Health Sciences/The Chicago Medical School)
*Lecturer,* Department of Psychiatry

**2000-2001** RUSH PRESBYTERIAN-ST. LUKE'S MEDICAL CENTER
*Instructor,* Department of Psychiatry

**1998-2000** UNIVERSITY OF CHICAGO, PRITZKER SCHOOL OF MEDICINE
*Lecturer,* Department of Psychiatry and Behavioral Neuroscience

**1996** UNIVERSITY OF WISCONSIN, PARKSIDE

Fall, Spring   *Instructor,* Department of Psychology
Introduction to Psychology

## CLINICAL EXPERIENCE

2011-Present   UNITED STATES POSTAL SERVICE, OFFICE OF THE INSPECTOR GENERAL
2005-Present   UNITED STATES POSTAL INSPECTION SERVICE
*Contracting Clinical Psychologist*
Providing individual psychotherapy to Special Agents and Postal Inspectors investigating internal and external crimes against the United States Postal Service.
(Typical case referrals include trauma associated with job-related shootings or being the *victim of a violent assault).*

2005-Present   MICHIGAN AVENUE NEUROPSYCHOLOGISTS
*President and CEO*
*Director of Neuropsychology*
Responsibilities and activities include neuropsychological and psychological outpatient evaluation and treatment of individuals with psychiatric disorders and diverse central nervous system conditions, as well as consultation to other treating professionals.

2002-Present   ISAAC RAY FORENSIC GROUP, LLC
*President and CEO*
*Director of Neuropsychology*
*Director of Public Safety*
Responsibilities and activities include forensic neuropsychological and psychological evaluation and consultation in criminal and civil cases, dangerousness/ risk assessments, impaired professional/fitness for duty/disability evaluations, pre-employment psychological screening evaluations. Other responsibilities include training law enforcement personnel in psychological and neuropsychological disorders, training doctoral level clinical psychology students in forensic evaluation and team teaching a landmark case series (mental health & disability law course) with S. Jan Brakel, J.D., DePaul law professor.

2004-2016   CONTRACT HOLDER, LIBERTY HEALTHCARE CORPORATION
SEXUALLY VIOLENT PERSONS CONDITIONAL RELEASE PROGRAM
*Clinical Psychologist and Collaborator*
Administration and interpretation of annual/discharge penile plethysmography examinations for all male sex offenders civilly committed under the SVP Commitment Act (725 ILCS 207) and subsequently discharged into Illinois communities through the conditional release program. Other activities included case consultation with other clinicians as part of an overall offender management/monitoring team.

2011   NFL PROGRAM FOR SUBSTANCES OF ABUSE
*Evaluating Clinician, Midwest Region*
Responsibilities and activities included diagnostic evaluation of and treatment planning for National Football League players in violation of league policy for use of alcohol and other substances, as well as team consultation with other evaluating and treating professionals.

2007   ADVISORY COMMITTEE, BTI MONARCH
*Invited Member*
Collaboration with clinical psychologists from multiple U.S. sites using penile plethysmography in their work with sex offenders in order to effectuate a critical update in stimulus evaluation materials of the Monarch™ system.

2001-2005   ILLINOIS ATTORNEY GENERAL'S OFFICE, VICTIMS PROGRAM

|  |  |
|---|---|
|  | *Contracting Clinical Psychologist*<br>Providing individual psychotherapy to Chicago citizens victimized within the community. (Typical case referrals include trauma associated with job-related shootings or being the victim of a violent or sexual assault; anxiety and depression). |
| 2000-2005 | PRIVATE PRACTICE<br>*Cognitive-Behavioral Therapist*<br>Individual psychotherapy with individuals suffering depressive, anxiety and personality disorders, and those adjusting to and coping with neurologic injuries and conditions. |
| 2000-2002 | ISAAC RAY CENTER, INC.<br>*Director of Neuropsychology*<br>Director of all neuropsychological services, including management of psychologists working within the service. Responsibilities included outpatient neuropsychological evaluation, and forensic neuropsychological evaluation largely with criminal defendants.<br>Treatment of trauma victims through the Violent Crime Victim Assistance Program (grant funding from the Illinois Attorney General's Office). |
| 2000-2002 | CAVANAUGH & ASSOCIATES<br>*Clinical Psychology Associate*<br>Psychological and neuropsychological assessment of individuals involved in civil litigation. |
| 1998-2001 | THE NEUROBEHAVIOR AND REHABILITATION NETWORK<br>*Clinical Neuropsychologist*<br>Neuropsychological assessment of individuals referred to a private practice setting, including those involved in civil and criminal litigation; collaboration with attorneys and mitigation specialists, and on-site prison or jail testing were common. Report writing, record reviews. Individual psychotherapy was additionally part of this practice. |
| 1998-2000 | UNIVERSITY OF CHICAGO MEDICAL CENTER, NEUROPSYCHOLOGY SERVICE<br>*Post Doctoral Fellow and Lecturer in Clinical Neuropsychology*<br>Neuropsychological assessment of inpatient and outpatient adults with diverse central nervous system conditions, report writing, case presentations, teaching of interns and externs, clinical rotations through Neurology, Neurosurgery, Neuroradiology, Consultation/Liaison Psychiatry, Rehabilitation Psychology Services. |
| 1997-1998 | YALE-WEST HAVEN VETERANS AFFAIRS MEDICAL CENTER, NEUROPSYCHOLOGY SERVICE<br>*Clinical Psychology Intern, Neuropsychology Specialization*<br>Neuropsychological assessment of inpatient/outpatient adults with diverse central nervous system conditions, including Persian Gulf War Syndrome. Treatment of patients with posttraumatic stress and mood disorders. |
| 1994-1995 | UNIVERSITY OF CHICAGO MEDICAL CENTER, NEUROPSYCHOLOGY SERVICE<br>*Neuropsychology Extern*<br>Neuropsychological assessment of inpatient and outpatient adults, report writing, case presentations. |
| 1993-1994 | ANXIETY DISORDERS CLINIC, UNIVERSITY OF HEALTH SCIENCES/CHICAGO MEDICAL SCHOOL<br>*Student Cognitive-Behavioral Therapist*<br>Cognitive-Behavioral outpatient individual treatment for anxiety, mood, personality disorders. |
| 1992-1993 | SCHWAB REHABILITATION CENTER<br>*Neuropsychology Extern*<br>Neuropsychological assessment of TBI inpatient and outpatient adults, report writing, coleadership of a TBI employment support group. |

