IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Anthony Mitchell,<br><br>Plaintiff,<br><br>v.<br><br>Robert Bartik, John Zalatoris, James Breen, Robert Girardi, Joseph Struck, Edward Winstead, and Stephen Franko,<br><br>Defendants, | Case No. 20 C 3119<br><br>Judge Joan H. Lefkow |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff Anthony Mitchell
and against defendants Robert Bartik, John Zalatoris and James Breen
in the amount of $60,000,000.00 in compensatory damages.
Punitive damages are awarded in favor of plaintiff Anthony Mitchell and against defendant John Zalatoris in the amount of $10,000.00. Punitive damages are awarded in favor of plaintiff Anthony Mitchell and against defendant James Breen in the amount of $10,000.00.

which ☐ includes  pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from defendants.

☒ in favor of defendants Robert Girardi, Joseph Struck, Edward Winstead, and Stephen Franko and against plaintiff Anthony Mitchell.

Defendants shall recover costs from plaintiffs.

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Joan H. Lefkow presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge .

Date: 3/11/2025                    Thomas G. Bruton, Clerk of Court

                                    Amanda Scherer, Deputy Clerk