| | |
|---|---|
| 1992 | VETERANS ADMINISTRATION MEDICAL CENTER, NORTH CHICAGO, ADULT PSYCHIATRY UNIT |
| | *Extern* |
| | Diagnostic intake interviews, mental status examinations, report writing for an inpatient psychiatric unit. |
| 1991-1992 | VETERANS ADMINISTRATION MEDICAL CENTER, NORTH CHICAGO, ALCOHOL REHABILITATION UNIT |
| | *Extern* |
| | Individual therapy with inpatient adult substance abusers, many dually diagnosed with posttraumatic stress disorder, participation in group therapy, case presentations. |

**RELATED PROFESSIONAL AND CLINICAL EXPERIENCE**

| | |
|---|---|
| 1997-1998 | DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ILLINOIS |
| | *Mentor* |
| | Parenting skills training and provision of mentor relationship to mothers whose children were removed from the home, currently under custodial consideration by the court. Assessment of remaining children in the home, attendance of case meetings and court, communication with social services, report writing. |
| 1996-1997 | HENRY LAHMEYER AND ASSOCIATES |
| | *Psychometrician/Record Reviewer* |
| | Neuropsychological assessment of individuals involved in civil and criminal litigation, record review and organization of cases in preparation for court. |
| 1995-1997 | ANXIETY AND AGORAPHOBIA TREATMENT CENTER |
| | *Cognitive-Behavioral Therapist* |
| | Individual treatment. Primary populations included Obsessive Compulsive, Panic and Posttraumatic Stress Disorders. |
| 1994-1996 | ALEXIAN BROTHERS-LAKE COOK PSYCHOLOGISTS AND COUNSELING ASSOCIATES |
| | *Cognitive-Behavioral Therapist* |
| | Individual and couples treatment. Primary populations included anxiety, mood and personality disorders. Preparation of an 8-week psychoeducational seminar series on communication skills for couples, using the cognitive-behavioral techniques of Gottman and Beck. |
| 1993-1994 | SCHWAB REHABILITATION CENTER |
| | *Psychometrician* |
| | Neuropsychological assessment of inpatient and outpatient adults with TBI and Epilepsy. |
| 1991-1994 | SCHWAB REHABILITATION CENTER |
| | *Therapist* |
| | Counseling TBI survivors with substance abuse issues, using Systematic Motivational Counseling (SMC), brief neuropsychological and personality assessment. |
| 1989-1991 | CHARLES RIVER HOSPITAL |
| | *Milieu Therapist* |
| | Assessment of daily psychological status and suicide risk of incest and sexual abuse survivors, and those with dissociative disturbances on an inpatient psychiatric unit. Frequent rotation to adolescent and severely mentally ill adult inpatient units. |
| 1987-1988 | MADISON CONVALESCENT CENTER, ALZHEIMER'S UNIT |
| | *Mental Health Worker* |
| | Foundation and coleadership of an Alzheimer's family support group, recreational therapy. |

**RESEARCH EXPERIENCE**

| | |
|---|---|
| 2002-Present | 1) *Malingering of Cognitive Impairment and Psychiatric Disorder.* |

The IRFG Neuropsychology Service conducts ongoing research on malingering of cognitive impairment and psychiatric disorder, involving all consenting examinees seen at our clinic. Pre-hire psychological screening applicants from our Public Safety Program provide an excellent control group, not only for purposes of matching by age, education, gender and race, but because their motivation to perform well is high.

2) *Public Safety Pre-Hire Psychological Screening Database.*

IRFG maintains an ongoing database of all pre-employment psychological test data for consenting Law Enforcement, Firefighter/EMS and 911 Operator applicants, and conducts follow-up interviews with agencies to identify whether recommendations served the agency well. We assess the differences in psychological testing profiles between those considered acceptable and unacceptable emotionally, as well as those who go on to maintain stable employment versus discipline or termination.

2004-2016    *Sexually Violent Persons Database.*

As part of the outpatient monitoring team since inception of the IL SVP outpatient program, our Sexual Behavior Clinic conducted ongoing research on predicting outcome (sexual reoffense and other transgressions prompting rehospitalization or reincarceration), involving examinees from our clinic and the Treatment Detention Facility in Rushville, IL. Psychopathy, offense type, penile plethysmography, polygraphy, psychological testing and treatment progress were among predictor variables in this prospective investigation.

1995-1998    *Assessment of Frontal Lobe Functioning in Psychopathy.*
DISSERTATION, FINCH UNIVERSITY OF HEALTH SCIENCES/THE CHICAGO MEDICAL SCHOOL/ LAKE COUNTY CORRECTIONAL CENTER
Co-Chairs Margaret Primeau, Ph.D., ABPP, David Kosson, Ph.D.
Investigation utilizing experimental, between-groups factorial design to assess effects of monetary incentives on neuropsychological performance in psychopaths and controls.

1994-1997    *Attentional and Emotional Functioning in Psychopathy.*
FINCH UNIVERSITY OF HEALTH SCIENCES/THE CHICAGO MEDICAL SCHOOL/LAKE COUNTY CORRECTIONAL CENTER
David Kosson, Ph.D.
Research assistantship on multiple investigations assessing multiple correlates of psychopathy, including affect recognition and performance on divided attention tasks.

1995-1996    *Improved Delayed Visual Reproduction Test Performance in Multiple Sclerosis Patients Receiving Interferon B-1b.*
UNIVERSITY OF CHICAGO MEDICAL CENTER
Neil Pliskin, Ph.D., ABPP
Research assistantship and membership in the University of Chicago Multiple Sclerosis Neuropsychology Work Group; assessment of the neurologic, neuropsychological, and psychological effects of Interferon-Beta on M.S. patients.

1994-1995    *Caregiver and Patient Stress, Burden, and Coping Following Stroke.*
REHABILITATION INSTITUTE OF CHICAGO
Rosemary King, Ph.D.
Longitudinal investigation assessing physical and psychological burdens of stroke survivors, psychological burdens of caregivers, and predictive utility of coping styles in functional outcome.

1992-1994    *Predicting Employment in Traumatic Brain Injury.*

|  |  |
|---|---|
| | MASTER'S THESIS, UNIVERSITY OF HEALTH SCIENCES/THE CHICAGO MEDICAL SCHOOL/ SCHWAB REHABILITATION CENTER<br>Margaret Primeau, Ph.D., ABPP<br>Investigation assessing predictors of return to work in severe TBI survivors, employing multivariate assessment of neurologic, neuropsychological, personality, alcohol and sociodemographic variables. |
| 1991-1994 | *Efficacy of Systematic Motivational Counseling in TBI Survivors with Comorbid Substance Abuse.*<br>SCHWAB REHABILITATION CENTER<br>Miles Cox, Ph.D., Eric Klinger, Ph.D., Vincent Miranti, Ph.D.<br>Longitudinal investigation assessing effects of Systematic Motivational Counseling techniques on neuropsychological, psychological, and alcohol variables in severe TBI survivors with substance abuse issues. |
| 1988-1990 | *Self-Discrepancy, Ego Development, and Eating Disorders.*<br>UNIVERSITY OF WISCONSIN, MADISON<br>Timothy Strauman, Ph.D.<br>Research assistantship on multiple investigations assessing ego development and consequences of self-discrepancies in women, depression and eating disorders. |
| 1987-1990 | *The Revised Learned Helplessness Theory of Depression.*<br>UNIVERSITY OF WISCONSIN, MADISON<br>Lyn Abramson, Ph.D.<br>Research assistantship on a longitudinal investigation assessing the role of hopelessness as a proximal cause of depression (as part of the revised learned helplessness theory), specifically whether childhood physical, sexual, and psychological abuse predict depressogenic cognitive styles that increase risk for depression. |

## TEACHING EXPERIENCE

### TRAINING SUPERVISOR

| | |
|---|---|
| 2002-Present | ISAAC RAY FORENSIC GROUP, LLC<br>*Externship Supervisor*<br>Training doctoral-level graduate students for one year in forensic neuropsychology and co-teaching a mental health and law course with S. Jan Brakel, J.D. (landmark cases series). |
| 2007-2013 | UNIVERSITY OF CHICAGO, PRITZKER SCHOOL OF MEDICINE, INTERNSHIP TRAINING PROGRAM<br>*Internship Supervisor, Department of Psychiatry and Behavioral Neuroscience*<br>Providing educational lectures to fellows, interns and externs, and training/supervising interns conducting individual psychotherapy at the University of Chicago. |
| 2001-2002 | ISAAC RAY CENTER, INC.<br>*Externship Supervisor*<br>Training doctoral-level graduate students for one year in forensic neuropsychology. |

### INVITED LECTURER

| | |
|---|---|
| 2023 | ILLINOIS ASSOCIATION OF CHIEFS OF POLICE<br>Officer Health and Wellness.<br>Co-Presented with Yvette Heintzelman, J.D., Clark Hill |

| | |
|---|---|
| 2023 | NORTHWEST POLICE ACADEMY<br>Officer Health and Wellness.<br>Co-Presented with Yvette Heintzelman, J.D., Clark Hill |
| 2020 | ILLINOIS PUBLIC PENSION ADVISORY COMMITTEE<br>Annual Meeting<br>Co-Panelist (presented with Cary Collins, Esq.)<br>Psychological and Cognitive Testing Pension Disability Examinations. |
| 2017 | ILLINOIS PUBLIC EMPLOYER LABOR RELATIONS ASSOCIATION<br>June, 2017 Training Session<br>Co-Panelist (presented with Jennifer McMahon, Yvette Heintzelman, J.D., Rishi Garg, M.D.)<br>Utilizing Medical Experts in Addressing Employee Illness and Injury. |
| 2017 | DISABILITY MANAGEMENT EMPLOYERS COALITION<br>PTSD: Updates on the Diagnosis and Solving Employer Challenges. |
| 2016 | ILLINOIS PUBLIC EMPLOYER LABOR RELATIONS ASSOCIATION<br>May, 2016 Training Session<br>Co-Panelist (presented with Lisa Scheiner, Yvette Heintzelman, J.D., Rishi Garg, M.D.)<br>Utilizing Medical Experts in Addressing Employee Illness and Injury. |
| 2002-2015 (annual) | UNIVERSITY OF CHICAGO, PRITZKER SCHOOL OF MEDICINE<br>INTERNSHIP & EXTERNSHIP TRAINING PROGRAMS<br>DEPARTMENT OF PSYCHIATRY AND BEHAVIORAL NEUROSCIENCE<br>Forensic Series:<br>   Professional Issues: Ethics, Confidentiality and Reporting Mandates.<br>   Clinicians as Experts: Landmark Cases in Admissibility.<br>   Forensic Neuropsychology: Updates in Relevant Case Law and Supreme Court Decisions.<br>   Malingering of Cognitive Deficits and Psychiatric Disorder: Recent Findings and Updates. |
| 2002-2015 (annual) | UNIVERSITY OF CHICAGO, PRITZKER SCHOOL OF MEDICINE<br>INTERNSHIP & EXTERNSHIP TRAINING PROGRAMS<br>DEPARTMENT OF PSYCHIATRY AND BEHAVIORAL NEUROSCIENCE<br>Forensic Series:<br>   Professional Issues: Ethics, Confidentiality and Reporting Mandates.<br>   Clinicians as Experts: Landmark Cases in Admissibility.<br>   Forensic Neuropsychology: Updates in Relevant Case Law and Supreme Court Decisions.<br>   Malingering of Cognitive Deficits and Psychiatric Disorder: Recent Findings and Updates. |
| 2012, 2015 | UNIVERSITY OF ILLINOIS, CHICAGO<br>DEPARTMENT OF PSYCHIATRY<br>Forensic Neuropsychology: History and Practice. |
| 2013 | UNIVERSITY OF ILLINOIS, CHICAGO<br>DEPARTMENT OF PSYCHIATRY<br>Malingering: History and Current Assessment Approaches. |
| 2012 | ABA COMMISSION ON LAWYER ASSISTANCE PROGRAMS<br>Continuing Legal Education<br>2012 National Conference for Lawyer Assistance Programs<br>Identifying and Assisting Lawyers and Judges with Cognitive Impairments. |
| 2012 | DISABILITY MANAGEMENT EMPLOYERS COALITION<br>Mental and Behavioral Health: Addressing the Economic Burden to the Workplace. |

| | |
|---|---|
| 2010 | UNIVERSITY OF ILLINOIS, CHICAGO <br> (PSYCHOLOGY AND LAW COURSE, PROFESSOR EVAN HARRINGTON, PH.D.) <br> Where Theory and Practice Meet: Applied Forensic Assessment. <br> Co-Presented with Tracy Rogers, Ph.D., Isaac Ray Forensic Group. |
| 2010 | NORTHWESTERN UNIVERSITY SCHOOL OF CONTINUING STUDIES <br> (PSYCHOLOGICAL TESTING AND ASSESSMENT COURSE, PROFESSOR KATHLEEN NUGENT, PH.D.) <br> Forensic Assessment. |
| 2010 | NORTHWESTERN UNIVERSITY COUNSELING AND PSYCHOLOGICAL SERVICES <br> Risk Assessment: School Shootings and Workplace Violence. |
| 2009 | LOYOLA UNIVERSITY MEDICAL CENTER, PSYCHIATRY GRAND ROUNDS <br> Forensic Neuropsychology: History, Current Methods and Practice. |
| 2009 | GALLAGHER BASSETT <br> Managing the Challenging Patient in Workers Compensation Cases. |
| 2009 | DISABILITY MANAGEMENT EMPLOYERS COALITION <br> Malingering in Workers Compensation and Disability Evaluations: History, Challenges and Current Assessment Approaches. |
| 2009 | CORVEL CORPORATION <br> Challenges of the Nonprogressing Patient in Workers Compensation Cases: Assessing the Potential Role of Malingering. |
| 2009 | ROUND LAKE BEACH BOARD OF POLICE COMMISSIONERS <br> Pre-Hire Psychological Screening and Fitness for Duty Examinations. |
| 2008 | ILLINOIS PROFESSIONALS HEALTH PROGRAM AND ILLINOIS CONSORTIUM OF ASSISTANCE PROGRAMS FOR PROFESSIONALS <br> The Impaired Professional: Initiating Restoration through the Fitness for Duty Process. |
| 2007 | SEDGWICK CLAIMS MANAGEMENT SERVICES/CHICAGO TRANSIT AUTHORITY <br> *(co-presented with Lisa Sworowski, Ph.D.)* <br> Posttraumatic Stress Disorder in Worker's Compensation Claims: Clinical and Administrative Challenges. |
| 2007 | NORTHERN ILLINOIS ALLIANCE OF FIRE PROTECTION DISTRICTS (ANNUAL CONFERENCE) <br> Pre-hire Psychological Screening: The Role of Psychologists in Hiring Decisions. |
| 2006, 2007 | DEPAUL UNIVERSITY (SENTENCING LAW COURSE, PROFESSOR BRANDON FOX, J.D.) <br> The Contribution of Forensic Psychology to Sentencing Considerations. |
| 2006 | NATIONWIDE INSURANCE COMPANY <br> Neuropsychological Assessment of Traumatic Brain Injury in Workers Compensation Evaluations: Research Findings and Clinical Practice. |
| 2006 | EMPLOYER'S MUTUAL CASUALTY INSURANCE COMPANIES <br> Traumatic Brain Injury: Clinical Presentation, Research Findings and Assessment. |
| 2005 | ILLINOIS PSYCHOLOGICAL ASSOCIATION 2005 CONVENTION <br> Forensic Psychology: Clinical Practice. |
| 2005 | DOMINICK'S RISK MANAGEMENT SECTION |

|  |  |
|---|---|
|  | Traumatic Brain Injury: Updates on Research Findings and Outcome. |
| 2005 | DISABILITY MANAGEMENT EMPLOYERS COALITION<br>Malingering in Workers Compensation and Disability Evaluations. |
| 2005 | WORKERS' COMPENSATION CLAIMS ASSOCIATION<br>Malingering in Workers Compensation Evaluations: Research Findings and Clinical Practice. |
| 2005 | UNIVERSITY OF ILLINOIS, DEPARTMENT OF PSYCHIATRY<br>Psychiatry, Psychology and the Law. |
| 2005 | ANNUAL MITIGATION TRAINING SEMINAR, DEPAUL UNIVERSITY COLLEGE OF LAW, CENTER FOR JUSTICE IN CAPITAL CASES<br>Faculty Lecturer.<br>Intelligence and the Law; Mitigation, Psychopathy and Antisocial Personality Disorder. |
| 2005 | DEPAUL UNIVERSITY (MENTAL HEALTH & CRIMINAL LAW COURSE, PROFESSOR S. JAN BRAKEL, J.D.)<br>Schizophrenia and the Insanity Defense. |
| 2004 | NORTHERN ILLINOIS POLICE ALARM SYSTEM (NIPAS)<br>Neurologic Conditions, Neuropsychology and Public Safety.<br>Four-hour training seminar with hostage negotiators from various Illinois and Federal Emergency Response Teams. |
| 2004 | COMMUNITY YOUTH NETWORK, LAKE COUNTY<br>*(co-presented with Babatunde Okuleye, M.D. and S. Jan Brakel, J.D.)*<br>Sex Offenders: Evaluation, Treatment and the Law. |
| 2004 | DEPAUL UNIVERSITY (MENTAL HEALTH & CIVIL LAW COURSE, PROFESSOR S. JAN BRAKEL, J.D.)<br>The Role of Neuropsychology in Civil Litigation. |
| 2003 | UNIVERSITY OF ILLINOIS, DEPARTMENT OF PSYCHIATRY<br>Malingering and Neuropsychology. |
| 2000-2002 | ISAAC RAY CENTER, RUSH UNIVERSITY MEDICAL SCHOOL FORENSIC PSYCHIATRY FELLOWSHIP<br>Psychopathy Training; Malingering; Neuropsychological Assessment. |
| 2002, 2003 | ANNUAL DEATH PENALTY SEMINAR OF THE OFFICE OF THE STATE APPELLATE DEFENDER (IL)<br>Forensic Neuropsychology. |
| 2003 | UNIVERSITY OF ILLINOIS, NEUROPSYCHOLOGY SERVICE<br>The Role of Neuropsychology in Criminal and Civil Litigation. |
| 2001 | UNIVERSITY OF CHICAGO MEDICAL CENTER, PRIMARY CARE GROUP<br>Malingering in the Primary Care Setting. |
| 2001 | UNIVERSITY OF ILLINOIS, NEUROLOGY GRAND ROUNDS<br>Malingering in the Neurology Setting. |
| 2000 | FINCH UNIVERSITY OF HEALTH SCIENCES/CHICAGO MEDICAL SCHOOL<br>Forensic Neuropsychology: Malingering in the assessment setting.<br>Provided lecture material and slide presentation to graduate students from a Doctoral Clinical Program enrolled in a neuropsychological assessment course. |

## INSTRUCTOR

| | |
|---|---|
| 2000-2002 | ISAAC RAY CENTER, RUSH UNIVERSITY MEDICAL SCHOOL FORENSIC PSYCHIATRY FELLOWSHIP<br>Provided Psychopathy Training, lectures on Malingering and Neuropsychological Assessment to forensic psychiatry fellows. |
| 1999-2000<br>2001 | FINCH UNIVERSITY OF HEALTH SCIENCES/CHICAGO MEDICAL SCHOOL &<br>RUSH UNIVERSITY MEDICAL SCHOOL<br>Brain Lab Neuroanatomy Series.<br>Coordinated and provided an eight hour neuroanatomy review to first through fourth year psychiatric residents, including function and clinical syndromes associated with the Cranial Nerves, Cerebral Vasculature, Cerebellum and Basal Ganglia. |
| 1998 & 1999 | UNIVERSITY OF CHICAGO, PRITZKER SCHOOL OF MEDICINE, DEPARTMENT OF PSYCHIATRY NEUROANATOMY, ADULT NEUROPSYCHOLOGY SPECIALTY LECTURES, CASE CONFERENCE<br>The Cerebellum; Spatial Disorders; Neuroanatomy Review; Multiple System Atrophy.<br>Provided lecture materials and slide presentations to neuropsychology interns and externs. |
| 1995-1996 | ALEXIAN BROTHERS-LAKE COOK PSYCHOLOGISTS AND COUNSELING ASSOCIATES<br>Communicating as Couples.<br>Preparation of an 8-week psychoeducational seminar series on communication skills for couples, using the cognitive-behavioral techniques of Gottman and Beck. |
| 1995 | UNIVERSITY OF CHICAGO NEUROPSYCHOLOGY CASE CONFERENCE<br>Differentiating Anosognosia versus Denial in Neuropsychiatric Populations. |

## TUTOR

| | |
|---|---|
| 1989-1990 | UNIVERSITY OF WISCONSIN, MADISON<br>*Tutor (Statistics)* |
| 1989 | UNIVERSITY OF PARIS, SORBONNE<br>*Tutor (English)* |

## EDITORIAL ACTIVITIES

Ad Hoc Reviewer for: Journal of the American Medical Association
 Journal of the American Academy of Psychiatry and the Law
 Aging, Neuropsychology, and Cognition
 The Clinical Neuropsychologist
Reviewer for: Doody Publishing, Inc. (2000-2002)

## PROFESSIONAL AFFILIATIONS

American Psychological Association (APA)
Clinical Neuropsychology (APA Division 40)
International Neuropsychological Society (INS)
National Academy of Neuropsychology (NAN)
American Academy of Clinical Neuropsychology (ABPP Diplomate Organization)
American Psychology and Law Society (APA Division 41)
Society for Police and Criminal Psychology (SPCP)

**PEER REVIEWED PUBLICATIONS**

Hale L, **Goldstein D**, Abramowitz C, Calamari J, Kosson D. (2004).
Psychopathy is Related to Negative Affectivity but not to Anxiety Sensitivity.
Behaviour Research and Therapy, 42(6), 697-710.

Brakel S, **Goldstein D**, Wilson R. (2004).
The Independent Lawyer Consultation: A Practicum of Ethics for the Forensic Psychiatrist.
The Journal of Psychiatry and Law, 32(2), 169-189.

van den Broek A, Golden C, Loonstra A, Ghinglia K, **Goldstein D**. (1998).
Short Forms of the Wechsler Memory Scale-Revised: Cross-Validation and Derivation of a Two-Subtest Form.
Psychological Assessment, 10, 38-40.

Pliskin N, Hamer D, **Goldstein D**, Towle V, Reder A, Noronha A, Arnason B. (1996).
Improved Delayed Visual Reproduction Test Performance in Multiple Sclerosis Patients Receiving Interferon B-1b.
Neurology, 47, 1463-1468.

**BOOK CHAPTERS**

Hanlon R, **Goldstein D**. (2011).
Special Considerations and TBI Resources: Medical-Legal Considerations in Traumatic Brain Injury.
In: F Zollman (Ed.), Management of Traumatic Brain injury: Current Concepts and Clinical Applications.
Demos Medical Publishing, pp. 400-404.

Pliskin N, **Goldstein D**, Reder A. (1996).
Neuropsychological Effects of Interferon Therapy. In: A Reder (Ed.), Interferon Therapy of Multiple Sclerosis..
Marcel Dekker Inc., pp.139-160.

**OTHER PUBLICATIONS**

**Goldstein D,** Sworowski L. (2012).
Mitigation: The Role of Neuropsychology in Sentencing Considerations.
National Academy of Neuropsychology Bulletin, 27(2).

**MEDIA**

"First Blood," August 2021. Interviewed for A&E documentary as Government witness at capital murder trial/sentencing of serial murderer Anthony Sowell, sentenced to death in 2010.

"Notorious," August 2020. Interviewed for documentary regarding expert testimony in the 2010 Anthony Sowell serial murder trial ("The Cleveland Strangler").

Chicago Sun Times, September 2009. Commentary on the Christopher Kelly corruption case.

Wisdom for Joyous Living/Holy Revival Christian Radio Show, January 2008.
Sexually Deviant Behaviors: A one-hour discussion of sex offenders, including prevalence rates, offender profiles, treatment approaches and community containment efforts, as part of a month-long series on the topic, sponsored by Healthy Living Seminars.

Milwaukee Journal Sentinel, October 2001. Beyond Words: Mapping the Backroads of American Speech. Discussion of research (on the regional and racial differences found on the Boston Naming Test) in an article featuring the life work of Frederic Gomes Cassiday, founder of the Dictionary of American Regional English.

Chicago Tribune, June 1996. Discussion of Master's Thesis (Predicting Employment in Traumatic Brain Injury) in an article featuring James Brady, former Reagan Administration Press Secretary.

**PROFESSIONAL PRESENTATIONS/ABSTRACTS**

Abraham M, Klipfel K, **Goldstein D.**
Sensitivity and Specificity of the Word Choice Test Among Criminal Defendants: Clinically Useful or Not?
Poster presented at the 48th Annual Conference of the International Neuropsychological Society.
Denver CO, February 2020.

Klipfel K, Stika M, **Goldstein D.**
The Relationship Between IQ and Effort Among Worker's Compensation and Fitness-for-Duty Examinees: A Replication of Findings in Criminal Defendants.
Poster presented at the 46th Annual Conference of the International Neuropsychological Society.
Washington DC, February 2018.

Stika M, Klipfel K, **Goldstein D.**
The Relationship Between IQ and Effort in Worker's Compensation and Fitness-for-Duty Examinees: Replication of WTAR-WAIS-III Findings with the TOPF and WAIS-IV.
Poster presented at the 46th Annual Conference of the International Neuropsychological Society.
Washington DC, February 2018.

Klipfel K, Nitsch K, **Goldstein D.**
Cross-Validation of TOMMe10 Among Criminal Defendants and Compensation-Seekers
Poster presented at the 46th Annual Conference of the International Neuropsychological Society.
Washington DC, February 2018.

Stika M, **Goldstein D**.
Relationship between Symptom and Performance Validity Test Performance in a Sample of Criminal Defendants.
Poster presented at the 43rd Annual Conference of the International Neuropsychological Society.
Denver CO, February 2015.

Mitchell E, Seidenberg M, **Goldstein D.**
The Relationship between Psychological Response Bias, Neurocognitive Performance Validity, and Estimates of IQ in Criminal Defendants.
Poster presented at the 42nd Annual Conference of the International Neuropsychological Society.
Seattle WA, February 2014.

**Goldstein D,** Sworowski L, Matthews M, Novitski J.
Cross-Validation of Failure Rates, Sensitivity and Specificity and Predictive Power Findings on the Rey-15, TOMM, VSVT, WMT, and CVLT-II Among Criminal Defendants Using a Compensation-Seeking Sample.
Poster presented at the 41st Annual Conference of the International Neuropsychological Society.
Waikoloa HI, February 2013.

Novitski J, Matthews M, Sworowski L, **Goldstein D.**
Sensitivity and Specificity of Commonly Available Embedded Effort Measures in a Sample of Adult Criminal Defendants.
Poster presented at the 41st Annual Conference of the International Neuropsychological Society.
Waikoloa HI, February 2013.

Matthews M, Novitski J, Sworowski L, **Goldstein D.**
Sensitivity and Specificity of Response Latencies from the Victoria Symptom Validity Test and WAIS-III Digit Symbol Incidental Recall as Embedded Measures of Effort Among Criminal Defendants.

Poster presented at the 41st Annual Conference of the International Neuropsychological Society.
Waikoloa HI, February 2013.

Mitchell E, Matthews M, Novitski J, Sworowski L, **Goldstein D.**
Increasing the Positive Predictive Power of the Rey Fifteen Item Test in Criminal Defendants Through the Use of Alternative Scoring Methods and Sample-Relevant Cutoff Scores.
Poster presented at the 41st Annual Conference of the International Neuropsychological Society.
Waikoloa HI, February 2013.

Matthews M, Mitchell E, Novitski J, Sworowski L, Rogers T, **Goldstein D**.
The Relationship between Intelligence and Effort in Test Profiles of Criminal Defendants.
Poster presented at the 41st Annual Conference of the International Neuropsychological Society.
Waikoloa HI, February 2013.

Forensic Grand Rounds.
Invited Panelist (co-panelists **Goldstein D,** McCaffrey R), Moderated by Denney R.
32nd Annual Conference of the National Academy of Neuropsychology.
Nashville TN, October 2012.

Feigon M, Guidotti Breting L, Meyers K, **Goldstein D,** Condit D, Sweet J.
Effectiveness of New Experimental Indices for the Test of Memory Malingering: Consistency and Forgetting in Predicting Word Memory Test Failure in Mentally Disturbed Criminal Offenders.
Poster presented at the 9th Annual Conference of the American Academy of Clinical Neuropsychology.
Washington DC, June 2011.

Guidotti Breting L, **Goldstein D,** Sweet J.
Why do people who are motivated to perform well on neuropsychological testing occasionally fail the Victoria Symptom Validity Test?
Poster presented at the 9th Annual Conference of the American Academy of Clinical Neuropsychology.
Washington DC, June 2011.

Meyers K, Guidotti Breting L, Crisanti L, **Goldstein D,** Sweet J.
Factor Analyses of Symptom Validity Tests in Clinical, Criminal, and Secondary Gain Populations.
Poster presented at the 9th Annual Conference of the American Academy of Clinical Neuropsychology.
Washington DC, June 2011.

Crisanti L, Guidotti Breting L, Feigon M, **Goldstein D,** Sweet J.
Relationship of the Victoria Symptom Validity Test to demographics and other effort measures.
Poster presented at the 9th Annual Conference of the American Academy of Clinical Neuropsychology.
Washington DC, June 2011.

Mitchell E, Van De Kreeke D. **Goldstein D.**
Effort indicators embedded within the California Verbal Learning Test-II (CVLT-II) in a sample of criminal felons.
Poster presented at the 39th Annual Conference of the International Neuropsychological Society.
Boston MA, February 2011.

Forensic Grand Rounds.
Invited Panelist (Co-Panelists **Goldstein D,** Black W, Greve K), Moderated by Denney R.
29th Annual Conference of the National Academy of Neuropsychology.
New Orleans LA, November 2009.

Renteria L, Hagen H, Sworowski L, **Goldstein D**.
The MMPI-2 and Personnel Selection: An Examination of Bias in the Screening of Hispanic Public Safety Officers.

Poster presented at the 37th Annual Conference of the International Neuropsychological Society. Atlanta GA, February 2009.

**Goldstein D,** Sworowski L.
Sensitivity and Specificity of the Rey 15, TOMM, VSVT, WMT and CVLT-II FC among Criminal Defendants.
Poster presented at the 34th Annual Conference of the International Neuropsychological Society. Portland OR, February 2007.

Sworowski L, **Goldstein D**.
Increasing the Positive Predictive Power of the TOMM, VSVT, WMT and CVLT-II FC in Criminal Defendants through the Use of Altered Cutoff Scores.
Poster presented at the 34th Annual Conference of the International Neuropsychological Society. Portland OR, February 2007.

Brakel J, **Goldstein D,** Wilson R.
The Independent Lawyer Consultation: A Practicum of Ethics for the Forensic Psychiatrist.
Paper presented at the 27th International Congress on law and Mental Health.
Amsterdam, Holland, 2002.

**Goldstein D**, Mercury M, Azrin R, Millsaps C, Ventura T, Pliskin N.
Cultural Considerations on the Boston Naming Test: The effects of race and geographic region.
Poster presented at the 28th Annual Conference of the International Neuropsychological Society. Denver CO, February 2000.

**Goldstein D**, Primeau M.
Frontal Lobe Functioning in Psychopathy.
Poster presented at the 27th Annual Conference of the International Neuropsychological Society. Boston MA, February 1999.

**Goldstein D**, Primeau M.
Assessment of Frontal Lobe Functioning in Psychopathy.
Poster presented at the 1st Annual Brain Research Institute Neuroscience Day.
University of Chicago, April 1999.

**Goldstein D**, Primeau M.
Assessment of Frontal Lobe Functioning in Psychopathy.
<u>Dissertation Abstracts International</u>: Section B: The Sciences and Engineering, 1999; 59(7-B): 3756.

Kosson D, Vassileva J, Abramowitz C, **Goldstein D**, Conrod P.
Classification of Criminal Offenders Based on Psychopathy and Theoretically Related Constructs.
Poster presented at the 12th Annual Meeting of the Society for Research on Psychopathology.
Palm Springs CA, October 1997.

van den Broek A, Golden C, Loonstra A, Ghinglia K, **Goldstein D**.
Short Forms of the Wechsler Memory Scale-Revised: A Cross-Validation.
Poster presented at the 16th Annual Meeting of the National Academy of Neuropsychology.
New Orleans LA, 1997.

Azrin R, Mercury M, Millsaps C, **Goldstein D**, Trejo T, Pliskin N.
Cautionary Note on the Boston Naming Test: Cultural Considerations.
Poster presented at the 15th Annual Meeting of the National Academy of Neuropsychology.
San Francisco CA, February 1996.

King R, Shade-Zeldow Y, Carlson C, Roth E, Bares K, **Goldstein D**.
Perceived Burden in Caregivers of Stroke Survivors: A Longitudinal Study.

Paper presented at the 21st Annual Conference of the Association of Rehabilitation Nurses.
Indianapolis IN, November 1995.

Pliskin N, Hamer D, **Goldstein D**, Noronha A, Reder A, Arnason B.
University of Chicago Multiple Sclerosis Neuropsychology Workgroup.
Interferon Therapy and Neuropsychological Function in Multiple Sclerosis.
Paper presented at the 1995 Annual Meeting of the Midwestern Neuropsychology Group.
St. Paul MN, May 1995.

Pliskin N, Hamer D, **Goldstein D**, Noronha A, Reder A, Arnason B.
University of Chicago Multiple Sclerosis Neuropsychology Workgroup.
Cognitive Effects of Interferon-Beta in Multiple Sclerosis.
University of Chicago Neuroscience Lecture Series, February 1995.

**Goldstein D**, Primeau M.
Predicting Employment in Traumatic Brain Injury.
Paper presented at the 22nd Annual Conference of the International Neuropsychological Society.
Cincinnati OH, February 1995.

Mercury M, Pliskin N, Azrin R, Azrin C, **Goldstein D**.
Cautionary Note on the Boston Naming Test: Cultural Considerations.
Poster presented at the Annual Convention of the Illinois Psychological Association.
Chicago IL, November 1994.