# EXHIBIT C
# (Part 4)

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1925350
211609-0014
December 16, 2021
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 11/2/21 | A. O'Malley | Review multiple correspondences between counsel for the parties ███████████████████. | 0.10 | 25.00 |
| 11/8/21 | B. Siebken | Follow up with opposing counsel ███████ ███████████████ | 0.30 | 75.00 |
| 11/10/21 | B. Siebken | Correspond with opposing counsel ████████ ████████████████████████. | 0.50 | 125.00 |
| 11/11/21 | M. Bess | Review edits and comments from plaintiff's on protective order and HIPPA agreement; follow up correspondence for same | 0.70 | 206.50 |
| 11/11/21 | J. Fieweger | Review file from underlying investigation and prosecution. | 1.70 | 501.50 |
| 11/17/21 | B. Siebken | Draft and revise responses to plaintiffs' discovery requests; correspond about same with C. Wallace; ████████████████ | 0.80 | 200.00 |
| 11/17/21 | L. Brueggeman | Process discovery materials received from City Defendants. | 0.70 | 80.50 |
| 11/18/21 | B. Siebken | Prepare for and attend deposition of Ronald Smith. | 6.90 | 1,725.00 |
| 11/22/21 | J. Fieweger | Review post conviction memorandum from underlying case | 1.10 | 324.50 |
| 11/23/21 | B. Siebken | Review letter from opposing counsel ████████ ███████ draft correspondence regarding same. | 0.40 | 100.00 |
| 11/24/21 | B. Siebken | Correspond with opposing counsel █████████ ██████; review documents collected. | 1.30 | 325.00 |
| 11/29/21 | J. Fieweger | Review Shaw transcript | 2.00 | 590.00 |
| 11/29/21 | J. Fieweger | Review and revise proposed motion to bifurcate and e-mail correspondence with B. Siebken ████████████████. | 0.50 | 147.50 |
| 11/29/21 | B. Siebken | Confer with codefendants' counsel █████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ███████████ | 7.00 | 1,750.00 |
| 11/29/21 | M. Bess | Follow up correspondence r███████████ ████████████ | 0.20 | 59.00 |
| 11/30/21 | J. Fieweger | Review ████████████████████████ ██████ | 1.00 | 295.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1925350
211609-0014
December 16, 2021
Page 3 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 11/30/21 | B. Siebken | Confer with codefendants' counsel and C. Wallace ███████████████████████. | 0.90 | 225.00 |
| 11/30/21 | B. Siebken | Prepare for and attend status/scheduling hearing. | 0.60 | 150.00 |
| **Total Hours and Services** | | | **29.20** | **$7,529.50** |

| | |
|---|---|
| **Total Services** | $7,529.50 |
| **Total Due This Invoice** | **$7,529.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 4/23/21 | 01-1871834 | $2,100.00 | $0.00 | $2,100.00 |
| 5/31/21 | 01-1880625 | $4,512.50 | $0.00 | $4,512.50 |
| 10/18/21 | 01-1911378 | $3,875.00 | $0.00 | $3,875.00 |
| 11/22/21 | 01-1919570 | $8,355.00 | $0.00 | $8,355.00 |
| 12/16/21 | 01-1925350 | $7,529.50 | $0.00 | $7,529.50 |
| Outstanding Due | | | | **$26,372.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 15,884.50 | 3,875.00 | 0.00 | 0.00 | 6,612.50 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | January 6, 2022 |
| Invoice No: | 01-1929177 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through December 31, 2021, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 12/2/21 | B. Siebken | Prepare for and attend meet and confer regarding protective order and Monell bifurcation. | 0.90 | 225.00 |
| 12/8/21 | B. Siebken | Review documents ███████████████████ ███ | 1.20 | 300.00 |
| 12/10/21 | B. Siebken | Draft correspondence to client ████████ ████████████████. | 0.80 | 200.00 |
| 12/13/21 | J. Fieweger | Review discovery responses from County Defendants. | 1.00 | 295.00 |
| 12/14/21 | J. Fieweger | Review proposed confidentiality order and changes recommended by plaintiff; email correspondence with B. Siebken regarding same. | 0.50 | 147.50 |
| 12/14/21 | M. Bess | Follow up correspondence and research for protective order | 0.30 | 88.50 |
| 12/14/21 | B. Siebken | Research and draft motion for entry of confidentiality order; discuss same with client. | 3.20 | 800.00 |
| 12/16/21 | B. Siebken | Research and draft motion for entry of confidentiality order; prepare for deposition of | 2.50 | 625.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1929177
211609-0014
January 6, 2022
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | Marcus Marinelli. | | |
| 12/17/21 | B. Siebken | Prepare for and attend deposition of Marcus Marinelli; draft and revise motion for confidentiality protective order. | 5.90 | 1,475.00 |
| 12/17/21 | M. Bess | Review and revise motion to enter protective order | 1.80 | 531.00 |
| 12/20/21 | M. Bess | Revise motion to enter protective order | 0.60 | 177.00 |
| 12/20/21 | B. Siebken | Draft and revise motion for entry of confidentiality order. | 0.90 | 225.00 |
| 12/22/21 | B. Siebken | Prepare for and attend deposition of Yolanda Henderson; revise motion for entry of confidentiality protective order; correspond with opposing counsel regarding the same. | 5.90 | 1,475.00 |
| 12/22/21 | M. Bess | Draft and revise motion for protective order | 0.90 | 265.50 |
| 12/23/21 | B. Siebken | Finalize and file motion for entry of confidentiality protective order, supporting exhibits, and notice of motion. | 0.70 | 175.00 |
| 12/27/21 | B. Siebken | Correspond with OLA regarding CR files. | 0.20 | 50.00 |
| 12/30/21 | B. Siebken | Review officers' CR files. | 0.80 | 200.00 |
| **Total Hours and Services** | | | **28.10** | **$7,254.50** |

| | |
|---|---|
| Total Services | $7,254.50 |
| **Total Due This Invoice** | **$7,254.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 4/23/21 | 01-1871834 | $2,100.00 | $0.00 | $2,100.00 |
| 5/31/21 | 01-1880625 | $4,512.50 | $0.00 | $4,512.50 |
| 11/22/21 | 01-1919570 | $8,355.00 | $0.00 | $8,355.00 |
| 12/16/21 | 01-1925350 | $7,529.50 | $0.00 | $7,529.50 |
| 1/6/22 | 01-1929177 | $7,254.50 | $0.00 | $7,254.50 |
| Outstanding Due | | | | **$29,751.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 14,784.00 | 8,355.00 | 0.00 | 0.00 | 6,612.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1929177
211609-0014
January 6, 2022
Page 3 of 3

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | February 28, 2022 |
| Invoice No: | 01-1941904 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through January 31, 2022, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 1/5/22 | B. Siebken | Prepare for and attend deposition of Yolanda Henderson. | 2.00 | 500.00 |
| 1/6/22 | M. Bess | Review and analyze plaintiff's opposition to motion to enter confidentiality order; follow up for hearing re: same | 0.70 | 206.50 |
| 1/6/22 | J. Fieweger | Review Smith deposition and exhibits. | 2.50 | 737.50 |
| 1/7/22 | A. O'Malley | Review multiple correspondence █████ ████████████████████████████ █████████████████████████████ ████████████ | 0.20 | 50.00 |
| 1/7/22 | J. Fieweger | Review Shaw deposition and exhibits. | 2.50 | 737.50 |
| 1/11/22 | B. Siebken | Review briefing and case law ████████████████████████████ ████████████ | 1.10 | 275.00 |
| 1/12/22 | B. Siebken | Prepare for and attend hearing on confidentiality protective order; draft correspondence to client regarding same; review documents ██████████████████████████ | 2.30 | 575.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1941904
211609-0014
February 28, 2022
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 1/13/22 | A. O'Malley | Correspond with CWallace ███████████ | 0.10 | 25.00 |
| 1/13/22 | J. Fieweger | E-mail correspondence with B. Siebken ███████ | 0.50 | 147.50 |
| 1/13/22 | B. Siebken | Draft and send correspondence to client ██████ | 0.20 | 50.00 |
| **Total Hours and Services** | | | **12.10** | **$3,304.00** |

| | |
|---|---|
| Total Services | $3,304.00 |
| **Total Due This Invoice** | **$3,304.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 4/23/21 | 01-1871834 | $2,100.00 | $0.00 | $2,100.00 |
| 5/31/21 | 01-1880625 | $4,512.50 | $0.00 | $4,512.50 |
| 11/22/21 | 01-1919570 | $8,355.00 | $8,296.00 | $59.00 |
| 1/6/22 | 01-1929177 | $7,254.50 | $0.00 | $7,254.50 |
| 2/28/22 | 01-1941904 | $3,304.00 | $0.00 | $3,304.00 |
| Outstanding Due | | | | $17,230.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 3,304.00 | 7,254.50 | 0.00 | 59.00 | 6,612.50 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | March 18, 2022 |
| Invoice No: | 01-1945555 |
| | |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through February 28, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 2/1/22 | L. Brueggeman | Research ▮▮▮▮▮▮▮. | 0.20 | 23.00 |
| 2/1/22 | L. Brueggeman | Confer with BJSiebken ▮▮▮▮▮▮ ▮▮▮▮ | 0.20 | 23.00 |
| 2/1/22 | L. Brueggeman | Process discovery materials received from co-defendants. | 0.60 | 69.00 |
| 2/1/22 | B. Siebken | Review and redaction of officers' CR files. | 0.50 | 125.00 |
| 2/4/22 | L. Brueggeman | Prepare updates to discovery tracking log. | 2.00 | 230.00 |
| 2/7/22 | L. Brueggeman | Process discovery materials received from Co-Defendants. | 0.50 | 57.50 |
| 2/8/22 | L. Brueggeman | Update discovery tracker log. | 0.90 | 103.50 |
| 2/14/22 | J. Fieweger | Review Shaw deposition | 0.60 | 177.00 |
| 2/16/22 | J. Fieweger | Review Shaw deposition | 2.50 | 737.50 |
| 2/22/22 | J. Fieweger | Review Shaw deposition | 1.00 | 295.00 |
| 2/24/22 | M. Bess | Review and analyze call notes | 0.40 | 118.00 |
| 2/25/22 | J. Fieweger | Email correspondence with B. Siebken ▮▮▮▮ | 0.20 | 59.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1945555
211609-0014
March 18, 2022
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | ████████████████████ | | |
| 2/25/22 | B. Siebken | Review documents for production to plaintiff; correspond with codefendants' counsel regarding same. | 0.30 | 75.00 |
| 2/28/22 | M. Bess | Review and analyze record materials | 0.40 | 118.00 |
| **Total Hours and Services** | | | **10.30** | **$2,210.50** |

| | |
|---|---|
| Total Services | $2,210.50 |
| **Total Due This Invoice** | **$2,210.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 4/23/21 | 01-1871834 | $2,100.00 | $0.00 | $2,100.00 |
| 5/31/21 | 01-1880625 | $4,512.50 | $0.00 | $4,512.50 |
| 11/22/21 | 01-1919570 | $8,355.00 | $8,296.00 | $59.00 |
| 1/6/22 | 01-1929177 | $7,254.50 | $0.00 | $7,254.50 |
| 2/28/22 | 01-1941904 | $3,304.00 | $0.00 | $3,304.00 |
| 3/18/22 | 01-1945555 | $2,210.50 | $0.00 | $2,210.50 |
| Outstanding Due | | | | **$19,440.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 5,514.50 | 0.00 | 7,254.50 | 59.00 | 6,612.50 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | April 20, 2022 |
| Invoice No: | 01-1953892 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through March 31, 2022, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 3/3/22 | B. Siebken | Strategize review of physical files from previous civil case. | 0.10 | 25.00 |
| 3/7/22 | J. Fieweger | Review Shaw deposition | 1.00 | 295.00 |
| 3/8/22 | B. Siebken | Attend status hearing. | 0.20 | 50.00 |
| 3/22/22 | B. Siebken | Review documents from plaintiffs' previous civil suit; prepare plan for discovery. | 3.10 | 775.00 |
| 3/22/22 | A. O'Malley | Telephone call with Brie Siebken ███████ ████████████████████████████████ ████████████. | 0.20 | 50.00 |
| 3/29/22 | B. Siebken | Correspond with counsel for the County ██████ ██████████████████████████████████ ████████. | 0.90 | 225.00 |
| 3/30/22 | B. Siebken | Correspond with opposing counsel and counsel for the County ███████████. | 0.20 | 50.00 |
| **Total Hours and Services** | | | **5.70** | **$1,470.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1953892
211609-0014
April 20, 2022
Page 2 of 2

| | | | |
|---|---|---|---:|
| Total Services | | | $1,470.00 |
| **Total Due This Invoice** | | | **$1,470.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---:|---:|---:|
| 4/23/21 | 01-1871834 | $2,100.00 | $0.00 | $2,100.00 |
| 5/31/21 | 01-1880625 | $4,512.50 | $0.00 | $4,512.50 |
| 11/22/21 | 01-1919570 | $8,355.00 | $8,296.00 | $59.00 |
| 3/18/22 | 01-1945555 | $2,210.50 | $0.00 | $2,210.50 |
| 4/20/22 | 01-1953892 | $1,470.00 | $0.00 | $1,470.00 |
| Outstanding Due | | | | **$10,352.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---:|---:|---:|---:|---:|
| 1,470.00 | 2,210.50 | 0.00 | 0.00 | 6,671.50 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner
different from the payment method that you usually use, for example, to an unfamiliar wire
account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich
LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 20, 2022 |
| Invoice No: | 01-1961648 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through April 30, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 4/4/22 | B. Siebken | Review ▓▓▓▓▓▓; confer ▓▓▓▓▓▓▓▓▓ with codefendants' counsel. | 0.40 | 100.00 |
| 4/5/22 | J. Fieweger | Review materials ▓▓▓▓▓▓ ▓▓▓▓▓▓▓ | 1.40 | 413.00 |
| 4/5/22 | B. Siebken | Correspond with client and codefendants' counsel ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ | 0.50 | 125.00 |
| 4/7/22 | J. Fieweger | Review Smith deposition | 2.00 | 590.00 |
| 4/12/22 | M. Bess | Discuss ▓▓▓▓ with Michael Best and Nathan & Kamionski | 0.30 | 88.50 |
| 4/12/22 | B. Siebken | Strategize ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ | 0.60 | 150.00 |
| 4/14/22 | B. Siebken | Confer with counsel ▓▓▓▓▓▓ | 0.40 | 100.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1961648
211609-0014
May 20, 2022
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| | | ▉▉▉▉▉▉▉ | | |
| 4/28/22 | J. Fieweger | Review records ▉▉▉▉▉ | 1.10 | 324.50 |
| **Total Hours and Services** | | | **6.70** | **$1,891.00** |

| | |
|---|---|
| Total Services | $1,891.00 |
| **Total Due This Invoice** | **$1,891.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 5/31/21 | 01-1880625 | $4,512.50 | $4,402.50 | $110.00 |
| 11/22/21 | 01-1919570 | $8,355.00 | $8,296.00 | $59.00 |
| 4/20/22 | 01-1953892 | $1,470.00 | $0.00 | $1,470.00 |
| 5/20/22 | 01-1961648 | $1,891.00 | $0.00 | $1,891.00 |
| Outstanding Due | | | | $3,530.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 3,361.00 | 0.00 | 0.00 | 0.00 | 169.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | June 17, 2022 |
| Invoice No: | 01-1967741 |
| | |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through May 31, 2022, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 5/2/22 | B. Siebken | Confer with codefendants' counsel ███████ ████████████████████████████████ | 0.50 | 125.00 |
| 5/2/22 | J. Fieweger | Review Shaw transcript | 1.00 | 295.00 |
| 5/2/22 | J. Fieweger | Email correspondence with B. Siebken and M. Bess███████████████████████████ | 0.30 | 88.50 |
| 5/3/22 | B. Siebken | Review documents and prepare same for production. | 2.30 | 575.00 |
| 5/4/22 | B. Siebken | Review documents and prepare same for production. | 0.80 | 200.00 |
| 5/5/22 | B. Siebken | Review documents for production; confer with codefendants' counsel ██████████ ████████████ | 0.40 | 100.00 |
| 5/9/22 | L. Brueggeman | Prepare requested documents for production. | 0.80 | 92.00 |
| 5/11/22 | B. Siebken | Prepare for and attend deposition of defendant officer; confer about same with counsel. | 3.30 | 825.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1967741
211609-0014
June 17, 2022
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 5/16/22 | A. O'Malley | Review correspondence ███████ ██████. | 0.10 | 25.00 |
| 5/17/22 | A. O'Malley | Correspond with counsel ████████ ███████. | 0.10 | 25.00 |
| 5/18/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 1.60 | 400.00 |
| 5/19/22 | A. O'Malley | Correspond with counsel ████████ ████. | 0.10 | 25.00 |
| 5/23/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 0.90 | 225.00 |
| 5/26/22 | B. Siebken | Review documents ███████████ ██████. | 0.30 | 75.00 |
| 5/27/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 0.40 | 100.00 |
| 5/27/22 | C. Isaac | Attend deposition of B Skora. | 1.00 | 250.00 |
| 5/31/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 0.80 | 200.00 |
| 5/31/22 | A. O'Malley | Review multiple correspondence amongst counsel ███████████ | 0.10 | 25.00 |
| **Total Hours and Services** | | | **14.80** | **$3,650.50** |

Total Services     $3,650.50

**Total Due This Invoice**     **$3,650.50**

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 11/22/21 | 01-1919570 | $8,355.00 | $8,296.00 | $59.00 |
| 4/20/22 | 01-1953892 | $1,470.00 | $0.00 | $1,470.00 |
| 5/20/22 | 01-1961648 | $1,891.00 | $0.00 | $1,891.00 |
| 6/17/22 | 01-1967741 | $3,650.50 | $0.00 | $3,650.50 |
| Outstanding Due | | | | **$7,070.50** |

**Outstanding Invoice - Aging**

| **0-30** | **31-60** | **61-90** | **91-120** | **120+** |
|----------|-----------|-----------|------------|----------|
| 5,541.50 | 1,470.00 | 0.00 | 0.00 | 59.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1967741
211609-0014
June 17, 2022
Page 3 of 3

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | July 19, 2022 |
| Invoice No: | 01-1976510 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through June 30, 2022, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 5/6/22 | B. Siebken | Confer with opposing counsel and codefendants' counsel ███████████████████████ | 0.40 | 100.00 |
| 5/9/22 | B. Siebken | Review, redact, and produce documents responsive to plaintiffs' requests. | 0.70 | 175.00 |
| 5/10/22 | B. Siebken | Prepare for upcoming depositions; review documents collected. | 0.60 | 150.00 |
| 6/1/22 | B. Siebken | Review documents received from OLA; follow up on additional request. | 0.20 | 50.00 |
| 6/2/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 1.60 | 400.00 |
| 6/3/22 | J. Fieweger | Review briefing on motion to compel | 0.40 | 118.00 |
| 6/14/22 | J. Fieweger | Review materials regarding motion to compel | 0.50 | 147.50 |
| 6/14/22 | L. Brueggeman | Begin preparing redactions for materials to be produced. | 2.50 | 287.50 |
| 6/15/22 | L. Brueggeman | Continue preparing redactions for materials to be produced. | 2.20 | 253.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1976510
211609-0014
July 19, 2022
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 6/16/22 | J. Fiewerger | Review materials ███████████ ██████████████████ ████████████████ █████████████████ | 1.00 | 295.00 |
| 6/16/22 | L. Brueggeman | Continue preparing redactions for materials to be produced. | 2.00 | 230.00 |
| 6/16/22 | B. Siebken | Prepare for and attend deposition of defendant Varga; review documents ██████████; confer with opposing counsel ████████. | 4.20 | 1,050.00 |
| 6/17/22 | J. Fiewerger | Email correspondence with B. Siebken ██████ ██████████ | 0.30 | 88.50 |
| 6/20/22 | D. Manzoor | Attorney call ████████████████ ███████████████ | 0.70 | 0.00 |
| 6/21/22 | B. Siebken | Prepare for and attend deposition of defendant Franko; review documents ████████████ ████████████████; confer with counsel for codefendants. | 1.80 | 450.00 |
| 6/21/22 | L. Brueggeman | Begin preparing requested redactions to files. | 2.80 | 322.00 |
| 6/22/22 | B. Siebken | Prepare for and attend deposition of defendant officer Bartik; review responsive documents ██████████████████████████. | 4.10 | 1,025.00 |
| 6/22/22 | L. Brueggeman | Continue preparing requested redactions to files. | 3.30 | 379.50 |
| 6/23/22 | L. Brueggeman | Continue preparing requested redactions to files. | 2.70 | 310.50 |
| 6/27/22 | J. Fiewerger | Review Shaw transcript. | 1.50 | 442.50 |
| 6/28/22 | J. Fiewerger | Continued review of Shaw transcript | 1.70 | 501.50 |
| 6/28/22 | D. Manzoor | Deposition preparation, █████████████████ █████████████ | 0.40 | 0.00 |
| **Total Hours and Services** | | | **35.60** | **$6,775.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1976510
211609-0014
July 19, 2022
Page 3 of 3

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 5/22/22 | Chicago Messenger Service, Inc - Messenger Service to Chicago Police Department 3510 S Michigan Ave | 25.31 |

| | |
|---|---|
| **Total Disbursements** | **$25.31** |

| | |
|---|---|
| Total Services | $6,775.50 |
| Total Disbursements | $25.31 |
| **Total Due This Invoice** | **$6,800.81** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 6/17/22 | 01-1967741 | $3,650.50 | $0.00 | $3,650.50 |
| 7/19/22 | 01-1976510 | $6,800.81 | $0.00 | $6,800.81 |
| Outstanding Due | | | | $10,451.31 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 6,800.81 | 3,650.50 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | August 21, 2022 |
| Invoice No: | 01-1984989 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through July 31, 2022, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 7/5/22 | J. Fieweger | Review FRCL file from client and CR files produced in case. | 1.20 | 354.00 |
| 7/14/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 2.80 | 700.00 |
| 7/18/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 4.70 | 1,175.00 |
| 7/18/22 | D. Manzoor | Conducted observation and drafted notes of deposition of John Zalatoris (No Charge) | 5.00 | 0.00 |
| **Total Hours and Services** | | | **13.70** | **$2,229.00** |

| | |
|---|---|
| Total Services | $2,229.00 |
| **Total Due This Invoice** | **$2,229.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1984989
211609-0014
August 21, 2022
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 6/17/22 | 01-1967741 | $3,650.50 | $3,550.50 | $100.00 |
| 7/19/22 | 01-1976510 | $6,800.81 | $0.00 | $6,800.81 |
| 8/21/22 | 01-1984989 | $2,229.00 | $0.00 | $2,229.00 |
| Outstanding Due | | | | $9,129.81 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 2,229.00 | 6,800.81 | 100.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

City of Chicago
.
Chicago, IL 60602

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

| | |
|---|---|
| Invoice Date | September 18, 2022 |
| Invoice No: | 01-1990702 |
| | |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through August 31, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 8/2/22 | B. Siebken | Prepare for and attend deposition of Marisol Caldero, who failed to appear. | 0.40 | 100.00 |
| 8/3/22 | J. Fieweger | Email correspondence and telephone conference with B. Siebken ██████████ ██████████ | 0.50 | 147.50 |
| 8/3/22 | B. Siebken | Prepare for and attend deposition of defendant officer James Breen; confer with codefendants' counsel regarding same. | 4.80 | 1,200.00 |
| 8/4/22 | J. Fieweger | Telephone conference with J. Felker and B. Siebken ██████████ | 0.50 | 147.50 |
| 8/8/22 | J. Fieweger | Telephone conference with co-defense counsel ██████████ | 0.50 | 147.50 |
| 8/12/22 | B. Siebken | Attend deposition of defendant officer Leonard Rolston. | 2.40 | 600.00 |
| 8/26/22 | B. Siebken | Prepare for and attend deposition of defendant McRay Judge. | 3.50 | 875.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1990702
211609-0014
September 18, 2022
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 8/31/22 | J. Fieweger | Review supplemental discovery requests | 0.30 | 88.50 |
| **Total Hours and Services** | | | **12.90** | **$3,306.00** |

| | | |
|---|---|---|
| Total Services | | $3,306.00 |
| **Total Due This Invoice** | | **$3,306.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 7/19/22 | 01-1976510 | $6,800.81 | $0.00 | $6,800.81 |
| 8/21/22 | 01-1984989 | $2,229.00 | $0.00 | $2,229.00 |
| 9/18/22 | 01-1990702 | $3,306.00 | $0.00 | $3,306.00 |
| Outstanding Due | | | | **$12,335.81** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 5,535.00 | 0.00 | 6,800.81 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | October 17, 2022 |
| Invoice No: | 01-1998047 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through September 30, 2022, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 7/13/22 | B. Siebken | Correspond with opposing counsel █████████ ███ | 0.90 | 225.00 |
| 9/1/22 | B. Siebken | Prepare for and attend deposition of medical examiner. | 0.70 | 175.00 |
| 9/1/22 | J. Fieweger | Review supplemental production requests from plaintiff and email correspondence with B. Siebken regarding same. | 0.30 | 88.50 |
| 9/6/22 | J. Fieweger | Review Shaw trascript | 1.60 | 472.00 |
| 9/19/22 | J. Fieweger | Email correspondence with B. Siebken ████████ ████████████████████████████ █████████ n. | 0.40 | 118.00 |
| 9/19/22 | B. Siebken | Prepare for and attend plaintiff's deposition; plan next steps ██████████████████ . | 10.20 | 2,550.00 |
| 9/26/22 | J. Fieweger | Review and revise responses to supplemental discovery and email correspondence with B. Siebken regarding same. | 0.40 | 118.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1998047
211609-0014
October 17, 2022
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 9/26/22 | B. Siebken | Draft and revise written discovery responses; review documents related to same; draft correspondence to J. Felker and C. Wallace regarding same. | 0.70 | 175.00 |
| 9/26/22 | B. Siebken | Confer with officers' counsel ███████ ████████████ | 0.20 | 50.00 |
| 9/27/22 | B. Siebken | Analyze and draft suggested approach ██████ ██████████████████████ ██████████████████████ ████████████g. | 0.80 | 200.00 |
| 9/30/22 | B. Siebken | Finalize and serve written discovery responses; correspond with officers' counsel regarding same. | 0.30 | 75.00 |
| **Total Hours and Services** | | | **16.50** | **$4,246.50** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 6/28/22 | Kentuckiana Reporters - Deposition transcript of Varga | 628.20 |
| **Total Disbursements** | | **$628.20** |

| | |
|---|---|
| Total Services | $4,246.50 |
| Total Disbursements | $628.20 |
| **Total Due This Invoice** | **$4,874.70** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 7/19/22 | 01-1976510 | $6,800.81 | $0.00 | $6,800.81 |
| 8/21/22 | 01-1984989 | $2,229.00 | $0.00 | $2,229.00 |
| 9/18/22 | 01-1990702 | $3,306.00 | $0.00 | $3,306.00 |
| 10/17/22 | 01-1998047 | $4,874.70 | $0.00 | $4,874.70 |
| Outstanding Due | | | | **$17,210.51** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 8,180.70 | 2,229.00 | 6,800.81 | 0.00 | 0.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

<div align="right">

Invoice 01-1998047
211609-0014
October 17, 2022
Page 3 of 3

</div>

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| Invoice Date | November 18, 2022 |
|---|---|
| Invoice No: | 01-2007772 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through October 31, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 10/31/22 | B. Siebken | Prepare for and attend deposition of third party Michael Clancy. | 1.40 | 350.00 |
| **Total Hours and Services** | | | **1.40** | **$350.00** |

| | |
|---|---|
| Total Services | $350.00 |
| **Total Due This Invoice** | **$350.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 9/18/22 | 01-1990702 | $3,306.00 | $0.00 | $3,306.00 |
| 10/17/22 | 01-1998047 | $4,874.70 | $0.00 | $4,874.70 |
| 11/18/22 | 01-2007772 | $350.00 | $0.00 | $350.00 |
| Outstanding Due | | | | **$8,530.70** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2007772
211609-0014
November 18, 2022
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 350.00 | 4,874.70 | 3,306.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | December 16, 2022 |
| Invoice No: | 01-2012509 |
| | |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through November 30, 2022, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 11/8/22 | C. Isaac | Prepare for and attend J. Rubenstein deposition. | 6.60 | 1,650.00 |
| 11/11/22 | C. Isaac | Attend deposition of Nancy Nazarian. | 2.20 | 550.00 |
| 11/17/22 | M. Bess | Review and analyze deposition transcript of Andrew Varga | 1.50 | 442.50 |
| 11/21/22 | B. Siebken | Prepare for and attend deposition of third-party witness R. Hobbs. | 1.50 | 375.00 |
| 11/21/22 | B. Siebken | Prepare for and attend deposition of third-party witness R. Hobbs. | 0.60 | 150.00 |
| 11/28/22 | J. Fieweger | Review Judge transcript | 1.60 | 472.00 |
| 11/28/22 | B. Siebken | Investigate and prepare supplemental discovery responses; confer about same with defense counsel. | 0.60 | 150.00 |
| 11/29/22 | B. Siebken | Prepare for and attend deposition of Elliot Zinger. | 1.70 | 425.00 |
| 11/30/22 | J. Fieweger | Review Cladero transcript | 2.00 | 590.00 |
| 11/30/22 | B. Siebken | Prepare for and appear for deposition of Johnitta Griffin ("Precious"). | 1.80 | 450.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2012509
211609-0014
December 16, 2022
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| **Total Hours and Services** | | | **20.10** | **$5,254.50** |

| | | Total |
|--|--|------:|
| Total Services | | $5,254.50 |
| **Total Due This Invoice** | | **$5,254.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|------:|-------:|--------:|
| 9/18/22 | 01-1990702 | $3,306.00 | $0.00 | $3,306.00 |
| 10/17/22 | 01-1998047 | $4,874.70 | $0.00 | $4,874.70 |
| 11/18/22 | 01-2007772 | $350.00 | $0.00 | $350.00 |
| 12/16/22 | 01-2012509 | $5,254.50 | $0.00 | $5,254.50 |
| Outstanding Due | | | | $13,785.20 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|-----:|------:|------:|-------:|-----:|
| 5,604.50 | 4,874.70 | 3,306.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | January 20, 2023 |
| Invoice No: | 01-2019952 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through December 31, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 12/5/22 | J. Fieweger | Email correspondence with team members ▮ | 0.20 | 59.00 |
| 12/6/22 | C. Isaac | Attend continued deposition of J. Rubsenstein. | 1.80 | 450.00 |
| 12/12/22 | M. Bess | Participate in conference call with NK ▮▮▮ ▮▮▮▮▮▮ | 0.30 | 88.50 |
| 12/12/22 | J. Fieweger | Telephone conference with co-defense counsel ▮▮▮ scovery and summary judgment scheduling | 0.30 | 88.50 |
| 12/14/22 | M. Bess | Draft and revise response to Plaintiff's' RFA's and interrogatories | 1.20 | 354.00 |
| 12/21/22 | J. Fieweger | Review Varga deposition | 1.60 | 472.00 |
| **Total Hours and Services** | | | **5.40** | **$1,512.00** |

| | |
|---|---|
| Total Services | $1,512.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2019952
211609-0014
January 20, 2023
Page 2 of 2

**Total Due This Invoice** $1,512.00

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 12/16/22 | 01-2012509 | $5,254.50 | $0.00 | $5,254.50 |
| 1/20/23 | 01-2019952 | $1,512.00 | $0.00 | $1,512.00 |
| Outstanding Due | | | | $6,766.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 1,512.00 | 5,254.50 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | February 28, 2023 |
| Invoice No: | 01-2030297 |
| | |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through January 31, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 1/3/23 | J. Fieweger | Email correspondence with S. Nathan ████ | 0.20 | 59.00 |
| 1/13/23 | J. Fieweger | Review Shaw deposition | 0.60 | 177.00 |
| 1/20/23 | J. Fieweger | Email correspondence with co-counsel ████ ████ | 0.20 | 59.00 |
| 1/27/23 | J. Fieweger | Review records ████ | 0.60 | 177.00 |
| **Total Hours and Services** | | | **1.60** | **$472.00** |

| | |
|---|---|
| Total Services | $472.00 |
| **Total Due This Invoice** | **$472.00** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 1/20/23 | 01-2019952 | $1,512.00 | $0.00 | $1,512.00 |
| 2/28/23 | 01-2030297 | $472.00 | $0.00 | $472.00 |
| Outstanding Due | | | | **$1,984.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2030297
211609-0014
February 28, 2023
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 472.00 | 1,512.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | March 19, 2023 |
| Invoice No: | 01-2033432 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through February 28, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 2/15/23 | J. Fieweger | Review Varga depostion | 1.00 | 295.00 |
| 2/17/23 | J. Fieweger | Review Shaw depsotion | 1.00 | 295.00 |
| **Total Hours and Services** | | | **2.00** | **$590.00** |

| | |
|---|---|
| Total Services | $590.00 |
| **Total Due This Invoice** | **$590.00** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 1/20/23 | 01-2019952 | $1,512.00 | $0.00 | $1,512.00 |
| 2/28/23 | 01-2030297 | $472.00 | $0.00 | $472.00 |
| 3/19/23 | 01-2033432 | $590.00 | $0.00 | $590.00 |
| Outstanding Due | | | | **$2,574.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2033432
211609-0014
March 19, 2023
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 1,062.00 | 1,512.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | April 26, 2023 |
| Invoice No: | 01-2043346 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through March 31, 2023, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 3/8/23 | J. Fieweger | Email correspondence with co-counsel ███████ | 0.30 | 88.50 |
| 3/14/23 | C. Isaac | Review docket and calendar to identify next steps. | 0.90 | 225.00 |
| 3/14/23 | J. Fieweger | Review record ███████████ ███████████████████ | 0.60 | 177.00 |
| 3/15/23 | J. Fieweger | Review draft motion ████████████ ████████████████ | 0.50 | 147.50 |
| 3/21/23 | J. Fieweger | Review disclosure and report from Dr. Leo | 1.00 | 295.00 |
| 3/24/23 | J. Fieweger | Review Cook County document production | 1.50 | 442.50 |
| **Total Hours and Services** | | | **4.80** | **$1,375.50** |

| | |
|---|---|
| Total Services | $1,375.50 |
| **Total Due This Invoice** | **$1,375.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2043346
211609-0014
April 26, 2023
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 2/28/23 | 01-2030297 | $472.00 | $0.00 | $472.00 |
| 3/19/23 | 01-2033432 | $590.00 | $0.00 | $590.00 |
| 4/26/23 | 01-2043346 | $1,375.50 | $0.00 | $1,375.50 |
| Outstanding Due | | | | $2,437.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,375.50 | 1,062.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 24, 2023 |
| Invoice No: | 01-2050782 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through April 30, 2023, as follows:

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 11/18/22 | Kentuckiana Reporters - Deposition transcript of Marisol Caldero | 162.43 |
| 12/1/22 | Kentuckiana Reporters - Deposition transcript of McRay Judge | 224.88 |
| **Total Disbursements** | | **$387.31** |

| | |
|---|---|
| **Total Due This Invoice** | **$387.31** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 2/28/23 | 01-2030297 | $472.00 | $0.00 | $472.00 |
| 3/19/23 | 01-2033432 | $590.00 | $0.00 | $590.00 |
| 4/26/23 | 01-2043346 | $1,375.50 | $0.00 | $1,375.50 |
| 5/24/23 | 01-2050782 | $387.31 | $0.00 | $387.31 |
| Outstanding Due | | | | **$2,824.81** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2050782
211609-0014
May 24, 2023
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 387.31 | 1,375.50 | 590.00 | 472.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 31, 2023 |
| Invoice No: | 01-2052854 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through April 30, 2023, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 4/5/23 | J. Fieweger | Review docket and correspondence files █ ██████████████ ███████ | 1.00 | 295.00 |
| 4/5/23 | C. Isaac | Review Bub expert report. | 1.50 | 375.00 |
| 4/6/23 | C. Isaac | Prepare for and attend deposition of Robert Bub. | 6.00 | 1,500.00 |
| 4/6/23 | J. Fieweger | Email correspondence with C. Isaac r██████ ████████ | 0.20 | 59.00 |
| 4/7/23 | M. Bess | Review record and discovery materials████████ ███████ | 0.40 | 118.00 |
| 4/7/23 | J. Fieweger | Telephone conference with M. Bess and C. Isaac regarding ██████████████████ ██████████████. | 0.50 | 147.50 |
| 4/7/23 | C. Isaac | Attend call with J. Fieweger and M. Bess ███████ █████████████ | 2.20 | 550.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2052854
211609-0014
May 31, 2023
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | ██████████████. | | |
| 4/10/23 | J. Fieweger | Telephone conference with S. Nathan, A. Kamionski, N. Adeeyo ████████████████ ██████████████ | 0.50 | 147.50 |
| 4/10/23 | C. Isaac | Review file to prepare for status hearing; review Fulton and Mitchell deposition transcripts for statement on the record from plaintiff's counsel regarding bifurcation; review expert report of Daniel Sosnowski; review expert report of Richard Leo; attend conference with co-counsel regarding Monell summary judgment and discovery. | 2.90 | 725.00 |
| 4/11/23 | C. Isaac | Review and assess Leo expert report for deposition preparation purposes. | 1.20 | 300.00 |
| 4/17/23 | J. Fieweger | Review Sosnowski expert report and email correspondence with C. Isaac regarding same. | 0.70 | 206.50 |
| 4/17/23 | J. Fieweger | Review file to prepare for call with client regarding bifurcation motion and summary judgment. | 0.60 | 177.00 |
| 4/18/23 | M. Bess | Review record materials and discuss Monell strategy with J. Fieweger. J. Felker, and C. Wallace | 0.50 | 147.50 |
| 4/18/23 | J. Fieweger | Prepare for and attend call with J. Felker, C. Wallace and M. Bess ██████████████████ ████████████████████████████ ████████████████████ | 0.60 | 177.00 |
| 4/20/23 | J. Fieweger | Telephone conference with R. Ainsworth regarding bifurcation and email correspondence with client regarding same. | 0.30 | 88.50 |
| 4/26/23 | J. Fieweger | Review and revise bifurcation motion and email correspondence with C. Isaac regarding same. | 0.60 | 177.00 |
| 4/26/23 | C. Isaac | Draft motion to bifurcate. | 0.50 | 125.00 |
| 4/27/23 | J. Fieweger | Review Mitchell deposition | 2.00 | 590.00 |
| 4/28/23 | J. Fieweger | Review Varga deposition | 1.20 | 354.00 |
| **Total Hours and Services** | | | **23.40** | **$6,259.50** |

| | | |
|---|---|---|
| Total Services | | $6,259.50 |
| **Total Due This Invoice** | | **$6,259.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2052854
211609-0014
May 31, 2023
Page 3 of 3

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 2/28/23 | 01-2030297 | $472.00 | $0.00 | $472.00 |
| 3/19/23 | 01-2033432 | $590.00 | $0.00 | $590.00 |
| 4/26/23 | 01-2043346 | $1,375.50 | $0.00 | $1,375.50 |
| 5/24/23 | 01-2050782 | $387.31 | $0.00 | $387.31 |
| 5/31/23 | 01-2052854 | $6,259.50 | $0.00 | $6,259.50 |
| Outstanding Due | | | | $9,084.31 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 6,646.81 | 1,375.50 | 590.00 | 472.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | June 30, 2023 |
| Invoice No: | 01-2059427 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through May 31, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 5/2/23 | C. Isaac | Prepare for and attend expert deposition of D. Sosnowski. | 2.50 | 625.00 |
| 5/2/23 | C. Isaac | Review Leo expert report in preparation for deposition. | 0.60 | 150.00 |
| 5/2/23 | J. Fieweger | Review materials ███████████ ████████████████████████ ██████████████ | 0.60 | 177.00 |
| 5/3/23 | C. Isaac | Prepare for and attend expert deposition of Dr. Leo. | 4.20 | 1,050.00 |
| 5/5/23 | J. Fieweger | Review and revise motion to bifurcate and email correspondence with C. Isaac regarding same | 0.50 | 147.50 |
| 5/5/23 | J. Fieweger | Review Sosnowski report | 0.50 | 147.50 |
| 5/8/23 | J. Fieweger | Review order granting motion to bifurcate and email to J. Felker and C. Wallace regarding same. | 0.20 | 59.00 |
| 5/9/23 | J. Fieweger | Review Lew deposition transcript | 1.60 | 472.00 |
| 5/11/23 | J. Fieweger | Review Shaw transcript | 1.00 | 295.00 |
| 5/17/23 | J. Heracklis | Preparing case transition documents. | 0.40 | 100.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2059427
211609-0014
June 30, 2023
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|------------|-----------|-------|-------|
| 5/18/23 | J. Fieweger | Review Bub and Sosnowski depostions | 2.30 | 678.50 |
| 5/26/23 | V. Mantilla | Read City's Answer to Complaint; read City's Memo in support of MTD. | 1.90 | 475.00 |
| 5/31/23 | J. Fieweger | Review Leo report and transcript | 2.00 | 590.00 |
| **Total Hours and Services** | | | **18.30** | **$4,966.50** |

| | |
|---|---|
| Total Services | $4,966.50 |
| **Total Due This Invoice** | **$4,966.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 2/28/23 | 01-2030297 | $472.00 | $0.00 | $472.00 |
| 4/26/23 | 01-2043346 | $1,375.50 | $0.00 | $1,375.50 |
| 5/24/23 | 01-2050782 | $387.31 | $0.00 | $387.31 |
| 5/31/23 | 01-2052854 | $6,259.50 | $0.00 | $6,259.50 |
| 6/30/23 | 01-2059427 | $4,966.50 | $0.00 | $4,966.50 |
| Outstanding Due | | | | **$13,460.81** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 11,226.00 | 387.31 | 1,375.50 | 0.00 | 472.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

City of Chicago
.
Chicago, IL 60602

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

| | |
|---|---|
| Invoice Date | July 26, 2023 |
| Invoice No: | 01-2065273 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through June 30, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 6/1/23 | J. Fieweger | Review Palmatier expert report | 1.00 | 295.00 |
| 6/2/23 | J. Fieweger | Review record ███████████ ██████████████ ████████████ | 1.40 | 413.00 |
| 6/8/23 | J. Fieweger | Review Skora deposition | 2.00 | 590.00 |
| 6/9/23 | J. Fieweger | Review summary judgment motion filed by County defendants and email correspondence with C. Isaac and M. Bess regarding filing on behalf of City | 1.20 | 354.00 |
| 6/12/23 | J. Fieweger | Review complaint ██████████ ███████████████████ ████ | 0.40 | 118.00 |
| 6/12/23 | J. Fieweger | Review Michael Kennedy transcript | 1.00 | 295.00 |
| 6/12/23 | C. Isaac | Begin drafting motion for summary judgment. | 0.50 | 125.00 |
| 6/13/23 | J. Fieweger | Review and revise draft motion for summary judgment ad LR 56.1 statement and email correspondence with C. isaac regarding same. | 0.60 | 177.00 |
| 6/13/23 | C. Isaac | Draft motion for summary judgment and statement | 1.40 | 350.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2065273
211609-0014
July 26, 2023
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | of facts. | | |
| 6/16/23 | C. Isaac | Review document production for Marinelli and Griffin grand jury testimony. | 0.50 | 125.00 |
| 6/16/23 | C. Isaac | Revise and finalize motion for summary judgment, motion to file instanter, and statement of facts. | 0.10 | 25.00 |
| 6/16/23 | L. Brueggeman | Review of file ████████████████ | 1.80 | 207.00 |
| 6/16/23 | C. Isaac | Draft motion for leave to file instanter. | 0.30 | 75.00 |
| 6/19/23 | L. Brueggeman | Update deposition tracker. | 0.10 | 11.50 |
| 6/19/23 | M. Bess | Review and analyze summary judgment filings | 2.10 | 619.50 |
| 6/21/23 | J. Fieweger | Review filed motions for summary judgment | 0.60 | 177.00 |
| 6/21/23 | L. Brueggeman | Update deposition tracker with newly scheduled deposition. | 0.10 | 11.50 |
| 6/28/23 | V. Mantilla | Review documents ████████████ | 0.30 | 75.00 |
| 6/30/23 | J. Fieweger | Review responses to subpoenas ████████ | 0.50 | 147.50 |
| **Total Hours and Services** | | | **15.90** | **$4,191.00** |

| | |
|---|---|
| Total Services | $4,191.00 |
| **Total Due This Invoice** | **$4,191.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 5/31/23 | 01-2052854 | $6,259.50 | $0.00 | $6,259.50 |
| 6/30/23 | 01-2059427 | $4,966.50 | $0.00 | $4,966.50 |
| 7/26/23 | 01-2065273 | $4,191.00 | $0.00 | $4,191.00 |
| Outstanding Due | | | | $15,417.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 9,157.50 | 6,259.50 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2065273
211609-0014
July 26, 2023
Page 3 of 3



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | August 28, 2023 |
| Invoice No: | 01-2072621 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through July 31, 2023, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 7/5/23 | J. Fieweger | Email correspondence with opposing counsel and with co-counsel ▓▓▓▓▓ | 0.30 | 88.50 |
| 7/12/23 | J. Fieweger | Review summary judgment motion and Rule 56.1 statement by individual officers. | 1.00 | 295.00 |
| 7/13/23 | V. Mantilla | Contact Plaintiff's counsel regarding Dr. Palmatier deposition. | 0.10 | 25.00 |
| 7/13/23 | J. Fieweger | Prepare for and attend Goldstein deposition | 4.00 | 1,180.00 |
| 7/14/23 | V. Mantilla | Review materials to prepare for Dr. Palmatier's deposition (.4); attend Dr. Palmatier deposition (4.8); draft email correspondence to JPFieweger and CEIsaac (.2). | 5.40 | 1,350.00 |
| 7/25/23 | V. Mantilla | File documents in system. | 0.20 | 50.00 |
| 7/31/23 | V. Mantilla | Review City of Chicago deposition schedule. | 0.30 | 75.00 |
| **Total Hours and Services** | | | **11.30** | **$3,063.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2072621
211609-0014
August 28, 2023
Page 2 of 2

| | |
|---|---|
| Total Services | $3,063.50 |
| **Total Due This Invoice** | **$3,063.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 5/31/23 | 01-2052854 | $6,259.50 | $0.00 | $6,259.50 |
| 6/30/23 | 01-2059427 | $4,966.50 | $0.00 | $4,966.50 |
| 7/26/23 | 01-2065273 | $4,191.00 | $0.00 | $4,191.00 |
| 8/28/23 | 01-2072621 | $3,063.50 | $0.00 | $3,063.50 |
| Outstanding Due | | | | **$18,480.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 3,063.50 | 9,157.50 | 6,259.50 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | September 30, 2023 |
| Invoice No: | 01-2081255 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through August 31, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 8/4/23 | V. Mantilla | Save produced documents to file. | 0.60 | 150.00 |
| 8/11/23 | V. Mantilla | Review documents ██████████████ ██████ | 1.20 | 300.00 |
| 8/11/23 | J. Fieweger | Review correspondence from opposing counsel ████████████████████████ ████████████████████████ ████████████████████████ | 1.10 | 324.50 |
| 8/14/23 | V. Mantilla | Add documents from co-defense counsel to case file. | 0.10 | 25.00 |
| 8/15/23 | V. Mantilla | Attend deposition of Expert Mr. Joseph Pollini (5.6); summarize deposition and send to JPFieweger (.4). | 6.00 | 1,500.00 |
| **Total Hours and Services** | | | 9.00 | **$2,299.50** |

| | |
|---|---|
| Total Services | $2,299.50 |
| **Total Due This Invoice** | **$2,299.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2081255
211609-0014
September 30, 2023
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 7/26/23 | 01-2065273 | $4,191.00 | $0.00 | $4,191.00 |
| 8/28/23 | 01-2072621 | $3,063.50 | $0.00 | $3,063.50 |
| 9/30/23 | 01-2081255 | $2,299.50 | $0.00 | $2,299.50 |
| Outstanding Due | | | | $9,554.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 2,299.50 | 3,063.50 | 4,191.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | October 26, 2023 |
| Invoice No: | 01-2087230 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through September 30, 2023, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 9/5/23 | J. Fieweger | Correspondence with opposing counsel ███ | 0.20 | 59.00 |
| **Total Hours and Services** | | | **0.20** | **$59.00** |

| | |
|---|---|
| Total Services | $59.00 |
| **Total Due This Invoice** | **$59.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 7/26/23 | 01-2065273 | $4,191.00 | $0.00 | $4,191.00 |
| 8/28/23 | 01-2072621 | $3,063.50 | $0.00 | $3,063.50 |
| 9/30/23 | 01-2081255 | $2,299.50 | $0.00 | $2,299.50 |
| 10/26/23 | 01-2087230 | $59.00 | $0.00 | $59.00 |
| Outstanding Due | | | | **$9,613.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2087230
211609-0014
October 26, 2023
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 2,358.50 | 3,063.50 | 0.00 | 4,191.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | November 26, 2023 |
| Invoice No: | 01-2093278 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through October 31, 2023, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 10/4/23 | J. Fieweger | Review response to motions for summary judgment. | 1.50 | 442.50 |
| 10/10/23 | V. Mantilla | Review motion for extension on behalf of the City of Chicago, Individual City Defendants, and Cook County Defendants. | 0.20 | 50.00 |
| 10/10/23 | J. Fieweger | Email correspondence with all counsel ███████ ████████████████████████████. | 0.30 | 88.50 |
| **Total Hours and Services** | | | **2.00** | **$581.00** |

| | |
|---|---|
| Total Services | $581.00 |
| **Total Due This Invoice** | **$581.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 10/26/23 | 01-2087230 | $59.00 | $0.00 | $59.00 |
| 11/26/23 | 01-2093278 | $581.00 | $0.00 | $581.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2093278
211609-0014
November 26, 2023
Page 2 of 2

Outstanding Due      **$640.00**

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 581.00 | 59.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | December 24, 2023 |
| Invoice No: | 01-2100637 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through November 30, 2023, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 11/20/23 | J. Fieweger | Review response to motion for summary judgment and email correspondence with co-defense counsel regarding same | 1.00 | 295.00 |
| 11/27/23 | J. Fieweger | Email correspondence with all counsel regarding schedule for filing replies in support of motions for summary judgment. | 0.20 | 59.00 |
| 11/27/23 | J. Fieweger | Further review of response to motions for summary judgment | 1.00 | 295.00 |
| **Total Hours and Services** | | | **2.20** | **$649.00** |

| | |
|---|---|
| Total Services | $649.00 |
| **Total Due This Invoice** | **$649.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2100637
211609-0014
December 24, 2023
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 10/26/23 | 01-2087230 | $59.00 | $0.00 | $59.00 |
| 11/26/23 | 01-2093278 | $581.00 | $0.00 | $581.00 |
| 12/24/23 | 01-2100637 | $649.00 | $0.00 | $649.00 |
| Outstanding Due | | | | $1,289.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,230.00 | 59.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | January 10, 2024 |
| Invoice No: | 01-2103780 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through December 31, 2023, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 12/1/23 | J. Fieweger | Review and analyze response to summary judgment motions and email correspondence with co-counsel regardng same | 2.00 | 590.00 |
| 12/19/23 | C. Isaac | Review and revise reply in support of motion for summary judgment. | 0.30 | 75.00 |
| 12/19/23 | A. Gandhi | Draft reply in support of officer MSJ. | 1.00 | 250.00 |
| 12/19/23 | J. Fieweger | Review and approve filing motion to withdraw for V. Mantilla. | 0.20 | 59.00 |
| 12/19/23 | J. Fieweger | Review and revise draft reply in support of MSJ and email correspondence with C. Isaac and A. Gandhi regarding same. | 0.30 | 88.50 |
| 12/21/23 | J. Fieweger | Review response to motion for summary judgment and co-defendants' draft reply. | 1.50 | 442.50 |
| 12/22/23 | C. Isaac | Revise reply brief in support of motion for summary judgment. | 0.30 | 75.00 |
| 12/22/23 | J. Fieweger | Review and revise draft reply in support of motion for summary judgment; email correspondence with C. Isaac, A. Gandhi and J. Felker regarding same | 1.00 | 295.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2103780
211609-0014
January 10, 2024
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| **Total Hours and Services** | | | **6.60** | **$1,875.00** |

| | | |
|---|---|---|
| Total Services | | $1,875.00 |
| **Total Due This Invoice** | | **$1,875.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 10/26/23 | 01-2087230 | $59.00 | $0.00 | $59.00 |
| 11/26/23 | 01-2093278 | $581.00 | $0.00 | $581.00 |
| 12/24/23 | 01-2100637 | $649.00 | $0.00 | $649.00 |
| 1/10/24 | 01-2103780 | $1,875.00 | $0.00 | $1,875.00 |
| Outstanding Due | | | | **$3,164.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 2,524.00 | 581.00 | 59.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | February 16, 2024 |
| Invoice No: | 01-2111568 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through January 31, 2024, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 1/22/24 | J. Fieweger | Review summary judgment briefing | 1.00 | 295.00 |
| **Total Hours and Services** | | | **1.00** | **$295.00** |

| | |
|---|---|
| Total Services | $295.00 |
| **Total Due This Invoice** | **$295.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 295.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2111568
211609-0014
February 16, 2024
Page 2 of 2



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | April 22, 2024 |
| Invoice No: | 01-2128475 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through March 31, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 3/22/24 | J. Fieweger | Review ruling on summary judgment motion and email correspondence with S. Nathan regarding same. | 1.00 | 295.00 |
| 3/25/24 | J. Fieweger | Review Fulton transcript ███████████ ████████████████████████ | 3.50 | 1,032.50 |
| 3/26/24 | J. Fieweger | Review Marisol Caldero deposition | 2.00 | 590.00 |
| 3/27/24 | J. Fieweger | Review Hobbs transcript | 1.20 | 354.00 |
| 3/28/24 | C. Isaac | Strategize regarding case assessment following summary judgment. | 0.20 | 50.00 |
| 3/28/24 | J. Fieweger | Call with co-counsel ████████████ ██████████ | 0.20 | 59.00 |
| 3/28/24 | J. Fieweger | Review Henderson transcript | 1.00 | 295.00 |
| **Total Hours and Services** | | | **9.10** | **$2,675.50** |

Total Services $2,675.50

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2128475
211609-0014
April 22, 2024
Page 2 of 2

**Total Due This Invoice**                                                    $2,675.50

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 2/16/24 | 01-2111568 | $295.00 | $0.00 | $295.00 |
| 4/22/24 | 01-2128475 | $2,675.50 | $0.00 | $2,675.50 |
| Outstanding Due | | | | $2,970.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 2,675.50 | 0.00 | 295.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 23, 2024 |
| Invoice No: | 01-2135905 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through April 30, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 4/1/24 | A. Keller | Review deposition transcripts from Fulton and Mitchell matters received from Nathan & Kamionski. | 1.40 | 161.00 |
| 4/3/24 | J. Fieweger | Review Bartik transcript for use in preparing case analysis. | 1.50 | 442.50 |
| 4/4/24 | J. Fieweger | Review Breen transcript | 2.00 | 590.00 |
| 4/5/24 | J. Fieweger | Review Breen deposition transcript | 1.00 | 295.00 |
| 4/8/24 | J. Fieweger | Review Smith deposition | 1.20 | 354.00 |
| 4/9/24 | J. Fieweger | Review Girardi transcript | 1.30 | 383.50 |
| 4/10/24 | J. Fieweger | Review Girardi transcript | 1.50 | 442.50 |
| 4/11/24 | J. Fieweger | Review Girardi transcript | 1.00 | 295.00 |
| 4/12/24 | J. Fieweger | Review Caldero deposition | 1.00 | 295.00 |
| 4/15/24 | J. Fieweger | Review Franko transcript | 1.50 | 442.50 |
| 4/16/24 | J. Fieweger | Review Shaw depostion | 1.50 | 442.50 |
| 4/17/24 | C. Isaac | Travel to and attend status conference. | 0.50 | 125.00 |
| 4/18/24 | J. Fieweger | Review R. Smith deposition. | 1.00 | 295.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2135905
211609-0014
May 23, 2024
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 4/19/24 | J. Fieweger | Review A. Shaw deposition | 1.00 | 295.00 |
| 4/23/24 | J. Fieweger | Review Aguirre depsotion | 1.20 | 354.00 |
| 4/24/24 | J. Fieweger | Review Aguirre deposition. | 0.80 | 236.00 |
| 4/25/24 | J. Fieweger | Review Beaumont deposition. | 0.70 | 206.50 |
| 4/26/24 | J. Fieweger | Review Clancy deposition | 1.80 | 531.00 |
| 4/30/24 | J. Fieweger | Review Clancy deposition | 1.40 | 413.00 |
| **Total Hours and Services** | | | **23.30** | **$6,599.00** |

| | | |
|---|---|---|
| Total Services | | $6,599.00 |
| **Total Due This Invoice** | | **$6,599.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 2/16/24 | 01-2111568 | $295.00 | $0.00 | $295.00 |
| 4/22/24 | 01-2128475 | $2,675.50 | $0.00 | $2,675.50 |
| 5/23/24 | 01-2135905 | $6,599.00 | $0.00 | $6,599.00 |
| Outstanding Due | | | | **$9,569.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 6,599.00 | 2,675.50 | 0.00 | 295.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | June 23, 2024 |
| Invoice No: | 01-2142647 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through May 31, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 5/3/24 | J. Fieweger | Review Clancy deposition | 1.00 | 295.00 |
| 5/7/24 | J. Fieweger | Review Bartik deposition | 1.00 | 295.00 |
| 5/10/24 | J. Fieweger | Review Bartik transcript. | 1.00 | 295.00 |
| 5/13/24 | J. Fieweger | Review Beaumont deposition. | 0.70 | 206.50 |
| 5/14/24 | J. Fieweger | Review Aguirre deposition. | 0.60 | 177.00 |
| 5/20/24 | J. Fieweger | Review Bartik deposition | 0.70 | 206.50 |
| 5/21/24 | J. Fieweger | Review Breen deposition transcript. | 1.50 | 442.50 |
| 5/22/24 | J. Fieweger | Review Caldero deposition transcript. | 0.80 | 236.00 |
| 5/24/24 | J. Fieweger | Review Bartik depsotion | 0.50 | 147.50 |
| **Total Hours and Services** | | | **7.80** | **$2,301.00** |

| | |
|---|---|
| Total Services | $2,301.00 |
| **Total Due This Invoice** | **$2,301.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2142647
211609-0014
June 23, 2024
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 5/23/24 | 01-2135905 | $6,599.00 | $0.00 | $6,599.00 |
| 6/23/24 | 01-2142647 | $2,301.00 | $0.00 | $2,301.00 |
| Outstanding Due | | | | $8,900.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 2,301.00 | 6,599.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | July 12, 2024 |
| Invoice No: | 01-2147594 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through June 30, 2024, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 6/10/24 | J. Fieweger | Review record for preparation of case assessment memo | 1.00 | 295.00 |
| 6/13/24 | J. Fieweger | Work on review of record for settlement analysis | 1.50 | 442.50 |
| 6/20/24 | J. Fieweger | Work on reviewing record for case analysis memo | 1.00 | 295.00 |
| 6/25/24 | J. Fieweger | Review record and work on case analysis memo | 1.50 | 442.50 |
| 6/26/24 | J. Fieweger | Work on file review for case analysis memo | 1.50 | 442.50 |
| **Total Hours and Services** | | | **6.50** | **$1,917.50** |

| | |
|---|---|
| Total Services | $1,917.50 |
| **Total Due This Invoice** | **$1,917.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 5/23/24 | 01-2135905 | $6,599.00 | $0.00 | $6,599.00 |
| 6/23/24 | 01-2142647 | $2,301.00 | $0.00 | $2,301.00 |
| 7/12/24 | 01-2147594 | $1,917.50 | $0.00 | $1,917.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2147594
211609-0014
July 12, 2024
Page 2 of 2

| Outstanding Due | $10,817.50 |
|---|---|

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 4,218.50 | 6,599.00 | 0.00 | 0.00 | 0.00 |

<div style="border:1px solid black">

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.

</div>



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | August 19, 2024 |
| Invoice No: | 01-2156909 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through July 31, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 7/1/24 | J. Fieweger | Review record and work on case analysis memo | 1.50 | 442.50 |
| 7/2/24 | J. Fieweger | Work on file review and preparation of case analysis memo | 1.10 | 324.50 |
| 7/3/24 | J. Fieweger | Review file and work on case analysis | 2.00 | 590.00 |
| 7/9/24 | J. Fieweger | Review investigative file for use in case assessment | 1.50 | 442.50 |
| 7/11/24 | J. Fieweger | Review investigative file and work on case assessment. | 2.00 | 590.00 |
| 7/12/24 | J. Fieweger | Work on case assessment | 0.40 | 118.00 |
| 7/15/24 | J. Fieweger | Review Fulton transcript | 1.50 | 442.50 |
| 7/16/24 | J. Fieweger | Review Fulton transcript | 1.20 | 354.00 |
| 7/17/24 | J. Fieweger | Review Zalatoris transcript and exhibits | 1.50 | 442.50 |
| 7/19/24 | J. Fieweger | Review Girardi transcript and work on case assessment. | 2.00 | 590.00 |
| 7/22/24 | J. Fieweger | Work on drafting case assessment and email correspondence with S. Nathan regarding same. | 1.00 | 295.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2156909
211609-0014
August 19, 2024
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|------------|-----------|-------|-------|
| 7/23/24 | J. Fieweger | Work on drafting case assessment. | 1.50 | 442.50 |
| 7/24/24 | J. Fieweger | Work on drafting case assessment. | 2.00 | 590.00 |
| 7/25/24 | J. Fieweger | Work on draft case assessment | 2.20 | 649.00 |
| 7/26/24 | J. Fieweger | Complete draft of case assessment and email correspondence to N. Adeeyo and S. Nathan regarding same. | 2.00 | 590.00 |
| 7/29/24 | J. Fieweger | Work on case assessment memo and email correspondence with S. Nathan regarding same. | 1.50 | 442.50 |
| **Total Hours and Services** | | | **24.90** | **$7,345.50** |

| | | |
|---|---|---|
| Total Services | | $7,345.50 |
| **Total Due This Invoice** | | **$7,345.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 7/12/24 | 01-2147594 | $1,917.50 | $0.00 | $1,917.50 |
| 8/19/24 | 01-2156909 | $7,345.50 | $0.00 | $7,345.50 |
| Outstanding Due | | | | **$9,263.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 7,345.50 | 1,917.50 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | September 15, 2024 |
| Invoice No: | 01-2162952 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through August 31, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 8/7/24 | J. Fieweger | Review updated case assessment and email correspondence with S. Nathan regarding same. | 0.50 | 147.50 |
| 8/8/24 | J. Fieweger | Telephone conference with counsel ███████ ████████████████████████████████ ████████████. | 0.50 | 147.50 |
| **Total Hours and Services** | | | **1.00** | **$295.00** |

| | |
|---|---|
| Total Services | $295.00 |
| **Total Due This Invoice** | **$295.00** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 8/19/24 | 01-2156909 | $7,345.50 | $0.00 | $7,345.50 |
| 9/15/24 | 01-2162952 | $295.00 | $0.00 | $295.00 |
| Outstanding Due | | | | **$7,640.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2162952
211609-0014
September 15, 2024
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 7,640.50 | 0.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | November 19, 2024 |
| Invoice No: | 01-2180199 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through October 31, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 10/2/24 | J. Fieweger | Review case assessment memo and plaintiff's deposition | 1.60 | 472.00 |
| 10/4/24 | J. Fieweger | Review Pollini report and email correspondence with co-counsel regarding same. | 1.00 | 295.00 |
| 10/9/24 | A. Gandhi | Discuss pretrial dates. | 0.50 | 125.00 |
| 10/9/24 | J. Fieweger | Attend call with all counsel regarding trial scheduling | 0.50 | 147.50 |
| 10/21/24 | J. Fieweger | Review Shaw deposition | 1.50 | 442.50 |
| 10/22/24 | J. Fieweger | Review Bartik testimony | 1.50 | 442.50 |
| 10/31/24 | J. Fieweger | Review Nazarian transcript. | 1.10 | 324.50 |
| **Total Hours and Services** | | | **7.70** | **$2,249.00** |

| | |
|---|---|
| Total Services | $2,249.00 |
| **Total Due This Invoice** | **$2,249.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2180199
211609-0014
November 19, 2024
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 8/19/24 | 01-2156909 | $7,345.50 | $0.00 | $7,345.50 |
| 9/15/24 | 01-2162952 | $295.00 | $0.00 | $295.00 |
| 11/19/24 | 01-2180199 | $2,249.00 | $0.00 | $2,249.00 |
| Outstanding Due | | | | **$9,889.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 2,249.00 | 0.00 | 295.00 | 7,345.50 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | December 13, 2024 |
| Invoice No: | 01-2185898 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through November 30, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 11/5/24 | C. Isaac | Review motion for settlement conference and resonse. | 0.10 | 25.00 |
| 11/5/24 | C. Isaac | Strategize ███████████████████████ | 0.10 | 25.00 |
| 11/5/24 | J. Fieweger | Telephone conference with co-counsel ████████ ███████████████████████ | 0.30 | 88.50 |
| 11/6/24 | C. Isaac | Travel to and attend court for hearing on motion to set settlement conference. | 0.80 | 200.00 |
| 11/12/24 | J. Fieweger | Review transcripts ████████████████ ██████████████████████████ | 1.80 | 531.00 |
| 11/14/24 | J. Fieweger | Review transcripts ███████████████ ████████ | 1.00 | 295.00 |
| 11/15/24 | J. Fieweger | Review Bartik transcripts | 1.00 | 295.00 |
| 11/15/24 | J. Fieweger | Review Bartik transcripts | 1.00 | 295.00 |
| 11/21/24 | A. Gandhi | Attend meet and confer with counsel regarding pretrial materials and deadlines. | 0.60 | 150.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2185898
211609-0014
December 13, 2024
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|------:|------:|
| 11/21/24 | J. Fieweger | Review and revise draft PTO materials | 1.00 | 295.00 |
| **Total Hours and Services** | | | **7.70** | **$2,199.50** |

| | |
|---|---:|
| Total Services | $2,199.50 |
| **Total Due This Invoice** | **$2,199.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|------:|-------:|--------:|
| 11/19/24 | 01-2180199 | $2,249.00 | $0.00 | $2,249.00 |
| 12/13/24 | 01-2185898 | $2,199.50 | $0.00 | $2,199.50 |
| Outstanding Due | | | | **$4,448.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|-----:|------:|------:|-------:|-----:|
| 4,448.50 | 0.00 | 0.00 | 0.00 | 0.00 |

---

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | January 7, 2025 |
| Invoice No: | 01-2190470 |
| | |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through December 31, 2024, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 12/3/24 | J. Fieweger | Prepare for and attend settlement conference | 2.00 | 590.00 |
| 12/4/24 | J. Fieweger | Review draft PTO materials and email correspondence to S. Nathan regarding same. | 1.00 | 295.00 |
| 12/6/24 | J. Fieweger | Telephone conference with J. Felker and S. Nathan ██████████████ | 0.30 | 88.50 |
| 12/9/24 | J. Fieweger | Telephone conference with J. Felker and S. Nathan ██████████ | 0.30 | 88.50 |
| 12/9/24 | J. Fieweger | Review proposed jury instructions and email correspondence with N. Adeyo regarding same. | 1.50 | 442.50 |
| 12/10/24 | J. Fieweger | Telephone conference with J. Loevy ████████ ████████████████████ | 0.30 | 88.50 |
| 12/11/24 | J. Fieweger | Telephone conference with J. Felker, S. Nathan and A. Kamionski ████████████████████ | 1.00 | 295.00 |
| 12/12/24 | J. Fieweger | Review draft motions in limine and email correspondence to N. Adeyo | 1.00 | 295.00 |
| 12/17/24 | J. Fieweger | Review summary judgment briefing and rulings to | 1.50 | 442.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2190470
211609-0014
January 7, 2025
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | identify primary trial issues. | | |
| 12/20/24 | J. Fieweger | Review plaintiff's transcripts | 1.50 | 442.50 |
| 12/23/24 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 2.80 | 322.00 |
| 12/26/24 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 6.40 | 736.00 |
| 12/27/24 | L. Brueggeman | Review of e-mail communication; update billing records; update to do list and project logs with new and in progress projects, etc. | 6.50 | 747.50 |
| **Total Hours and Services** | | | **26.10** | **$4,873.50** |

| | |
|---|---|
| Total Services | $4,873.50 |
| **Total Due This Invoice** | **$4,873.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 11/19/24 | 01-2180199 | $2,249.00 | $0.00 | $2,249.00 |
| 12/13/24 | 01-2185898 | $2,199.50 | $0.00 | $2,199.50 |
| 1/7/25 | 01-2190470 | $4,873.50 | $0.00 | $4,873.50 |
| Outstanding Due | | | | **$9,322.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 7,073.00 | 2,249.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | February 27, 2025 |
| Invoice No: | 01-2203148 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through January 31, 2025, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 1/2/25 | J. Fieweger | Telephone conference with J. Felker, C. Wallace, and S. Nathan ███████████████ | 1.50 | 442.50 |
| 1/3/25 | J. Fieweger | Review plaintiffs and defendants motions in limine | 1.20 | 354.00 |
| 1/6/25 | J. Fieweger | Email correspondence to opposing counsel ██████████████ | 1.00 | 295.00 |
| 1/7/25 | J. Fieweger | Telephone conference ███████████ | 1.00 | 295.00 |
| 1/7/25 | C. Isaac | Review summary judgment order and pretrial materials. | 2.40 | 600.00 |
| 1/7/25 | J. Fieweger | Telephone conference with J. Loevy ██████ ████████████ | 0.20 | 59.00 |
| 1/8/25 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 3.20 | 368.00 |
| 1/8/25 | J. Fieweger | Review Daubert motions | 0.60 | 177.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2203148
211609-0014
February 27, 2025
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 1/9/25 | J. Fieweger | Review pretrial motions | 1.40 | 413.00 |
| 1/9/25 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 3.10 | 356.50 |
| 1/10/25 | J. Fieweger | Review transcripts of defendant officers. | 1.50 | 442.50 |
| 1/10/25 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 4.00 | 460.00 |
| 1/13/25 | J. Fieweger | Review defendant transcripts. | 2.20 | 649.00 |
| 1/13/25 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 0.40 | 46.00 |
| 1/14/25 | J. Fieweger | Review pretrial filings and defendant transcripts | 2.00 | 590.00 |
| 1/15/25 | J. Fieweger | Review records from post conviction proceedings and COI. | 2.00 | 590.00 |
| 1/16/25 | J. Fieweger | Review criminal trial transcripts and records | 2.60 | 767.00 |
| 1/16/25 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 1.00 | 115.00 |
| 1/17/25 | J. Fieweger | Review records from underlying proceedings. | 2.00 | 590.00 |
| 1/20/25 | J. Fieweger | Review defendants transcripts | 1.80 | 531.00 |
| 1/21/25 | J. Fieweger | Review defendants transcritps | 1.80 | 531.00 |
| 1/22/25 | J. Fieweger | Review Shaw and Griffin transcripts | 3.00 | 885.00 |
| 1/23/25 | C. Isaac | Discuss opening statement with J. Fieweger. | 0.20 | 50.00 |
| 1/23/25 | A. Keller | Review trial exhibits received from Nathan & Kamionski. | 0.80 | 92.00 |
| 1/23/25 | J. Fieweger | Telephone conference with S. Nathan and A. Kamionski ███████ ██████████ telephone conference with J. Felker, C. Wallace, S. Nathan and A. Kamionski ████████ | 3.50 | 1,032.50 |
| 1/24/25 | J. Fieweger | Review Duabert briefing; review depsotion transcripts. | 3.00 | 885.00 |
| 1/24/25 | J. Fieweger | Telephone conference with client ██████ ████████ | 0.20 | 59.00 |
| 1/25/25 | J. Fieweger | Telephone conference with client regarding ████ ████████. | 0.20 | 59.00 |
| 1/27/25 | C. Isaac | Review export reports and case analysis ████ ████████ ████ | 1.50 | 375.00 |
| 1/27/25 | A. Gandhi | Attend meet and confer in preparation for trial. | 1.20 | 300.00 |
| 1/27/25 | J. Fieweger | Email correspondence with C. Isaac █████ ████████ ████ | 1.70 | 501.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2203148
211609-0014
February 27, 2025
Page 3 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 1/28/25 | C. Isaac | Prepare summary of investigation for opening. | 2.10 | 525.00 |
| 1/28/25 | J. Fieweger | Prepare for pretrial conference and review plaintiff's transcritps | 3.50 | 1,032.50 |
| 1/29/25 | J. Fieweger | Prepare for and attend pretrial conference. | 2.50 | 737.50 |
| 1/30/25 | J. Fieweger | Telephone conferences with J. Loevy ███ | 3.50 | 1,032.50 |
| 1/31/25 | J. Fieweger | Prepare opening statement outline and email correspondence to co-counsel regarding same; work on Mitchell cross examination. | 3.00 | 885.00 |
| **Total Hours and Services** | | | **66.80** | **$17,123.00** |

| | |
|---|---|
| Total Services | $17,123.00 |
| **Total Due This Invoice** | **$17,123.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 12/13/24 | 01-2185898 | $2,199.50 | $1,704.50 | $495.00 |
| 1/7/25 | 01-2190470 | $4,873.50 | $4,126.00 | $747.50 |
| 2/27/25 | 01-2203148 | $17,123.00 | $0.00 | $17,123.00 |
| Outstanding Due | | | | $18,365.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 17,123.00 | 747.50 | 495.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | March 27, 2025 |
| Invoice No: | 01-2210535 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through February 28, 2025, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 2/3/25 | J. Fieweger | Review jury questionnaire from court; review records and work on Mitchell cross examination. | 2.60 | 767.00 |
| 2/4/25 | J. Fieweger | Review criminal trial transcript and other records to prepare for trial | 3.50 | 1,032.50 |
| 2/5/25 | J. Fieweger | Work on opening statement and cross examination outlines; attend moot court for opening statement. | 3.20 | 944.00 |
| 2/6/25 | A. Gandhi | Respond to subpoena. | 1.40 | 350.00 |
| 2/6/25 | L. Brueggeman | Review of email communications ███████ ████████████████████████████. | 1.40 | 161.00 |
| 2/6/25 | J. Fieweger | Email correspondence with defense team and with opposing counsel ██████████████████ ████████████████████. | 3.50 | 1,032.50 |
| 2/7/25 | J. Fieweger | Correspondence with defense team and opposing counsel ██████████ ████████████████████████████ ████████████████. | 3.60 | 1,062.00 |
| 2/8/25 | J. Fieweger | Review records from suppression hearings and | 2.50 | 737.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2210535
211609-0014
March 27, 2025
Page 2 of 4

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | work on examination outlines. | | |
| 2/8/25 | M. Bess | Draft opposition to potential motion to compel production of original investigation files, including review of record materials and case law and correspondence with J. Fieweger | 0.80 | 236.00 |
| 2/9/25 | A. Gandhi | Conduct research ███████████████ ████████████████ | 5.60 | 1,400.00 |
| 2/9/25 | J. Fieweger | Review and revise opposition to production or original investigative file and worm on examination oultines | 2.00 | 590.00 |
| 2/9/25 | M. Bess | Draft opposition to potential motion to compel production of original investigation files, including review of record materials and case law and correspondence with J. Fieweger and A. Ghandi | 1.80 | 531.00 |
| 2/10/25 | J. Fieweger | Prepare for and attend trial; participate in jury selection and opening statements. | 4.70 | 1,386.50 |
| 2/10/25 | A. Gandhi | Draft and review opposition to motion to compel. | 1.10 | 275.00 |
| 2/10/25 | M. Bess | Revise and finalize opposition to potential motion to compel production of original investigation files, including rcorrespondence with J. Fieweger and A. Ghandi | 0.60 | 177.00 |
| 2/10/25 | M. Bess | Revise and analyze plaintiff's motion to bar reference to Plaintiffs' invocation of 5th Amendment rights and court's opinion barring Goldstein | 0.30 | 88.50 |
| 2/11/25 | M. Bess | Review and analyze day 1 trial transcript, ███████████████████████████ ██████████████████████████, | 1.70 | 501.50 |
| 2/11/25 | J. Fieweger | Prepare for and attend trial, including arguing motion regarding production of original CPD file. | 4.50 | 1,327.50 |
| 2/11/25 | C. Isaac | Conduct legal research ██████████████ | 1.40 | 350.00 |
| 2/12/25 | M. Bess | Review and analyze day 2 trial transcript and plaintiffs' motion to bar trial exhibit | 2.10 | 619.50 |
| 2/12/25 | J. Fieweger | Prepare for and attend trial | 4.50 | 1,327.50 |
| 2/13/25 | J. Fieweger | Prepare for and attend continued jury trial. | 4.30 | 1,268.50 |
| 2/13/25 | M. Bess | Review and analyze day 3 trial transcript | 1.80 | 531.00 |
| 2/13/25 | M. Bess | Review and analyze day 2 trial transcript ███ ██████████████████████████████ ██████████████████ | 0.30 | 88.50 |
| 2/13/25 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 0.50 | 57.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2210535
211609-0014
March 27, 2025
Page 3 of 4

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 2/14/25 | J. Fieweger | Telephone conference with trial team, J. Felker and C. Wallace ███████████████████████ ████████████████ | 3.00 | 885.00 |
| 2/14/25 | M. Bess | Review and analyze day 4 trial transcript | 1.70 | 501.50 |
| 2/15/25 | J. Fieweger | Telephone conference and email correspondence with J. Felker ████████████████████ ████████████████████ ███████████ | 0.30 | 88.50 |
| 2/17/25 | J. Fieweger | Prepare for continued trial, ██████████ ████████████████████████████ | 4.00 | 1,180.00 |
| 2/18/25 | J. Fieweger | Attend trial and telephone conference with trial team ███████████████████ ████████. | 4.70 | 1,386.50 |
| 2/18/25 | M. Bess | Review and analyze day 4 motion to bar past confession evidence, motion for mistrial, and response to motion to bar video of mitchell's confession | 0.40 | 118.00 |
| 2/19/25 | J. Fieweger | Prepare for and attend trial | 4.60 | 1,357.00 |
| 2/19/25 | M. Bess | Review and analyze day 5 trial transcript | 1.80 | 531.00 |
| 2/20/25 | J. Fieweger | Prepare for and attend trial. | 4.50 | 1,327.50 |
| 2/20/25 | M. Bess | Review and analyze day 6 trial transcript | 1.90 | 560.50 |
| 2/21/25 | M. Bess | Review and analyze day 7 trial transcript | 1.80 | 531.00 |
| 2/21/25 | J. Fieweger | Telephone conference with client and trial team; ████████████████████████████ ████████████ | 3.40 | 1,003.00 |
| 2/24/25 | J. Fieweger | Attend trial and conference call with client team ████████████████████████ | 5.00 | 1,475.00 |
| 2/25/25 | J. Fieweger | Attend trial | 4.50 | 1,327.50 |
| 2/25/25 | L. Brueggeman | Review electronic filings received from court for relevant information and deadlines. | 1.10 | 126.50 |
| 2/25/25 | M. Bess | Review and analyze day 8 trial transcript | 1.90 | 560.50 |
| 2/26/25 | J. Fieweger | Attend trial and prepare for examination of Andrew Varga | 5.50 | 1,622.50 |
| 2/26/25 | M. Bess | Review and analyze day 9 trial transcript | 1.80 | 531.00 |
| 2/27/25 | M. Bess | Review and analyze day 10 trial transcript | 1.90 | 560.50 |
| 2/27/25 | J. Fieweger | Attend trial and examine Andrew Varga | 4.50 | 1,327.50 |
| 2/28/25 | J. Fieweger | Conference call with litigation team ████████ ████████████████ | 2.00 | 590.00 |
| 2/28/25 | J. Fieweger | Conference call with litigation team ████████ | 2.00 | 590.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2210535
211609-0014
March 27, 2025
Page 4 of 4

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | ▮▮▮▮▮▮▮▮ | | |
| 2/28/25 | M. Bess | Review and analyze day 11 trial transcript | 1.70 | 501.50 |
| **Total Hours and Services** | | | **123.70** | **$35,524.00** |

| | |
|---|---|
| Total Services | $35,524.00 |
| **Total Due This Invoice** | **$35,524.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 12/13/24 | 01-2185898 | $2,199.50 | $1,704.50 | $495.00 |
| 1/7/25 | 01-2190470 | $4,873.50 | $4,126.00 | $747.50 |
| 2/27/25 | 01-2203148 | $17,123.00 | $0.00 | $17,123.00 |
| 3/27/25 | 01-2210535 | $35,524.00 | $0.00 | $35,524.00 |
| Outstanding Due | | | | $53,889.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 52,647.00 | 0.00 | 747.50 | 495.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | April 28, 2025 |
| Invoice No: | 01-2218138 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through March 31, 2025, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 3/3/25 | J. Fieweger | Attend trial and conferences with trial team ███████████████████████ . | 4.50 | 1,327.50 |
| 3/4/25 | J. Fieweger | Attend trial and meet with S. Nathan and A. Kamionski to ███████████████ ██████ | 7.20 | 2,124.00 |
| 3/4/25 | M. Bess | Review and analyze day 12 trial transcript | 1.90 | 560.50 |
| 3/5/25 | J. Fieweger | Attend trial and meet with S. Nathan and A. Kamionski ██████████████ . | 7.50 | 2,212.50 |
| 3/5/25 | M. Bess | Review and analyze day 13 trial transcript | 1.80 | 531.00 |
| 3/6/25 | J. Fieweger | Attend trial and prepare for and deliver closing argument. | 4.00 | 1,180.00 |
| 3/6/25 | M. Bess | Review and analyze day 14 trial transcript | 1.90 | 560.50 |
| 3/6/25 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 0.10 | 11.50 |
| 3/7/25 | M. Bess | Review and analyze day 15 trial transcript | 1.20 | 354.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2218138
211609-0014
April 28, 2025
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 3/7/25 | M. Bess | Follow up research and discussion with J. Fieweger regarding Rule 50 and 59 motions | 0.60 | 177.00 |
| 3/10/25 | J. Fieweger | Email correspondence and telephone conference with co-counsel ███████████████ ██t. | 0.50 | 147.50 |
| 3/11/25 | J. Fieweger | Review trial transcripts ████████████████ ████████████. | 1.40 | 413.00 |
| 3/12/25 | J. Fieweger | Review transcripts ████████████████ ███████████ | 1.40 | 413.00 |
| 3/13/25 | J. Fieweger | Work on review of transcript for ████████ ████ | 1.60 | 472.00 |
| 3/17/25 | J. Fieweger | Work on transcript ███████████s. | 1.60 | 472.00 |
| 3/18/25 | J. Fieweger | Review transcripts ███████████ ███████████ | 2.00 | 590.00 |
| 3/20/25 | J. Fieweger | Review transcripts ███████████ | 1.40 | 413.00 |
| 3/21/25 | J. Fieweger | Review draft outline and transcripts for post-trial motions; telephone conference with trial team, J. Felker and C. Wallace regarding same. | 2.00 | 590.00 |
| 3/24/25 | J. Fieweger | Review transcripts ████████████████ ██████ | 1.10 | 324.50 |
| 3/25/25 | J. Fieweger | Review trial transcripts ██████████ | 0.70 | 206.50 |
| 3/26/25 | J. Fieweger | Work on review of record ███████████ | 1.00 | 295.00 |
| 3/27/25 | J. Fieweger | Review Rule 59(a) motion and email correspondence to M. Bess regarding same. | 1.00 | 295.00 |
| 3/28/25 | M. Bess | Draft and revise brief in support of motion for new trial, ████████████ | 0.70 | 206.50 |
| 3/28/25 | J. Fieweger | Review draft Rule 59(a) motion and 59(e) outline and email correspondence with M. Bess regarding same. | 1.80 | 531.00 |
| 3/29/25 | M. Bess | Draft and revise brief in support of motion for new trial, ████████████ | 1.20 | 354.00 |
| 3/30/25 | M. Bess | Draft and revise brief in support of motion for new trial, ████████████ | 2.20 | 649.00 |
| 3/31/25 | J. Fieweger | Review and revise 59(a) motion and email correspondence with M. Bess ██████████ | 1.60 | 472.00 |
| **Total Hours and Services** | | | **53.90** | **$15,882.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2218138
211609-0014
April 28, 2025
Page 3 of 3

| | |
|---|---:|
| Total Services | $15,882.50 |
| **Total Due This Invoice** | **$15,882.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---:|---:|---:|
| 12/13/24 | 01-2185898 | $2,199.50 | $1,704.50 | $495.00 |
| 1/7/25 | 01-2190470 | $4,873.50 | $4,126.00 | $747.50 |
| 2/27/25 | 01-2203148 | $17,123.00 | $0.00 | $17,123.00 |
| 3/27/25 | 01-2210535 | $35,524.00 | $0.00 | $35,524.00 |
| 4/28/25 | 01-2218138 | $15,882.50 | $0.00 | $15,882.50 |
| Outstanding Due | | | | **$69,772.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---:|---:|---:|---:|---:|
| 15,882.50 | 52,647.00 | 0.00 | 747.50 | 495.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 23, 2025 |
| Invoice No: | 01-2224787 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through April 30, 2025, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 4/1/25 | M. Bess | Draft and revise briefs in support of post-trial motions, ███████ | 3.20 | 944.00 |
| 4/1/25 | J. Fieweger | Work on reviewing record and post-trial motions; email correspondence with M. Bess regarding same. | 1.30 | 383.50 |
| 4/2/25 | M. Bess | Draft and revise briefs in support of post-trial motions, ███████ | 3.80 | 1,121.00 |
| 4/3/25 | M. Bess | Draft and revise briefs in support of post-trial motions, ███████ | 1.40 | 413.00 |
| 4/3/25 | J. Fieweger | Review and work on revisions to post-trial motions and email correspondence with M. Bess regarding same. | 1.60 | 472.00 |
| 4/4/25 | M. Bess | Draft and revise briefs in support of post-trial | 3.40 | 1,003.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2224787
211609-0014
May 23, 2025
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | motions, ██████████████ ████████████ | | |
| 4/4/25 | J. Fieweger | Work on post-trial motions and email correspondence with M. Bess regarding same. | 1.00 | 295.00 |
| 4/7/25 | J. Fieweger | Review and revise post-trial motions and email correspondence with co-counsel regarding same. | 1.50 | 442.50 |
| 4/8/25 | J. Fieweger | Review and revise final drafts of post-trial motions and email correspondence with co-counsel regarding same. | 1.80 | 531.00 |
| 4/18/25 | L. Brueggeman | Review electronic filings received from court for relevant information and deadlines. | 0.90 | 103.50 |
| **Total Hours and Services** | | | **19.90** | **$5,708.50** |

| | |
|---|---|
| Total Services | $5,708.50 |
| **Total Due This Invoice** | **$5,708.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 2/27/25 | 01-2203148 | $17,123.00 | $0.00 | $17,123.00 |
| 3/27/25 | 01-2210535 | $35,524.00 | $0.00 | $35,524.00 |
| 4/28/25 | 01-2218138 | $15,882.50 | $0.00 | $15,882.50 |
| 5/23/25 | 01-2224787 | $5,708.50 | $0.00 | $5,708.50 |
| Outstanding Due | | | | **$74,238.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 21,591.00 | 35,524.00 | 17,123.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | June 24, 2025 |
| Invoice No: | 01-2231652 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through May 31, 2025, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 5/28/25 | J. Fieweger | Review response to motion for new trial and for remittitur | 2.50 | 737.50 |
| 5/29/25 | J. Fieweger | Review cases cited in plaintiff's response | 2.00 | 590.00 |
| 5/30/25 | J. Fieweger | Review response to new trial motion and email to co-counsel regarding same | 1.00 | 295.00 |
| **Total Hours and Services** | | | **5.50** | **$1,622.50** |

| | |
|---|---|
| Total Services | $1,622.50 |
| **Total Due This Invoice** | **$1,622.50** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 2/27/25 | 01-2203148 | $17,123.00 | $0.00 | $17,123.00 |
| 3/27/25 | 01-2210535 | $35,524.00 | $0.00 | $35,524.00 |
| 4/28/25 | 01-2218138 | $15,882.50 | $0.00 | $15,882.50 |
| 5/23/25 | 01-2224787 | $5,708.50 | $0.00 | $5,708.50 |
| 6/24/25 | 01-2231652 | $1,622.50 | $0.00 | $1,622.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2231652
211609-0014
June 24, 2025
Page 2 of 2

Outstanding Due | $75,860.50

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,622.50 | 21,591.00 | 35,524.00 | 17,123.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | July 25, 2025 |
| Invoice No: | 01-2239920 |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through June 30, 2025, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 6/4/25 | J. Fieweger | Review response in opposition to motion for new trial | 1.40 | 413.00 |
| 6/5/25 | J. Fieweger | Review opposition to motion for new trial | 1.00 | 295.00 |
| 6/6/25 | J. Fieweger | Review opposition to motion to amend judgment. | 2.00 | 590.00 |
| 6/9/25 | J. Fieweger | Analyze responses to post-trial motions and email correspondence with co-counsel regarding same. | 1.10 | 324.50 |
| 6/16/25 | J. Fieweger | Review Rule 59 motion and email correspondence with co-counsel regarding same | 2.00 | 590.00 |
| 6/17/25 | J. Fieweger | Review transcripts and motion to new trial and email to co-counsel regarding same. | 1.50 | 442.50 |
| 6/24/25 | J. Fieweger | Review and revise reply briefs and email correspondence with co-counsel regarding same. | 1.30 | 383.50 |
| 6/26/25 | J. Fieweger | Review motion to strike reply and supporting exibits | 0.50 | 147.50 |
| 6/30/25 | J. Fieweger | Review response to motion to strike and email to co-counsel regarding same | 0.50 | 147.50 |
| **Total Hours and Services** | | | **11.30** | **$3,333.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2239920
211609-0014
July 25, 2025
Page 2 of 2

| | | |
|---|---|---:|
| Total Services | | $3,333.50 |
| **Total Due This Invoice** | | **$3,333.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---:|---:|---:|
| 4/28/25 | 01-2218138 | $15,882.50 | $0.00 | $15,882.50 |
| 5/23/25 | 01-2224787 | $5,708.50 | $0.00 | $5,708.50 |
| 6/24/25 | 01-2231652 | $1,622.50 | $0.00 | $1,622.50 |
| 7/25/25 | 01-2239920 | $3,333.50 | $0.00 | $3,333.50 |
| Outstanding Due | | | | **$26,547.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---:|---:|---:|---:|---:|
| 3,333.50 | 1,622.50 | 21,591.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | August 14, 2025 |
| Invoice No: | 01-2244304 |
| | |
| Client/Matter | **211609-0014 John Fulton v. City of Chicago** |
| Client Reference No. | **20 C 3118 (MB)** |

For professional services rendered through July 31, 2025, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 7/1/25 | J. Fieweger | Review and revise response to motion to strike and email correspondence with co-counsel regarding same | 1.00 | 295.00 |
| 7/9/25 | J. Fieweger | Email correspondence with J. Felker ██████ ██████████████████████ | 0.20 | 59.00 |
| 7/15/25 | J. Fieweger | Review materials ███████████████████ ████████████████ | 1.00 | 295.00 |
| 7/16/25 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 0.50 | 55.00 |
| 7/18/25 | J. Fieweger | Correspondence regarding fee petitions. | 0.40 | 118.00 |
| **Total Hours and Services** | | | **3.10** | **$822.00** |

| | |
|---|---|
| Total Services | $822.00 |
| **Total Due This Invoice** | **$822.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2244304
211609-0014
August 14, 2025
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 4/28/25 | 01-2218138 | $15,882.50 | $0.00 | $15,882.50 |
| 5/23/25 | 01-2224787 | $5,708.50 | $0.00 | $5,708.50 |
| 6/24/25 | 01-2231652 | $1,622.50 | $0.00 | $1,622.50 |
| 7/25/25 | 01-2239920 | $3,333.50 | $0.00 | $3,333.50 |
| 8/14/25 | 01-2244304 | $822.00 | $0.00 | $822.00 |
| Outstanding Due | | | | $27,369.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 4,155.50 | 1,622.50 | 5,708.50 | 15,882.50 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | July 16, 2020 |
| Invoice No: | 01-1807288 |

| | |
|---|---|
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |

For professional services rendered through June 30, 2020, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 6/1/20 | M. Bess | Review and analyze complaint | 0.40 | 110.00 |
| 6/2/20 | J. Fieweger | Review complaint and docket to determine allegations and status of case. | 0.60 | 165.00 |
| 6/8/20 | M. Bess | Review stipulation of dismissal and case law █ | 0.30 | 82.50 |
| 6/8/20 | M. Bess | Discuss case █ | 0.60 | 165.00 |
| 6/8/20 | J. Fieweger | Telephone conference with S. Nathan, A. Kamionski and M. Bess █ | 2.00 | 550.00 |
| 6/9/20 | M. Bess | Review and analyze criminal case record materials | 0.40 | 110.00 |
| 6/9/20 | J. Fieweger | Review files from Law Department | 1.00 | 275.00 |
| 6/10/20 | M. Bess | Review and analyze criminal case record materials | 0.60 | 165.00 |
| 6/11/20 | L. Brueggeman | Begin review of file materials to compile information for document requests to Office of Legal Affairs. | 0.80 | 100.00 |

Michael Best & Friedrich, LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1807288
211609-0015
July 16, 2020
Page 2 of 4

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 6/12/20 | L. Brueggeman | Continue review of file materials ███████ ████████████████████████████ ████████ | 1.80 | 225.00 |
| 6/15/20 | M. Bess | Review and analyze criminal case record materials | 0.70 | 192.50 |
| 6/16/20 | L. Brueggeman | Review of file materials███████████████ ██████████████████ | 1.50 | 187.50 |
| 6/16/20 | L. Brueggeman | Finalize request to Office of Legal Affairs for documentation. | 0.40 | 50.00 |
| 6/17/20 | M. Bess | Review and analyze record materials ████████ ██████████████████s | 0.30 | 82.50 |
| 6/17/20 | M. Bess | Participate in conference call with C. Jacobs, co-counsel, ████████████████████████ | 0.60 | 165.00 |
| 6/17/20 | L. Brueggeman | Conference call with BJSiebken and paralegals from Nathan & Kamionski ████████████ ██████████████ | 0.40 | 50.00 |
| 6/17/20 | L. Brueggeman | Draft request for electronic interview recordings for submission to Office of Legal Affairs. | 0.80 | 100.00 |
| 6/17/20 | J. Fieweger | Telephone conference with C. Jacobs, C. Wallace, J. Felker, S. Nathan, A. Kamionski and M. Bess ████████████████████████ ███████████ | 0.60 | 165.00 |
| 6/17/20 | J. Fieweger | Review post-conviction petition, ruling and other pleadings from underlying criminal proceedings and e-mail to defense counsel regarding same. | 1.50 | 412.50 |
| 6/18/20 | M. Bess | Review and analyze complaint and record materials ██████████████████ | 0.70 | 192.50 |
| 6/19/20 | M. Bess | Review and analyze research ███████████████ | 1.10 | 302.50 |
| 6/22/20 | L. Brueggeman | Update discovery log with hearing transcript received from Court. | 0.10 | 12.50 |
| 6/22/20 | M. Bess | Review and analyze research ███████████████ | 1.30 | 357.50 |
| 6/23/20 | M. Bess | Review and analyze research ███████████████ | 1.10 | 302.50 |
| 6/24/20 | L. Brueggeman | Prepare update to discovery tracker to include list of criminal court transcripts requested. and defendant officer information | 0.40 | 50.00 |
| 6/24/20 | M. Bess | Review and analyze research ███████████████ | 1.20 | 330.00 |
| 6/24/20 | J. Fieweger | E-mail correspondence with M. Bess and A. O'Malley ██████████████████. | 0.20 | 55.00 |

Michael Best & Friedrich, LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1807288
211609-0015
July 16, 2020
Page 3 of 4

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 6/24/20 | A. O'Malley | Review correspondence from JFelker ███ | ███ | 90.00 |
| 6/25/20 | M. Bess | Draft motion for extension to answer and otherwise plead, including research ███████ | 0.80 | 220.00 |
| 6/25/20 | M. Bess | Draft motion to reassign and transfer, including follow up research █████████ | 0.90 | 247.50 |
| 6/25/20 | J. Fieweger | E-mail correspondence with M. Bess, N. Schneur and A. Kamionski ██████ . | 0.20 | 55.00 |
| 6/25/20 | A. O'Malley | Correspond with team ████████ | 0.30 | 67.50 |
| 6/26/20 | M. Bess | Draft motion to reassign and transfer | 1.20 | 330.00 |
| 6/26/20 | J. Fieweger | Review transcript from hearing on petition for Certificate of Innocence and e-mail correspondence with M. Bess regarding same. | 0.70 | 192.50 |
| 6/30/20 | A. O'Malley | Correspond with SNathan and team ████████ | 0.10 | 22.50 |

**Total Hours and Services**      26.00      6,180.00

**Disbursements**

| Date | Description | Description |
|------|-------------|-------------|
| 6/25/20 | Brianna J Siebken - Outside Copies - Brianna J. Siebken - Transcript fees for July 9, 2019 Hearing | 11.87 |
| 6/25/20 | Brianna J Siebken - Outside Copies - Brianna J. Siebken - Transcript fees for 02/19/19 Hearing | 4.50 |
| 6/30/20 | Regina A. Clemmer - Professional Services | 494.00 |
| 6/30/20 | Dorothy Nagle - Professional Services | 494.00 |

Total Disbursements      $1,004.37

Total Services      $6,180.00
Total Disbursements      $1,004.37

Michael Best & Friedrich, LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1807288
211609-0015
July 16, 2020
Page 4 of 4

**Total Due This Invoice**                                                   **$7,184.37**



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | August 25, 2020 |
| Invoice No: | 01-1815917 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through July 31, 2020, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 7/1/20 | A. O'Malley | Correspond with MBess, JFieweger and SNathan ███████████████████████ | 0.10 | 22.50 |
| 7/2/20 | M. Bess | Draft motion to reassign and transfer; follow up correspondence re: same | 1.40 | 385.00 |
| 7/2/20 | A. O'Malley | Revise motion for reassignment and consolidation (1.1). | 1.10 | 247.50 |
| 7/2/20 | L. Brueggeman | Update discovery tracker ██████████████████ ██████████████████ | 0.10 | 12.50 |
| 7/3/20 | M. Bess | Revise motion to reassign and transfer; follow up correspondence re: same | 0.40 | 110.00 |
| 7/6/20 | A. O'Malley | Call JRickert, ███████████████████ ████████.1); confer with JRickert ██████████ ████████ (.1); revise motion for extension of time to answer or otherwise respond (.6); correspond with JFieweger and MBess ███████████ (.1); review dockets, upcoming deadlines, and prepare strategy (.2); review and revise appearances for counsel (.2); coordinate and review final filings (.2). | 1.50 | 337.50 |

Michael Best & Friedrich, LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1815917
211609-0015
August 25, 2020
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 7/6/20 | M. Bess | Revise motion for extension of time to answer or otherwise plead; follow up correspondence for same | 0.20 | 55.00 |
| 7/8/20 | A. O'Malley | Review ECF notice, deadlines, and correspond with team. | 0.20 | 45.00 |
| 7/8/20 | L. Brueggeman | Prepare updates to discovery tracker. | 0.30 | 37.50 |
| 7/8/20 | J. Fieweger | Review transcript from post conviction hearings. | 0.70 | 192.50 |
| 7/9/20 | L. Brueggeman | Update discovery tracker with information from hearing transcripts received. | 0.60 | 75.00 |
| 7/13/20 | L. Brueggeman | Prepare updates to discovery tracker. | 0.10 | 12.50 |
| 7/14/20 | M. Bess | Research and analysis ███████████ ███████ | 1.60 | 440.00 |
| 7/16/20 | J. Fieweger | Review transcripts f██████████ ██████ | 1.50 | 412.50 |
| 7/16/20 | M. Bess | Research and analysis ███████████ ██████ | 0.80 | 220.00 |
| 7/21/20 | M. Bess | Discuss motion to dismiss strategy with co-counsel at Nathan Kamionski; ████████████ ██████ | 1.30 | 357.50 |
| 7/22/20 | M. Bess | Research for motion to dismiss | 0.70 | 192.50 |
| 7/23/20 | M. Bess | Research for motion to dismiss | 0.60 | 165.00 |
| 7/24/20 | M. Bess | Research for motion to dismiss | 1.20 | 330.00 |
| 7/27/20 | M. Bess | Research for motion to dismiss | 0.70 | 192.50 |
| 7/29/20 | M. Bess | Research for motion to dismiss | 0.60 | 165.00 |
| 7/30/20 | M. Bess | Research for motion to dismiss | 0.70 | 192.50 |
| **Total Hours and Services** | | | 16.40 | 4,200.00 |

**Disbursements**

| Date | Description | Description |
|---|---|---|
| 7/10/20 | Tracy Overocker - Professional Services | 17.00 |
| Total Disbursements | | $17.00 |

| | |
|---|---|
| Total Services | $4,200.00 |
| Total Disbursements | $17.00 |
| **Total Due This Invoice** | **$4,217.00** |

Michael Best & Friedrich, LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1815917
211609-0015
August 25, 2020
Page 3 of 3

**Outstanding Invoices:**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 7/16/20 | 01-1807288 | $7,184.37 | $0.00 | $7,184.37 |
| Outstanding Due | | | | **$7,184.37** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 121+ |
|------|-------|-------|--------|------|
| 0.00 | 7,184.37 | 0.00 | 0.00 | 0.00 |



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| Invoice Date | September 18, 2020 |
|---|---|
| Invoice No: | 01-1822305 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through August 31, 2020, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 8/2/20 | M. Bess | Revise motion for reassignment | 0.30 | 82.50 |
| 8/3/20 | M. Bess | Draft and revise motion to consolidate; follow up correspondence and discussion re: ▮▮▮▮ | 1.10 | 302.50 |
| 8/3/20 | J. Fieweger | Review draft motion to reassign and e-mail correspondence with M. Bess regarding same | 0.20 | 55.00 |
| 8/5/20 | M. Bess | Research for motion to dismiss | 0.60 | 165.00 |
| 8/6/20 | M. Bess | Research for motion to dismiss | 0.70 | 192.50 |
| 8/6/20 | J. Fieweger | E-mail correspondence with Jessica Felker and Mike Bess ▮▮▮▮ | 0.30 | 82.50 |
| 8/7/20 | M. Bess | Research for motion to dismiss | 1.20 | 330.00 |
| 8/7/20 | M. Bess | Discuss case developments and strategy with J. Fieweger et al | 0.60 | 165.00 |
| 8/7/20 | J. Fieweger | Telephone conference with litigation team members ▮▮▮▮ | 0.20 | 55.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1822305
211609-0015
September 18, 2020
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 8/10/20 | M. Bess | Draft motion to dismiss, including review and analysis of complaint and case law | 3.10 | 852.50 |
| 8/10/20 | M. Bess | Meet and confer on consolidation motion; preparation for same | 0.20 | 55.00 |
| 8/10/20 | J. Fieweger | E-mail correspondence with M. Bess and with J. Felker ███████████████ | 0.30 | 82.50 |
| 8/11/20 | M. Bess | Draft motion to dismiss, ████████████████ | 2.40 | 660.00 |
| 8/11/20 | M. Bess | Revise and circulate joint motion to consolidate | 0.90 | 247.50 |
| 8/12/20 | M. Bess | Draft motion to dismiss, ███████████████████████████ | 4.00 | 1,100.00 |
| 8/13/20 | M. Bess | Draft motion to dismiss, ██████████████████ | 1.20 | 330.00 |
| 8/17/20 | J. Fieweger | Review proposed revisions to motion to reassign and e-mail correspondence with M. Bess regarding same. | 0.50 | 137.50 |
| 8/17/20 | M. Bess | Research ███████████████████ | 1.20 | 330.00 |
| 8/18/20 | M. Bess | Correspond with plaintiff's counsel ████████ ███████████████████████ | 1.30 | 357.50 |
| 8/19/20 | M. Bess | Draft motion to dismiss, ██████████████ | 1.10 | 302.50 |
| 8/20/20 | M. Bess | Draft motion to dismiss, ██████████ | 0.70 | 192.50 |
| 8/24/20 | M. Bess | Draft motion to dismiss, ████████████ | 0.90 | 247.50 |
| 8/25/20 | M. Bess | Follow up correspondence ████████████████ | 0.20 | 55.00 |
| 8/25/20 | M. Bess | Review and revise motion for extension to answer or otherwise plead | 0.10 | 27.50 |
| 8/25/20 | M. Bess | Draft and revise motion to dismiss | 0.80 | 220.00 |
| 8/26/20 | M. Bess | Follow up correspondence ████████████ | 0.30 | 82.50 |
| **Total Hours and Services** | | | 24.40 | 6,710.00 |

**Disbursements**

| Date | Description | | Description |
|------|-------------|--|-------------|
| 8/14/20 | Federal Express Delivery - Michael Bess, Evanston, IL 60201 | | 29.18 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1822305
211609-0015
September 18, 2020
Page 3 of 3

| Date | Description | Description |
|------|-------------|-------------|
| 8/14/20 | Federal Express Delivery - Michael Bess,Evanston, IL 60201 | 33.00 |

Total Disbursements                                                    $62.18

| | | |
|---|---|---|
| Total Services | | $6,710.00 |
| Total Disbursements | | $62.18 |
| **Total Due This Invoice** | | **$6,772.18** |

**Outstanding Invoices:**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 7/16/20 | 01-1807288 | $7,184.37 | $0.00 | $7,184.37 |
| 8/25/20 | 01-1815917 | $4,217.00 | $0.00 | $4,217.00 |
| Outstanding Due | | | | **$11,401.37** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 121+ |
|------|-------|-------|--------|------|
| 4,217.00 | 0.00 | 7,184.37 | 0.00 | 0.00 |



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | October 30, 2020 |
| Invoice No: | 01-1832875 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through September 30, 2020, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 9/1/20 | M. Bess | Follow up for service and identification of individual defendants. | 0.20 | 55.00 |
| 9/2/20 | M. Bess | Draft and revise motion to dismiss, ███████ | 0.90 | 247.50 |
| 9/3/20 | M. Bess | Follow up for identifying and serving defendant Franco. | 0.10 | 27.50 |
| 9/3/20 | M. Bess | Draft and revise motion to dismiss, ███████ | 1.20 | 330.00 |
| 9/4/20 | M. Bess | Draft and revise motion to dismiss, ███████ | 1.30 | 357.50 |
| 9/9/20 | J. Fieweger | E-mail correspondence with M. Bess ███████ | 1.00 | 275.00 |
| 9/10/20 | M. Bess | Draft and revise brief in support of motion to dismiss, ███████ | 1.40 | 385.00 |
| 9/11/20 | M. Bess | Draft and revise brief in support of motion to | 5.20 | 1,430.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1832875
211609-0015
October 30, 2020
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | dismiss, ███████████████████ ███████████████████████. | | |
| 9/14/20 | M. Bess | Draft and revise brief in support of motion to dismiss, ██████████ ███████████. | 1.90 | 522.50 |
| 9/15/20 | M. Bess | Revise and finalize motion to dismiss, memorandum in support, and notice; follow up research and correspondence with B. Siebken re: same. | 4.10 | 1,127.50 |
| 9/15/20 | A. O'Malley | Review and revise memorandum in support of motion to dismiss, ████████████ ██████████████████ (1.7); confer with B. Siebken (0.3). | 2.00 | 450.00 |
| 9/16/20 | L. Brueggeman | Review of outstanding discovery and document requests. | 0.10 | 12.50 |
| 9/18/20 | J. Fieweger | Review transcript from prior hearing ████ ██████████████. | 1.00 | 275.00 |
| 9/23/20 | J. Fieweger | Review record from underlying proceedings. | 1.20 | 330.00 |
| 9/24/20 | J. Fieweger | Review records from underlying proceedings. | 2.00 | 550.00 |
| 9/25/20 | J. Fieweger | Review record from underlying case and prior civil claim | 1.50 | 412.50 |
| 9/28/20 | J. Fieweger | Review records from prior criminal and civil actions. | 1.00 | 275.00 |
| 9/30/20 | J. Fieweger | Review records from prior proceedings. | 1.00 | 275.00 |
| **Total Hours and Services** | | | **27.10** | **$7,337.50** |

| | | |
|---|---|---|
| Total Services | | $7,337.50 |
| **Total Due This Invoice** | | **$7,337.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 7/16/20 | 01-1807288 | $7,184.37 | $0.00 | $7,184.37 |
| 8/25/20 | 01-1815917 | $4,217.00 | $0.00 | $4,217.00 |
| 9/18/20 | 01-1822305 | $6,772.18 | $0.00 | $6,772.18 |
| 10/30/20 | 01-1832875 | $7,337.50 | $0.00 | $7,337.50 |
| Outstanding Due | | | | $25,511.05 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1832875
211609-0015
October 30, 2020
Page 3 of 3

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 121+ |
|---|---|---|---|---|
| 7,337.50 | 6,772.18 | 4,217.00 | 7,184.37 | 0.00 |



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | November 20, 2020 |
| Invoice No: | 01-1837451 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through October 31, 2020, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 9/14/20 | B. Siebken | Review and revise motion to dismiss; research and draft additional argument ▮ | 2.00 | 450.00 |
| 9/15/20 | B. Siebken | Draft, revise, and file motion to dismiss plaintiffs' complaints. | 3.60 | 810.00 |
| 10/1/20 | J. Fieweger | Review docket and filings ▮ | 2.50 | 687.50 |
| 10/2/20 | A. O'Malley | Review correspondence with counsel ▮ | 0.10 | 22.50 |
| 10/2/20 | J. Fieweger | Review correspondence ▮ | 0.20 | 55.00 |
| 10/12/20 | J. Fieweger | Review briefing on motions to dismiss. | 0.40 | 110.00 |
| 10/23/20 | A. O'Malley | Review correspondence from counsel ▮ | ▮ | ▮ |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1837451
211609-0015
November 20, 2020
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 10/27/20 | M. Bess | Review and analyze case law for reply brief | 0.60 | 165.00 |
| 10/28/20 | M. Bess | Review and analyze case law for reply brief | 0.50 | 137.50 |
| 10/29/20 | J. Fieweger | Review materials ███████████ ███████████████████ ██████████████ | 1.00 | 275.00 |
| 10/30/20 | M. Bess | Review and analyze plaintiff's response to motion to dismiss | 1.20 | 330.00 |
| **Total Hours and Services** | | | **12.20** | **$3,065.00** |

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 9/30/20 | Pacer Computer Searches | 1.40 |
| **Total Disbursements** | | **$1.40** |

| | |
|---|---|
| Total Services | $3,065.00 |
| Total Disbursements | $1.40 |
| **Total Due This Invoice** | **$3,066.40** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 7/16/20 | 01-1807288 | $7,184.37 | $0.00 | $7,184.37 |
| 8/25/20 | 01-1815917 | $4,217.00 | $0.00 | $4,217.00 |
| 9/18/20 | 01-1822305 | $6,772.18 | $0.00 | $6,772.18 |
| 10/30/20 | 01-1832875 | $7,337.50 | $0.00 | $7,337.50 |
| 11/20/20 | 01-1837451 | $3,066.40 | $0.00 | $3,066.40 |
| Outstanding Due | | | | **$28,577.45** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 121+ |
|------|-------|-------|--------|------|
| 3,066.40 | 0.00 | 10,989.18 | 0.00 | 0.00 |



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | December 18, 2020 |
| Invoice No: | 01-1843192 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through November 30, 2020, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 10/6/20 | J. Fieweger | Review ███████████████████ . | 2.20 | 605.00 |
| 11/3/20 | B. Siebken | Draft motion to extend deadline for reply in support of motion to dismiss. | 0.30 | 67.50 |
| 11/4/20 | B. Siebken | Draft, finalize, and file motion to extend deadline for reply in support of motion to dismiss. | 0.50 | 112.50 |
| 11/4/20 | M. Bess | Review and revise motion for extension of time to file reply | 0.10 | 27.50 |
| 11/6/20 | M. Bess | Review and analyze plaintiffs' opposition to motion to dismiss | 1.20 | 330.00 |
| 11/9/20 | M. Bess | Review and analyze case law for reply brief | 3.40 | 935.00 |
| 11/9/20 | M. Bess | Discuss reply brief with S. Nathan et al | 0.20 | 55.00 |
| 11/10/20 | B. Siebken | Review and research ███████████████ ████████ | 1.00 | 225.00 |
| 11/10/20 | M. Bess | Draft reply brief, ████████████████████ ████████████ | 2.40 | 660.00 |
| 11/13/20 | B. Siebken | Research and draft reply in support of motion to | 2.30 | 517.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1843192
211609-0015
December 18, 2020
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | dismiss. | | |
| 11/16/20 | B. Siebken | Draft reply in support of motion to dismiss. | 1.30 | 292.50 |
| 11/16/20 | M. Bess | Draft reply brief in support of motion to dismiss, ███████████ | 3.10 | 852.50 |
| 11/17/20 | B. Siebken | Draft reply in support of motion to dismiss. | 2.10 | 472.50 |
| 11/17/20 | M. Bess | Draft reply brief in support of motion to dismiss, ███████████ | 4.10 | 1,127.50 |
| 11/18/20 | B. Siebken | Draft and revise reply in support of motion to dismiss. | 3.00 | 675.00 |
| 11/18/20 | M. Bess | Draft reply brief in support of motion to dismiss, ███████████ | 3.80 | 1,045.00 |
| 11/19/20 | B. Siebken | Draft and revise reply in support of motion to dismiss. | 2.50 | 562.50 |
| 11/19/20 | M. Bess | Draft reply brief in support of motion to dismiss, ███████████ | 3.90 | 1,072.50 |
| 11/20/20 | M. Bess | Draft reply brief in support of motion to dismiss, ███████████ | 0.80 | 220.00 |
| 11/20/20 | A. O'Malley | Analyze ███████████ | 0.20 | 45.00 |
| 11/23/20 | M. Bess | Revise reply brief in support of motion to dismiss; follow up correspondence for same | 0.90 | 247.50 |
| 11/24/20 | B. Siebken | Draft and revise reply in support of motion to dismiss. | 2.00 | 450.00 |
| 11/24/20 | M. Bess | Revise reply brief in support of motion to dismiss; follow up correspondence for same | 2.30 | 632.50 |
| 11/25/20 | B. Siebken | Revise, finalize, and file reply in support of motion to dismiss. | 1.80 | 405.00 |
| 11/25/20 | M. Bess | Revise and finalize reply brief in support of motion to dismiss; follow up correspondence for same | 1.90 | 522.50 |
| **Total Hours and Services** | | | **47.30** | **$12,157.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1843192
211609-0015
December 18, 2020
Page 3 of 3

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|

**Total Disbursements** — **$0.00**

| | |
|---|---|
| Total Services | $12,157.50 |
| **Total Due This Invoice** | **$12,157.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 10/30/20 | 01-1832875 | $7,337.50 | $0.00 | $7,337.50 |
| 11/20/20 | 01-1837451 | $3,066.40 | $0.00 | $3,066.40 |
| 12/18/20 | 01-1843192 | $12,157.50 | $0.00 | $12,157.50 |
| Outstanding Due | | | | **$22,561.40** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 12,157.50 | 10,403.90 | 0.00 | 0.00 | 0.00 |



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | January 31, 2021 |
| Invoice No: | 01-1853171 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through December 31, 2020, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 12/7/20 | J. Fieweger | Review correspondence from client and e-mail correspondence with M. Bess ████████ | 0.50 | 137.50 |
| 12/7/20 | M. Bess | Follow up correspondence and research███ ████████ | 0.20 | 55.00 |
| 12/10/20 | J. Fieweger | Attend conference call █████████████ ████████ | 0.50 | 137.50 |
| 12/11/20 | J. Fieweger | Telephone conference with plaintiff's counsel ██████████████████████████ ██████████████████████ ███ | 1.00 | 275.00 |
| 12/11/20 | M. Bess | Follow up correspondence and discussion ██ █████████ | 0.20 | 55.00 |
| 12/15/20 | J. Fieweger | Research ████████████████ ███████. | 1.40 | 385.00 |
| 12/17/20 | J. Fieweger | Review materials from underlying case | 1.50 | 412.50 |
| 12/20/20 | M. Bess | Revise opposition to motion to appoint special representative; follow up research and analyze | 1.20 | 330.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1853171
211609-0015
January 31, 2021
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | case law for same | | |
| 12/21/20 | J. Fieweger | Telephone conference with J. Felker, C. Wallace, S. Nathan and A. Kamionski ▬▬▬▬▬▬▬▬▬ | 0.50 | 137.50 |
| 12/21/20 | M. Bess | Follow up discussion and analysis ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬ | 0.30 | 82.50 |
| 12/22/20 | J. Fieweger | Review revised response to motion for appointment of special counsel and e-mail correspondence with S. Nathan regarding same. | 0.50 | 137.50 |
| 12/29/20 | J. Fieweger | Review files from underlying case | 1.50 | 412.50 |
| **Total Hours and Services** | | | **9.30** | **$2,557.50** |

| | | |
|---|---|---|
| Total Services | | $2,557.50 |
| **Total Due This Invoice** | | **$2,557.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 12/18/20 | 01-1843192 | $12,157.50 | $0.00 | $12,157.50 |
| 1/31/21 | 01-1853171 | $2,557.50 | $0.00 | $2,557.50 |
| Outstanding Due | | | | **$14,715.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 2,557.50 | 12,157.50 | 0.00 | 0.00 | 0.00 |



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | February 28, 2021 |
| Invoice No: | 01-1859023 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through January 31, 2021, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 1/11/21 | M. Bess | Review and analyze plaintiffs' reply in support of motion to appoint special representative; follow up research for same | 0.70 | 192.50 |
| 1/13/21 | M. Bess | Follow up research ███████████████ | 0.90 | 247.50 |
| 1/14/21 | M. Bess | Follow up research ██████████ | 0.40 | 110.00 |
| **Total Hours and Services** | | | **2.00** | **$550.00** |

| | |
|---|---|
| Total Services | $550.00 |
| **Total Due This Invoice** | **$550.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 1/31/21 | 01-1853171 | $2,557.50 | $0.00 | $2,557.50 |
| 2/28/21 | 01-1859023 | $550.00 | $0.00 | $550.00 |
| Outstanding Due | | | | **$3,107.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1859023
211609-0015
February 28, 2021
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 3,107.50 | 0.00 | 0.00 | 0.00 | 0.00 |



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | March 31, 2021 |
| Invoice No: | 01-1866343 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through February 28, 2021, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 2/9/21 | M. Bess | Update and review new case law on MTD claims and issues | 0.60 | 165.00 |
| 2/10/21 | M. Bess | Update and review new case law on MTD claims and issues | 0.50 | 137.50 |
| **Total Hours and Services** | | | **1.10** | **$302.50** |

| | |
|---|---|
| Total Services | $302.50 |
| **Total Due This Invoice** | **$302.50** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 1/31/21 | 01-1853171 | $2,557.50 | $0.00 | $2,557.50 |
| 2/28/21 | 01-1859023 | $550.00 | $0.00 | $550.00 |
| 3/31/21 | 01-1866343 | $302.50 | $0.00 | $302.50 |
| Outstanding Due | | | | **$3,410.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1866343
211609-0015
March 31, 2021
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 302.50 | 3,107.50 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
The correct wire/ACH instructions for Michael Best & Friedrich LLP are listed on page 1 of this invoice. If the account details change from those typically used, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm wire instructions before initiating a transfer.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | April 23, 2021 |
| Invoice No: | 01-1871833 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through March 31, 2021, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 3/3/21 | M. Bess | Discuss ██████████ with S. Nathan, J. Fieweger, ██████████ | 0.40 | 110.00 |
| 3/3/21 | J. Fieweger | Telephone conference with M. Bess, B. Siebken and with co-counsel ██████████ | 0.50 | 137.50 |
| 3/3/21 | J. Fieweger | Review Lefkow decisions ██████████. | 0.50 | 137.50 |
| 3/8/21 | J. Fieweger | Review and revise motion to stay; e-mail correspondence with M. Bess and S. Nathan regarding same. | 0.50 | 137.50 |
| 3/9/21 | M. Bess | Attend meet and confer on motion to stay; follow up correspondence for same | 0.20 | 55.00 |
| 3/9/21 | J. Fieweger | Review and revise motion to stay and e-mail correspondence with S. Nathan regarding same. | 0.40 | 110.00 |
| 3/12/21 | J. Fieweger | Review files from underlying criminal proceedings. | 1.00 | 275.00 |
| 3/15/21 | J. Fieweger | Review materials from underlying criminal | 0.50 | 137.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1871833
211609-0015
April 23, 2021
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | proceedings | | |
| 3/18/21 | J. Fieweger | Review materials ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 0.90 | 247.50 |
| 3/22/21 | M. Bess | Participate in rule 26 conference re: case schedule; follow up for same | 0.20 | 55.00 |
| **Total Hours and Services** | | | **5.10** | **$1,402.50** |

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 3/2/21 | Federal Express Delivery - Michael Bess, Evanston, IL 60201 | 30.78 |
| **Total Disbursements** | | **$30.78** |

| | |
|---|---|
| Total Services | $1,402.50 |
| Total Disbursements | $30.78 |
| **Total Due This Invoice** | **$1,433.28** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 1/31/21 | 01-1853171 | $2,557.50 | $0.00 | $2,557.50 |
| 2/28/21 | 01-1859023 | $550.00 | $0.00 | $550.00 |
| 3/31/21 | 01-1866343 | $302.50 | $0.00 | $302.50 |
| 4/23/21 | 01-1871833 | $1,433.28 | $0.00 | $1,433.28 |
| Outstanding Due | | | | $4,843.28 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,735.78 | 550.00 | 2,557.50 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
The correct wire/ACH instructions for Michael Best & Friedrich LLP are listed on page 1 of this invoice. If the account details change from those typically used, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm wire instructions before initiating a transfer.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 31, 2021 |
| Invoice No: | 01-1880624 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through April 30, 2021, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 4/1/21 | M. Bess | Review order on discovery schedule; follow up correspondence for same | 0.10 | 27.50 |
| 4/1/21 | J. Fieweger | Prepare 2021 budget | 0.40 | 110.00 |
| 4/2/21 | M. Bess | Follow up correspondence for discovery schedule | 0.10 | 27.50 |
| 4/5/21 | M. Bess | Review joint motion for clarification ▮▮▮▮▮ | 0.20 | 55.00 |
| 4/6/21 | M. Bess | Follow up regarding court's order on discovery schedule | 0.10 | 27.50 |
| 4/6/21 | J. Fieweger | E-mail correspondence with B. Siebken and M. Bess ▮▮▮▮▮▮. | 0.20 | 55.00 |
| 4/13/21 | J. Fieweger | Review proposed Rule 26 disclosures and e-mail correspondence with B. Siebken regarding same. | 0.50 | 137.50 |
| 4/13/21 | M. Bess | Follow up correspondence re: Rule 26(a) disclosures; review draft of same | 0.30 | 82.50 |
| 4/16/21 | J. Fieweger | Review file for interrogatory response ▮▮▮▮▮▮ ▮▮▮▮▮▮ | 0.30 | 82.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1880624
211609-0015
May 31, 2021
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 4/16/21 | M. Bess | Review and revise draft rule 26(a) disclosures; follow up correspondence for same | 1.10 | 302.50 |
| 4/19/21 | J. Fieweger | Review Rule 26 disclosures and e-mail correspondence with B. Siebken regarding same. | 0.50 | 137.50 |
| 4/19/21 | L. Brueggeman | Prepare requested redactions to case files for BJSiebken's review. | 1.30 | 162.50 |
| 4/21/21 | J. Fieweger | E-mail correspondence with B. Siebken and with co-counsel ██████████ ██████████ s. | 0.30 | 82.50 |
| 4/27/21 | J. Fieweger | Review underlying files and materials ████ ██████████ | 1.00 | 275.00 |
| **Total Hours and Services** | | | **6.40** | **$1,565.00** |

| | | |
|---|---|---|
| Total Services | | $1,565.00 |
| **Total Due This Invoice** | | **$1,565.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 2/28/21 | 01-1859023 | $550.00 | $0.00 | $550.00 |
| 3/31/21 | 01-1866343 | $302.50 | $0.00 | $302.50 |
| 4/23/21 | 01-1871833 | $1,433.28 | $0.00 | $1,433.28 |
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| Outstanding Due | | | | $3,850.78 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,565.00 | 1,433.28 | 302.50 | 550.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | June 21, 2021 |
| Invoice No: | 01-1884626 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through May 31, 2021, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 5/3/21 | J. Fieweger | E-mail correspondence with CCSAO ███████ | 0.30 | 82.50 |
| | | ██████████████████████████. | | |
| **Total Hours and Services** | | | **0.30** | **$82.50** |

**Disbursements**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 4/30/21 | Federal Express Delivery - Michael D. Bess - Evanston, IL 60201 | 28.52 |
| **Total Disbursements** | | **$28.52** |

| | |
|---|---|
| Total Services | $82.50 |
| Total Disbursements | $28.52 |
| **Total Due This Invoice** | **$111.02** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1884626
211609-0015
June 21, 2021
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 2/28/21 | 01-1859023 | $550.00 | $0.00 | $550.00 |
| 3/31/21 | 01-1866343 | $302.50 | $0.00 | $302.50 |
| 4/23/21 | 01-1871833 | $1,433.28 | $0.00 | $1,433.28 |
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 6/21/21 | 01-1884626 | $111.02 | $0.00 | $111.02 |
| Outstanding Due | | | | $3,961.80 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,676.02 | 1,433.28 | 302.50 | 550.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | July 29, 2021 |
| Invoice No: | 01-1893544 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through June 30, 2021, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 6/21/21 | M. Bess | Revise motion to show cause ██████████ | 0.60 | 165.00 |
| 6/23/21 | M. Bess | Review and analyze ████████████ ██████████████████ | 0.50 | 137.50 |
| 6/28/21 | M. Bess | Review and analyze ████████████ ████████████████ | 0.60 | 165.00 |
| 6/30/21 | M. Bess | Review and revise supplemental authority ██████████████████ | 0.20 | 55.00 |
| **Total Hours and Services** | | | **1.90** | **$522.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1893544
211609-0015
July 29, 2021
Page 2 of 2

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 5/28/21 | Federal Express Delivery - Michael Bess, Evanston, IL 60201 | 30.78 |

**Total Disbursements** — **$30.78**

| | |
|---|---|
| Total Services | $522.50 |
| Total Disbursements | $30.78 |
| **Total Due This Invoice** | **$553.28** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 4/23/21 | 01-1871833 | $1,433.28 | $1,402.50 | $30.78 |
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 6/21/21 | 01-1884626 | $111.02 | $0.00 | $111.02 |
| 7/29/21 | 01-1893544 | $553.28 | $0.00 | $553.28 |
| Outstanding Due | | | | $2,260.08 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 553.28 | 1,676.02 | 0.00 | 30.78 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner
different from the payment method that you usually use, for example, to an unfamiliar wire
account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich
LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | August 25, 2021 |
| Invoice No: | 01-1899086 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through July 31, 2021, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 7/1/21 | J. Fieweger | Review ruling on motion to dismiss; e-mail correspondence with M. Bess and J. Felker regarding same. | 0.50 | 147.50 |
| 7/1/21 | M. Bess | Review and analyze opinion on motion to dismiss; follow up correspondence for same | 0.50 | 147.50 |
| 7/12/21 | J. Fieweger | Review complaint allegations and e-mail correspondence with B. Siebken ███████ ███ | 0.50 | 147.50 |
| 7/13/21 | M. Bess | Follow up research████████████████ ████████████ | 0.50 | 147.50 |
| 7/14/21 | M. Bess | Review case materials and follow up research ███████ffirmative defenses for answer to complaint | 1.20 | 354.00 |
| 7/16/21 | M. Bess | Review case materials and follow up research ████████████████████ ██████ | 0.90 | 265.50 |
| 7/20/21 | M. Bess | Follow up coordination ████████████ ████████████ | 0.40 | 118.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1899086
211609-0015
August 25, 2021
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 7/27/21 | M. Bess | Draft and revise answer to the complaint; follow up correspondence re: same | 2.20 | 649.00 |
| 7/29/21 | M. Bess | Revise and finalize answer to the complaint; follow up correspondence re: same | 1.20 | 354.00 |
| 7/30/21 | J. Fieweger | Review underlying file from FCRL | 1.00 | 295.00 |
| **Total Hours and Services** | | | **8.90** | **$2,625.50** |

| | |
|---|---|
| Total Services | $2,625.50 |
| **Total Due This Invoice** | **$2,625.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 4/23/21 | 01-1871833 | $1,433.28 | $1,402.50 | $30.78 |
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 6/21/21 | 01-1884626 | $111.02 | $0.00 | $111.02 |
| 7/29/21 | 01-1893544 | $553.28 | $0.00 | $553.28 |
| 8/25/21 | 01-1899086 | $2,625.50 | $0.00 | $2,625.50 |
| Outstanding Due | | | | **$4,885.58** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 3,178.78 | 0.00 | 1,676.02 | 0.00 | 30.78 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | September 22, 2021 |
| Invoice No: | 01-1905101 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through August 31, 2021, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 8/9/21 | M. Bess | Review and analyze record materials for discovery and timeline/chronology | 1.40 | 413.00 |
| 8/13/21 | J. Fieweger | Review defendants' response to motion to reconsider. | 0.40 | 118.00 |
| 8/16/21 | M. Bess | Review documents and follow up correspondence for case timeline and discovery requests | 0.40 | 118.00 |
| 8/16/21 | A. O'Malley | Consider plan and strategy ███████ ████████████████████ ████████████ | 0.20 | 50.00 |
| 8/19/21 | M. Bess | Review ████████████████ ██████████████ | 0.50 | 147.50 |
| 8/23/21 | M. Bess | Review ████████████ ████████ | 0.20 | 59.00 |
| 8/26/21 | M. Bess | Follow up and follow up correspondence ████ ████████ | 0.20 | 59.00 |
| 8/27/21 | M. Bess | Follow up correspondence ████████ ████████ | 0.30 | 88.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1905101
211609-0015
September 22, 2021
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|------:|------:|
| **Total Hours and Services** | | | **3.60** | **$1,053.00** |

| | | |
|---|---|--:|
| Total Services | | $1,053.00 |
| **Total Due This Invoice** | | **$1,053.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|------:|-------:|--------:|
| 4/23/21 | 01-1871833 | $1,433.28 | $1,402.50 | $30.78 |
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 6/21/21 | 01-1884626 | $111.02 | $0.00 | $111.02 |
| 7/29/21 | 01-1893544 | $553.28 | $0.00 | $553.28 |
| 8/25/21 | 01-1899086 | $2,625.50 | $0.00 | $2,625.50 |
| 9/22/21 | 01-1905101 | $1,053.00 | $0.00 | $1,053.00 |
| Outstanding Due | | | | $5,938.58 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|-----:|------:|------:|-------:|-----:|
| 3,678.50 | 553.28 | 0.00 | 1,676.02 | 30.78 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | October 18, 2021 |
| Invoice No: | 01-1911377 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through September 30, 2021, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 8/19/21 | A. O'Malley | Correspond with team and co-defense counsel ██████████████████████ . | 0.10 | 25.00 |
| 9/1/21 | J. Fieweger | Review proposed discovery plan; e-mail correspondence with B. Siebken and with N. Adeeyo regarding same. | 0.50 | 147.50 |
| 9/2/21 | M. Bess | Follow up coordination for preparing discovery requests | 0.20 | 59.00 |
| 9/3/21 | M. Bess | Discuss discovery schedule and strategy ██ ████████████████████████████ ██████ | 0.40 | 118.00 |
| 9/6/21 | J. Fieweger | Review underlying file and identify potential witnesses. | 1.00 | 295.00 |
| 9/7/21 | J. Fieweger | Review underlying files and prior court records | 2.00 | 590.00 |
| 9/8/21 | M. Bess | Follow up and follow up correspondence for discovery requests | 0.20 | 59.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1911377
211609-0015
October 18, 2021
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 9/9/21 | M. Bess | Follow up and follow up correspondence for discovery requests | 0.20 | 59.00 |
| 9/13/21 | J. Fieweger | Review interrogatories and document requests; e-mail correspondence with B. Siebken ██████████ ██████ | 1.50 | 442.50 |
| 9/14/21 | M. Bess | Coordinate preparation of discovery requests | 0.20 | 59.00 |
| 9/15/21 | M. Bess | Coordinate preparation of discovery requests | 0.20 | 59.00 |
| 9/17/21 | M. Bess | Coordinate preparation of discovery requests | 0.20 | 59.00 |
| 9/20/21 | M. Bess | Draft and revise requests for production; follow up correspondence for same | 0.70 | 206.50 |
| 9/21/21 | M. Bess | Draft and revise interrogatories; follow up correspondence for same | 0.60 | 177.00 |
| 9/24/21 | J. Fieweger | Review plaintiff's discovery requests and e-mail correspondence with B. Siebken ████ ███████████. | 0.60 | 177.00 |
| 9/28/21 | M. Bess | Review and analyze plaintiff's discovery requests; follow up correspondence and coordination for responses | 0.70 | 206.50 |
| 9/30/21 | J. Fieweger | Review files ███████████████ ██████████████ | 0.50 | 147.50 |
| 9/30/21 | M. Bess | Follow up for responses to plaintiff's discovery requests | 0.30 | 88.50 |
| **Total Hours and Services** | | | **10.10** | **$2,975.00** |

| | | |
|---|---|---|
| Total Services | | $2,975.00 |
| **Total Due This Invoice** | | **$2,975.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 4/23/21 | 01-1871833 | $1,433.28 | $1,402.50 | $30.78 |
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 6/21/21 | 01-1884626 | $111.02 | $82.50 | $28.52 |
| 7/29/21 | 01-1893544 | $553.28 | $522.50 | $30.78 |
| 10/18/21 | 01-1911377 | $2,975.00 | $0.00 | $2,975.00 |
| Outstanding Due | | | | **$4,630.08** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 2,975.00 | 0.00 | 30.78 | 28.52 | 1,595.78 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1911377
211609-0015
October 18, 2021
Page 3 of 3

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | November 22, 2021 |
| Invoice No: | 01-1919569 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through October 31, 2021, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 10/4/21 | J. Fieweger | Review files from ISP | 1.00 | 295.00 |
| 10/5/21 | J. Fieweger | Review arrest reports and other investigatory materials. | 1.50 | 442.50 |
| 10/6/21 | J. Fieweger | Review file and update tracker to assess upcoming steps. | 0.20 | 59.00 |
| 10/11/21 | M. Bess | Discuss case issues and strategy with J. Fieweger and B. Siebken | 0.30 | 88.50 |
| 10/11/21 | J. Fieweger | Telephone conference with litigation team ██ ████████████████████. | 0.20 | 59.00 |
| 10/11/21 | M. Bess | Draft and revise protective and HIPPA orders | 0.60 | 177.00 |
| 10/12/21 | J. Fieweger | E-mail correspondence with opposing counsel ██████████ ██████████ | 0.10 | 29.50 |
| 10/18/21 | J. Fieweger | E-mail correspondence with B. Siebken and M. Bess ███ | 0.20 | 59.00 |
| 10/18/21 | M. Bess | Follow up correspondence and review of record materials ████████ | 0.30 | 88.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1919569
211609-0015
November 22, 2021
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 10/19/21 | J. Fieweger | Review A. Shaw deposition transcript █████ ████ | 2.00 | 590.00 |
| 10/19/21 | M. Bess | Follow up correspondence and coordination ███ ████████████████ | 0.30 | 88.50 |
| 10/19/21 | M. Bess | Revise draft interrogatory responses; follow up correspondence re: same | 0.70 | 206.50 |
| 10/20/21 | J. Fieweger | E-mail correspondence with B. Siebken and M. Bess███████████████████ | 0.30 | 88.50 |
| 10/20/21 | M. Bess | Follow up correspondence and coordination ██ ████████████ | 0.20 | 59.00 |
| 10/21/21 | M. Bess | Review and revise response to plaintiff's RFP's | 1.40 | 413.00 |
| 10/22/21 | J. Fieweger | E-mail correspondence with B. Gainer, B. Siebken and opposing counsel regarding Marinelli deposition | 0.30 | 88.50 |
| 10/22/21 | A. O'Malley | Review correspondence amongst counsel for the parties ████████████████ ████████████████████████ ████████████████). | 0.20 | 50.00 |
| 10/27/21 | J. Fieweger | Review and revise Protective Order and HIPAA order and e-mail correspondence with B. Seibken and M. Bess regarding same. | 0.50 | 147.50 |
| 10/28/21 | M. Bess | Review and analyze shaw deposition | 1.80 | 531.00 |
| 10/29/21 | M. Bess | Review and analyze shaw deposition | 0.60 | 177.00 |
| **Total Hours and Services** | | | **12.70** | **$3,737.50** |

| | | |
|---|---|---|
| Total Services | | $3,737.50 |
| **Total Due This Invoice** | | **$3,737.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 10/18/21 | 01-1911377 | $2,975.00 | $0.00 | $2,975.00 |
| 11/22/21 | 01-1919569 | $3,737.50 | $0.00 | $3,737.50 |
| Outstanding Due | | | | **$8,277.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 3,737.50 | 2,975.00 | 0.00 | 0.00 | 1,565.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1919569
211609-0015
November 22, 2021
Page 3 of 3

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | December 16, 2021 |
| Invoice No: | 01-1925349 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through November 30, 2021, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 10/11/21 | A. O'Malley | Confer with FCRL team ███████ ██████ | 0.20 | 50.00 |
| 10/21/21 | A. O'Malley | Review multiple correspondence amongst counsel ████████ ████████ | 0.20 | 50.00 |
| 11/2/21 | A. O'Malley | Review multiple correspondences ████████ ████████ | 0.10 | 25.00 |
| 11/11/21 | M. Bess | Review edits and comments from plaintiff's on protective order and HIPPA agreement; follow up correspondence for same | 0.70 | 206.50 |
| 11/11/21 | J. Fieweger | Review file from underlying investigation and prosecution. | 1.70 | 501.50 |
| 11/17/21 | L. Brueggeman | Process discovery materials received from City Defendants. | 0.70 | 80.50 |
| 11/22/21 | J. Fieweger | Review post conviction memorandum from underlying case | 1.10 | 324.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1925349
211609-0015
December 16, 2021
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 11/29/21 | M. Bess | Follow up correspondence ███████████ ████████ | 0.20 | 59.00 |
| 11/29/21 | J. Fieweger | Review and revise proposed motion to bifurcate and e-mail correspondence with B. Siebken ████████████████ . | 0.50 | 147.50 |
| 11/29/21 | J. Fieweger | Review Shaw transcript | 2.00 | 590.00 |
| 11/30/21 | J. Fieweger | Review Smith testimony from underlying criminal matter | 1.00 | 295.00 |
| **Total Hours and Services** | | | **8.40** | **$2,329.50** |

| | | |
|---|---|---|
| Total Services | | $2,329.50 |
| **Total Due This Invoice** | | **$2,329.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 10/18/21 | 01-1911377 | $2,975.00 | $0.00 | $2,975.00 |
| 11/22/21 | 01-1919569 | $3,737.50 | $0.00 | $3,737.50 |
| 12/16/21 | 01-1925349 | $2,329.50 | $0.00 | $2,329.50 |
| Outstanding Due | | | | **$10,607.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 6,067.00 | 2,975.00 | 0.00 | 0.00 | 1,565.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | January 6, 2022 |
| Invoice No: | 01-1929178 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through December 31, 2021, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 12/10/21 | J. Fieweger | Review materials ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 1.00 | 295.00 |
| 12/13/21 | J. Fieweger | Review discovery responses from County Defendants. | 1.00 | 295.00 |
| 12/14/21 | J. Fieweger | Review proposed confidentiality order and changes recommended by plaintiff; email correspondence with B. Siebken regarding same. | 0.50 | 147.50 |
| 12/14/21 | M. Bess | Follow up correspondence and research for protective order | 0.30 | 88.50 |
| 12/17/21 | M. Bess | Review and revise motion to enter protective order | 1.80 | 531.00 |
| 12/20/21 | M. Bess | Revise motion to enter protective order | 0.60 | 177.00 |
| 12/22/21 | M. Bess | Draft and revise ,motion for protective order | 0.90 | 265.50 |
| **Total Hours and Services** | | | **6.10** | **$1,799.50** |

Total Services $1,799.50

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1929178
211609-0015
January 6, 2022
Page 2 of 2

**Total Due This Invoice** $1,799.50

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 11/22/21 | 01-1919569 | $3,737.50 | $0.00 | $3,737.50 |
| 12/16/21 | 01-1925349 | $2,329.50 | $0.00 | $2,329.50 |
| 1/6/22 | 01-1929178 | $1,799.50 | $0.00 | $1,799.50 |
| Outstanding Due | | | | $9,431.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 4,129.00 | 3,737.50 | 0.00 | 0.00 | 1,565.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | February 28, 2022 |
| Invoice No: | 01-1941903 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through January 31, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 1/6/22 | M. Bess | Review and analyze plaintiff's opposition to motion to enter confidentiality order; follow up for hearing re: same | 0.70 | 206.50 |
| 1/6/22 | J. Fieweger | Review Smith deposition and exhibits. | 2.50 | 737.50 |
| 1/7/22 | J. Fieweger | Review Shaw deposition and exhibits. | 2.50 | 737.50 |
| 1/13/22 | J. Fieweger | E-mail correspondence with B. Siebken ███████ | 0.50 | 147.50 |
| | | ███████████████████████ | | |
| **Total Hours and Services** | | | **6.20** | **$1,829.00** |

| | |
|---|---|
| Total Services | $1,829.00 |
| **Total Due This Invoice** | **$1,829.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1941903
211609-0015
February 28, 2022
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 11/22/21 | 01-1919569 | $3,737.50 | $3,678.50 | $59.00 |
| 2/28/22 | 01-1941903 | $1,829.00 | $0.00 | $1,829.00 |
| Outstanding Due | | | | **$3,453.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,829.00 | 0.00 | 0.00 | 59.00 | 1,565.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| Invoice Date | March 18, 2022 |
|---|---|
| Invoice No: | 01-1945554 |

| Client/Matter | 211609-0015 Anthony Mitchell v. City of Chicago |
|---|---|
| Client Reference No. | 20 C 3119 |

For professional services rendered through February 28, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 2/1/22 | B. Siebken | Review and redaction of officers' CR files. | 0.50 | 125.00 |
| 2/14/22 | J. Fieweger | Review Shaw depostion | 0.60 | 177.00 |
| 2/16/22 | J. Fieweger | Review Shaw deposition | 2.50 | 737.50 |
| 2/22/22 | J. Fieweger | Review Shaw deposition | 1.00 | 295.00 |
| 2/24/22 | M. Bess | Review and analyze call notes | 0.40 | 118.00 |
| 2/25/22 | B. Siebken | Review documents for production to plaintiff; correspond with codefendants' counsel ▇▇▇ ▇ | 0.30 | 75.00 |
| 2/25/22 | J. Fieweger | Email correspondence with B. Siebken ▇▇ ▇▇▇▇▇▇▇▇▇ | 0.20 | 59.00 |
| 2/28/22 | M. Bess | Review and analyze record materials | 0.40 | 118.00 |
| **Total Hours and Services** | | | **5.90** | **$1,704.50** |

| Total Services | $1,704.50 |
|---|---|
| **Total Due This Invoice** | **$1,704.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1945554
211609-0015
March 18, 2022
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 11/22/21 | 01-1919569 | $3,737.50 | $3,678.50 | $59.00 |
| 2/28/22 | 01-1941903 | $1,829.00 | $0.00 | $1,829.00 |
| 3/18/22 | 01-1945554 | $1,704.50 | $0.00 | $1,704.50 |
| Outstanding Due | | | | $5,157.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 3,533.50 | 0.00 | 0.00 | 59.00 | 1,565.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner
different from the payment method that you usually use, for example, to an unfamiliar wire
account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich
LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | April 20, 2022 |
| Invoice No: | 01-1953891 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through March 31, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 3/3/22 | B. Siebken | Strategize review of physical files ███████ | 0.10 | 25.00 |
| 3/7/22 | J. Fieweger | Review Shaw deposition | 1.00 | 295.00 |
| 3/8/22 | B. Siebken | Attend status hearing. | 0.20 | 50.00 |
| 3/22/22 | B. Siebken | Review documents from plaintiffs' previous civil suit; prepare plan for discovery. | 3.10 | 775.00 |
| 3/29/22 | B. Siebken | Correspond with counsel for the County ██████ ███████ | 0.90 | 225.00 |
| 3/30/22 | B. Siebken | Correspond with opposing counsel and counsel for the County ████████ | 0.20 | 50.00 |
| **Total Hours and Services** | | | **5.50** | **$1,420.00** |

| | |
|---|---|
| Total Services | $1,420.00 |
| **Total Due This Invoice** | **$1,420.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1953891
211609-0015
April 20, 2022
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 5/31/21 | 01-1880624 | $1,565.00 | $0.00 | $1,565.00 |
| 11/22/21 | 01-1919569 | $3,737.50 | $3,678.50 | $59.00 |
| 3/18/22 | 01-1945554 | $1,704.50 | $0.00 | $1,704.50 |
| 4/20/22 | 01-1953891 | $1,420.00 | $0.00 | $1,420.00 |
| Outstanding Due | | | | $4,748.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,420.00 | 1,704.50 | 0.00 | 0.00 | 1,624.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 20, 2022 |
| Invoice No: | 01-1961647 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through April 30, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 4/4/22 | B. Siebken | Review documents and document requests from plaintiffs; confer about discovery strategy with codefendants' counsel. | 0.40 | 100.00 |
| 4/5/22 | J. Fieweger | Review materials ███████████████████ | 1.40 | 413.00 |
| 4/5/22 | B. Siebken | Correspond with client and codefendants' counsel ███████████████████████████████ | 0.50 | 125.00 |
| 4/7/22 | J. Fieweger | Review Smith deposition | 2.00 | 590.00 |
| 4/12/22 | M. Bess | Discuss ████████ with Michael Best and Nathan & Kamionski | 0.30 | 88.50 |
| 4/12/22 | B. Siebken | Strategize discovery ██████████████████████████ | 0.60 | 150.00 |
| 4/14/22 | B. Siebken | Confer with counsel ███████████████ | 0.40 | 100.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1961647
211609-0015
May 20, 2022
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | ███████████████████ | | |
| 4/28/22 | J. Fieweger | Review records ██████████ | 1.10 | 324.50 |
| **Total Hours and Services** | | | **6.70** | **$1,891.00** |

| | | |
|---|---|---|
| Total Services | | $1,891.00 |
| **Total Due This Invoice** | | **$1,891.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 5/31/21 | 01-1880624 | $1,565.00 | $1,455.00 | $110.00 |
| 11/22/21 | 01-1919569 | $3,737.50 | $3,678.50 | $59.00 |
| 4/20/22 | 01-1953891 | $1,420.00 | $641.00 | $779.00 |
| 5/20/22 | 01-1961647 | $1,891.00 | $0.00 | $1,891.00 |
| Outstanding Due | | | | $2,839.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 2,670.00 | 0.00 | 0.00 | 0.00 | 169.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | June 17, 2022 |
| Invoice No: | 01-1967742 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through May 31, 2022, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 5/2/22 | B. Siebken | Confer with codefendants' counsel ███████ ████████████████████████████ | 0.50 | 125.00 |
| 5/2/22 | J. Fieweger | Email correspondence with B. Siebken and M. Bess ████████████████████ | 0.30 | 88.50 |
| 5/2/22 | J. Fieweger | ███ Review Shaw transcript | 1.00 | 295.00 |
| 5/3/22 | B. Siebken | Review documents and prepare same for production. | 2.30 | 575.00 |
| 5/4/22 | B. Siebken | Review documents and prepare same for production. | 0.80 | 200.00 |
| 5/5/22 | B. Siebken | Review documents for production; confer with codefendants' counsel ████████████ ███████████ | 0.40 | 100.00 |
| 5/11/22 | B. Siebken | Prepare for and attend deposition of defendant officer; confer about same with counsel. | 3.30 | 825.00 |
| 5/18/22 | B. Siebken | Prepare for and attend deposition of defendant | 1.60 | 400.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1967742
211609-0015
June 17, 2022
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | officer. | | |
| 5/23/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 0.90 | 225.00 |
| 5/26/22 | B. Siebken | Review documents in preparation for depositions; follow up on outstanding document requests. | 0.30 | 75.00 |
| 5/27/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 0.40 | 100.00 |
| 5/31/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 0.80 | 200.00 |
| **Total Hours and Services** | | | **12.60** | **$3,208.50** |

| | |
|---|---|
| Total Services | $3,208.50 |
| **Total Due This Invoice** | **$3,208.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 11/22/21 | 01-1919569 | $3,737.50 | $3,678.50 | $59.00 |
| 4/20/22 | 01-1953891 | $1,420.00 | $641.00 | $779.00 |
| 5/20/22 | 01-1961647 | $1,891.00 | $0.00 | $1,891.00 |
| 6/17/22 | 01-1967742 | $3,208.50 | $0.00 | $3,208.50 |
| Outstanding Due | | | | $5,937.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 5,099.50 | 779.00 | 0.00 | 0.00 | 59.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | July 19, 2022 |
| Invoice No: | 01-1976511 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through June 30, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 5/6/22 | B. Siebken | Confer with opposing counsel and codefendants' counsel ███████████ ████████████ ████████ | 0.40 | 100.00 |
| 5/9/22 | B. Siebken | Review, redact, and produce documents responsive to plaintiffs' requests. | 0.70 | 175.00 |
| 5/10/22 | B. Siebken | Prepare for upcoming depositions; review documents collected. | 0.60 | 150.00 |
| 6/1/22 | B. Siebken | Review documents received from OLA; follow up on additional request. | 0.20 | 50.00 |
| 6/2/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 1.60 | 400.00 |
| 6/3/22 | J. Fieweger | Review briefing on motion to compel | 0.40 | 118.00 |
| 6/14/22 | J. Fieweger | Review materials regarding motion to compel | 0.50 | 147.50 |
| 6/16/22 | B. Siebken | Prepare for and attend deposition of defendant Varga; ████████████████████████████ ████████████████████████████ ████████████████████. | 4.20 | 1,050.00 |
| 6/16/22 | J. Fieweger | Review materials ████████████████████ | 1.00 | 295.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1976511
211609-0015
July 19, 2022
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | █████████████████████ | | |
| 6/21/22 | B. Siebken | Prepare for and attend deposition of defendant Franko; ███████████████ ████████████. | 1.80 | 450.00 |
| 6/22/22 | B. Siebken | Prepare for and attend deposition of defendant officer Bartik; █████████████████. | 4.10 | 1,025.00 |
| 6/27/22 | J. Fieweger | Review Shaw transcript. | 1.50 | 442.50 |
| 6/28/22 | J. Fieweger | Continued review of Shaw transcript | 1.70 | 501.50 |
| 6/28/22 | J. Fieweger | Review ERI transcripts in relation to purported request for attorney | 0.70 | 206.50 |
| **Total Hours and Services** | | | **19.40** | **$5,111.00** |

| | |
|---|---|
| Total Services | $5,111.00 |
| **Total Due This Invoice** | **$5,111.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 6/17/22 | 01-1967742 | $3,208.50 | $0.00 | $3,208.50 |
| 7/19/22 | 01-1976511 | $5,111.00 | $0.00 | $5,111.00 |
| Outstanding Due | | | | **$8,319.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 5,111.00 | 3,208.50 | 0.00 | 0.00 | 0.00 |

---

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1976511
211609-0015
July 19, 2022
Page 3 of 3



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | August 21, 2022 |
| Invoice No: | 01-1984988 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through July 31, 2022, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 7/5/22 | J. Fieweger | Review FRCL file from client and CR files produced in case. | 1.20 | 354.00 |
| 7/14/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 2.80 | 700.00 |
| 7/18/22 | B. Siebken | Prepare for and attend deposition of defendant officer. | 4.70 | 1,175.00 |
| **Total Hours and Services** | | | **8.70** | **$2,229.00** |

| | |
|---|---|
| Total Services | $2,229.00 |
| **Total Due This Invoice** | **$2,229.00** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 7/19/22 | 01-1976511 | $5,111.00 | $0.00 | $5,111.00 |
| 8/21/22 | 01-1984988 | $2,229.00 | $0.00 | $2,229.00 |
| Outstanding Due | | | | **$7,340.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1984988
211609-0015
August 21, 2022
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 2,229.00 | 5,111.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | September 18, 2022 |
| Invoice No: | 01-1990701 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through August 31, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 8/2/22 | B. Siebken | Prepare for and attend deposition of Marisol Caldero, who failed to appear. | 0.40 | 100.00 |
| 8/3/22 | J. Fieweger | Email correspondence and telephone conference with B. Siebken ███████████ | 0.50 | 147.50 |
| 8/3/22 | B. Siebken | Prepare for and attend deposition of defendant officer James Breen; ███████ | 4.80 | 1,200.00 |
| 8/4/22 | J. Fieweger | Telephone conference with J. Felker and B. Siebken ████████ | 0.50 | 147.50 |
| 8/8/22 | J. Fieweger | Telephone conference with co-defense counsel ██ ███████ | 0.50 | 147.50 |
| 8/12/22 | B. Siebken | Attend deposition of defendant officer Leonard Rolston. | 2.40 | 600.00 |
| 8/26/22 | B. Siebken | Prepare for and attend deposition of defendant McRay Judge. | 3.50 | 875.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1990701
211609-0015
September 18, 2022
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 8/31/22 | J. Fieweger | Review supplemental discovery requests | 0.30 | 88.50 |
| **Total Hours and Services** | | | **12.90** | **$3,306.00** |

| | | |
|---|---|---|
| Total Services | | $3,306.00 |
| **Total Due This Invoice** | | **$3,306.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 7/19/22 | 01-1976511 | $5,111.00 | $0.00 | $5,111.00 |
| 8/21/22 | 01-1984988 | $2,229.00 | $0.00 | $2,229.00 |
| 9/18/22 | 01-1990701 | $3,306.00 | $0.00 | $3,306.00 |
| Outstanding Due | | | | **$10,646.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 5,535.00 | 0.00 | 5,111.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner
different from the payment method that you usually use, for example, to an unfamiliar wire
account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich
LLP contact to verbally confirm instructions before initiating a payment.



<table>
<tr><td></td><td>Michael Best & Friedrich LLP</td></tr>
</table>

Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | October 17, 2022 |
| Invoice No: | 01-1998048 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through September 30, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 7/13/22 | B. Siebken | Correspond with opposing counsel ▮▮▮ ▮▮▮▮ | 0.90 | 225.00 |
| 9/1/22 | B. Siebken | Prepare for and attend deposition of medical examiner. | 0.70 | 175.00 |
| 9/1/22 | J. Fieweger | Review supplemental production requests ▮▮ ▮▮▮▮▮ . | 0.30 | 88.50 |
| 9/6/22 | J. Fieweger | Review Shaw trascript | 1.60 | 472.00 |
| 9/19/22 | J. Fieweger | Email correspondence with B. Siebken ▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮ | 0.40 | 118.00 |
| 9/20/22 | B. Siebken | Prepare for and attend deposition of plaintiff. | 8.10 | 2,025.00 |
| 9/26/22 | J. Fieweger | Review and revise responses to supplemental discovery and email correspondence with B. Siebken regarding same. | 0.40 | 118.00 |
| 9/26/22 | B. Siebken | Draft and revise written discovery responses; | 0.70 | 175.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-1998048
211609-0015
October 17, 2022
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| | | review documents related to same; draft correspondence to J. Felker and C. Wallace regarding same. | | |
| 9/26/22 | B. Siebken | Confer with officers' counsel regarding status hearing, depositions, and close of discovery. | 0.20 | 50.00 |
| 9/27/22 | B. Siebken | Analyze and draft suggested approach in response to plaintiff's request for discovery extension and additional discovery remaining; correspond with counsel regarding same; prepare for and attend status hearing. | 0.80 | 200.00 |
| 9/30/22 | B. Siebken | Finalize and serve written discovery responses; correspond with officers' counsel regarding same. | 0.30 | 75.00 |
| **Total Hours and Services** | | | **14.40** | **$3,721.50** |

| | |
|---|---|
| Total Services | $3,721.50 |
| **Total Due This Invoice** | **$3,721.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 7/19/22 | 01-1976511 | $5,111.00 | $0.00 | $5,111.00 |
| 8/21/22 | 01-1984988 | $2,229.00 | $0.00 | $2,229.00 |
| 9/18/22 | 01-1990701 | $3,306.00 | $0.00 | $3,306.00 |
| 10/17/22 | 01-1998048 | $3,721.50 | $0.00 | $3,721.50 |
| Outstanding Due | | | | $14,367.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 7,027.50 | 2,229.00 | 5,111.00 | 0.00 | 0.00 |

---

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| Invoice Date | November 18, 2022 |
|---|---|
| Invoice No: | 01-2007773 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through October 31, 2022, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 10/31/22 | B. Siebken | Prepare for and attend deposition of third party Michael Clancy. | 1.40 | 350.00 |
| **Total Hours and Services** | | | **1.40** | **$350.00** |

| | |
|---|---|
| Total Services | $350.00 |
| **Total Due This Invoice** | **$350.00** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 9/18/22 | 01-1990701 | $3,306.00 | $0.00 | $3,306.00 |
| 10/17/22 | 01-1998048 | $3,721.50 | $0.00 | $3,721.50 |
| 11/18/22 | 01-2007773 | $350.00 | $0.00 | $350.00 |
| Outstanding Due | | | | **$7,377.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2007773
211609-0015
November 18, 2022
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 350.00 | 3,721.50 | 3,306.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | December 16, 2022 |
| Invoice No: | 01-2012510 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through November 30, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 11/11/22 | C. Isaac | Attend deposition of Nancy Nazarian. | 2.20 | 550.00 |
| 11/17/22 | M. Bess | Review and analyze deposition transcript of Andrew Varga | 1.50 | 442.50 |
| 11/21/22 | B. Siebken | Prepare for and attend deposition of third-party witness R. Hobbs. | 1.50 | 375.00 |
| 11/21/22 | B. Siebken | Prepare for and attend deposition of third-party witness R. Hobbs. | 0.60 | 150.00 |
| 11/28/22 | J. Fieweger | Review Judge transcript | 1.60 | 472.00 |
| 11/28/22 | B. Siebken | Investigate and prepare supplemental discovery responses; ████████████████ ████. | 0.60 | 150.00 |
| 11/29/22 | B. Siebken | Prepare for and attend deposition of Elliot Zinger. | 1.70 | 425.00 |
| 11/30/22 | J. Fieweger | Review Cladero transcript | 2.00 | 590.00 |
| 11/30/22 | B. Siebken | Prepare and appear for deposition of Johnitta Griffin ("Precious"). | 1.80 | 450.00 |
| **Total Hours and Services** | | | **13.50** | **$3,604.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2012510
211609-0015
December 16, 2022
Page 2 of 2

| | |
|---|---:|
| Total Services | $3,604.50 |
| **Total Due This Invoice** | **$3,604.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---:|---:|---:|
| 9/18/22 | 01-1990701 | $3,306.00 | $0.00 | $3,306.00 |
| 10/17/22 | 01-1998048 | $3,721.50 | $0.00 | $3,721.50 |
| 11/18/22 | 01-2007773 | $350.00 | $0.00 | $350.00 |
| 12/16/22 | 01-2012510 | $3,604.50 | $0.00 | $3,604.50 |
| Outstanding Due | | | | **$10,982.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---:|---:|---:|---:|---:|
| 3,954.50 | 3,721.50 | 3,306.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner
different from the payment method that you usually use, for example, to an unfamiliar wire
account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich
LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | January 20, 2023 |
| Invoice No: | 01-2019953 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through December 31, 2022, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 12/5/22 | J. Fieweger | Email correspondence with team members ███████ | 0.20 | 59.00 |
| 12/6/22 | C. Isaac | Attend continued deposition of J. Rubsenstein. | 1.80 | 450.00 |
| 12/12/22 | M. Bess | Participate in conference call with NK team █████ ████████████████████ ██████████ | 0.30 | 88.50 |
| 12/12/22 | J. Fieweger | Telephone conference with co-defense counsel ████████ | 0.30 | 88.50 |
| 12/14/22 | M. Bess | Draft and revise response to Plaintiff's' RFA's and interrogatories | 1.20 | 354.00 |
| 12/21/22 | J. Fieweger | Review Varga deposition | 1.60 | 472.00 |
| **Total Hours and Services** | | | **5.40** | **$1,512.00** |

Total Services $1,512.00

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2019953
211609-0015
January 20, 2023
Page 2 of 2

**Total Due This Invoice** $1,512.00

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 12/16/22 | 01-2012510 | $3,604.50 | $0.00 | $3,604.50 |
| 1/20/23 | 01-2019953 | $1,512.00 | $0.00 | $1,512.00 |
| Outstanding Due | | | | $5,116.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,512.00 | 3,604.50 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | February 28, 2023 |
| Invoice No: | 01-2030298 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through January 31, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 1/3/23 | J. Fieweger | Email correspondence with S. Nathan ███████ | 0.20 | 59.00 |
| 1/13/23 | J. Fieweger | Review Shaw deposition | 0.60 | 177.00 |
| 1/20/23 | J. Fieweger | Email correspondence with co-counsel r███████ ██████████████ | 0.20 | 59.00 |
| 1/27/23 | J. Fieweger | Review records regarding DNA subpoena. | 0.60 | 177.00 |
| **Total Hours and Services** | | | **1.60** | **$472.00** |

| | | |
|---|---|---|
| Total Services | | $472.00 |
| **Total Due This Invoice** | | **$472.00** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 1/20/23 | 01-2019953 | $1,512.00 | $0.00 | $1,512.00 |
| 2/28/23 | 01-2030298 | $472.00 | $0.00 | $472.00 |
| Outstanding Due | | | | **$1,984.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2030298
211609-0015
February 28, 2023
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 472.00 | 1,512.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | March 19, 2023 |
| Invoice No: | 01-2033433 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through February 28, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 2/15/23 | J. Fieweger | Review Varga depostion | 1.00 | 295.00 |
| 2/17/23 | J. Fieweger | Review Shaw depsotion | 1.00 | 295.00 |
| **Total Hours and Services** | | | **2.00** | **$590.00** |

| | |
|---|---|
| Total Services | $590.00 |
| **Total Due This Invoice** | **$590.00** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 1/20/23 | 01-2019953 | $1,512.00 | $0.00 | $1,512.00 |
| 2/28/23 | 01-2030298 | $472.00 | $0.00 | $472.00 |
| 3/19/23 | 01-2033433 | $590.00 | $0.00 | $590.00 |
| Outstanding Due | | | | **$2,574.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2033433
211609-0015
March 19, 2023
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 1,062.00 | 1,512.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | April 26, 2023 |
| Invoice No: | 01-2043347 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through March 31, 2023, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 3/8/23 | J. Fieweger | Email correspondence with co-counsel ████ | 0.30 | 88.50 |
| 3/14/23 | J. Fieweger | Review record ███████████ ████████████ | 0.60 | 177.00 |
| 3/15/23 | J. Fieweger | Review draft motion ████████ ███████████ | 0.50 | 147.50 |
| 3/21/23 | J. Fieweger | Review disclosure and report from Dr. Leo | 1.00 | 295.00 |
| 3/24/23 | J. Fieweger | Review Cook County document production | 1.50 | 442.50 |
| **Total Hours and Services** | | | **3.90** | **$1,150.50** |

| | |
|---|---|
| Total Services | $1,150.50 |
| **Total Due This Invoice** | **$1,150.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2043347
211609-0015
April 26, 2023
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 2/28/23 | 01-2030298 | $472.00 | $0.00 | $472.00 |
| 3/19/23 | 01-2033433 | $590.00 | $0.00 | $590.00 |
| 4/26/23 | 01-2043347 | $1,150.50 | $0.00 | $1,150.50 |
| Outstanding Due | | | | $2,212.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,150.50 | 1,062.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 24, 2023 |
| Invoice No: | 01-2050783 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through April 30, 2023, as follows:

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 11/18/22 | Kentuckiana Reporters - Deposition transcript of Marisol Caldero | 162.42 |
| 12/1/22 | Kentuckiana Reporters - Deposition transcript of McRay Judge | 224.87 |
| **Total Disbursements** | | **$387.29** |

| | | |
|---|---|---|
| **Total Due This Invoice** | | **$387.29** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 2/28/23 | 01-2030298 | $472.00 | $0.00 | $472.00 |
| 3/19/23 | 01-2033433 | $590.00 | $0.00 | $590.00 |
| 4/26/23 | 01-2043347 | $1,150.50 | $0.00 | $1,150.50 |
| 5/24/23 | 01-2050783 | $387.29 | $0.00 | $387.29 |
| Outstanding Due | | | | **$2,599.79** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2050783
211609-0015
May 24, 2023
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 387.29 | 1,150.50 | 590.00 | 472.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 31, 2023 |
| Invoice No: | 01-2052853 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through April 30, 2023, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 4/5/23 | C. Isaac | Review Bub expert report. | 1.50 | 375.00 |
| 4/5/23 | J. Fieweger | Review docket and correspondence files ▮ | 1.00 | 295.00 |
| 4/6/23 | J. Fieweger | Email correspondence with C. Isaac regarding Bubb deposition. | 0.20 | 59.00 |
| 4/6/23 | C. Isaac | Prepare for and attend deposition of Robert Bub. | 6.00 | 1,500.00 |
| 4/7/23 | M. Bess | Review record and discovery materials and discuss bifurcation and summary judgment strategy with J. Fieweger and C. Isaac | 0.40 | 118.00 |
| 4/7/23 | J. Fieweger | Telephone conference with M. Bess and C. Isaac | 0.50 | 147.50 |
| 4/10/23 | J. Fieweger | Telephone conference with S. Nathan, A. Kamionski, N. Adeeyo | 0.50 | 147.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2052853
211609-0015
May 31, 2023
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 4/10/23 | C. Isaac | Review file ███████████████████ ████████████████████ ████████████████████ █████████████ | 2.90 | 725.00 |
| 4/11/23 | C. Isaac | Review and assess Leo expert report for deposition preparation purposes. | 1.20 | 300.00 |
| 4/17/23 | J. Fieweger | Review Sosnowski expert report and email correspondence with C. Isaac regarding same. | 0.70 | 206.50 |
| 4/17/23 | J. Fieweger | Review file ████████████████ ███████████ | 0.60 | 177.00 |
| 4/18/23 | M. Bess | Review record █████████████ | 0.50 | 147.50 |
| 4/18/23 | J. Fieweger | Prepare for and attend call with J. Felker, C. Wallace and M. Bess ████████████ ████████████████ | 0.60 | 177.00 |
| 4/20/23 | J. Fieweger | Telephone conference with R. Ainsworth ████████ ██████████. | 0.30 | 88.50 |
| 4/26/23 | J. Fieweger | Review and revise bifurcation motion and email correspondence with C. Isaac regarding same. | 0.60 | 177.00 |
| 4/26/23 | C. Isaac | Draft motion to bifurcate. | 0.50 | 125.00 |
| 4/27/23 | J. Fieweger | Review Mitchell deposition | 2.00 | 590.00 |
| 4/28/23 | J. Fieweger | Review Varga deposition | 1.20 | 354.00 |
| **Total Hours and Services** | | | **21.20** | **$5,709.50** |

| | | |
|---|---|---|
| Total Services | | $5,709.50 |
| **Total Due This Invoice** | | **$5,709.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 2/28/23 | 01-2030298 | $472.00 | $0.00 | $472.00 |
| 3/19/23 | 01-2033433 | $590.00 | $0.00 | $590.00 |
| 4/26/23 | 01-2043347 | $1,150.50 | $0.00 | $1,150.50 |
| 5/24/23 | 01-2050783 | $387.29 | $0.00 | $387.29 |
| 5/31/23 | 01-2052853 | $5,709.50 | $0.00 | $5,709.50 |
| Outstanding Due | | | | **$8,309.29** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2052853
211609-0015
May 31, 2023
Page 3 of 3

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 6,096.79 | 1,150.50 | 590.00 | 472.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | June 30, 2023 |
| Invoice No: | 01-2059426 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through May 31, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 5/2/23 | C. Isaac | Prepare for and attend expert deposition of D. Sosnowski. | 2.50 | 625.00 |
| 5/2/23 | C. Isaac | Review Leo expert report in preparation for deposition. | 0.60 | 150.00 |
| 5/2/23 | J. Fieweger | Review materials ███████████████████████ ████████████████████████ | 0.60 | 177.00 |
| 5/3/23 | C. Isaac | Prepare for and attend expert deposition of Dr. Leo. | 4.20 | 1,050.00 |
| 5/5/23 | J. Fieweger | Review and revise motion to bifurcate and email correspondence with C. Isaac regarding same | 0.50 | 147.50 |
| 5/5/23 | J. Fieweger | Review Sosnowski report | 0.50 | 147.50 |
| 5/8/23 | J. Fieweger | Review order granting motion to bifurcate and email to J. Felker and C. Wallace regarding same. | 0.20 | 59.00 |
| 5/9/23 | J. Fieweger | Review Lew deposition transcript | 1.60 | 472.00 |
| 5/11/23 | J. Fieweger | Review Shaw transcript | 1.00 | 295.00 |
| 5/17/23 | J. Heracklis | Preparing case transition documents. | 0.20 | 50.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2059426
211609-0015
June 30, 2023
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 5/18/23 | J. Fieweger | Review Bub and Sosnowski depostions | 2.30 | 678.50 |
| 5/24/23 | V. Mantilla | Attend FRCL training. | 0.30 | 75.00 |
| 5/31/23 | J. Fieweger | Review Leo report and transcript | 2.00 | 590.00 |
| **Total Hours and Services** | | | **16.50** | **$4,516.50** |

| | |
|---|---|
| **Total Services** | $4,516.50 |
| **Total Due This Invoice** | **$4,516.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 2/28/23 | 01-2030298 | $472.00 | $0.00 | $472.00 |
| 3/19/23 | 01-2033433 | $590.00 | $0.00 | $590.00 |
| 4/26/23 | 01-2043347 | $1,150.50 | $0.00 | $1,150.50 |
| 5/24/23 | 01-2050783 | $387.29 | $0.00 | $387.29 |
| 5/31/23 | 01-2052853 | $5,709.50 | $0.00 | $5,709.50 |
| 6/30/23 | 01-2059426 | $4,516.50 | $0.00 | $4,516.50 |
| Outstanding Due | | | | $12,825.79 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 10,226.00 | 387.29 | 1,150.50 | 590.00 | 472.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| Invoice Date | July 26, 2023 |
| Invoice No: | 01-2065274 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through June 30, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 6/1/23 | J. Fieweger | Review Palmatier expert report | 1.00 | 295.00 |
| 6/2/23 | J. Fieweger | Review record ███████████ ████████████████████ ████████████████ | 1.40 | 413.00 |
| 6/8/23 | J. Fieweger | Review Skora deposition | 2.00 | 590.00 |
| 6/9/23 | V. Mantilla | Search file for transcripts from depositions. | 0.20 | 50.00 |
| 6/9/23 | J. Fieweger | Review summary judgment motion filed by County defendants and email correspondence with C. Isaac and M. Bess regarding filing on behalf of City | 1.20 | 354.00 |
| 6/12/23 | J. Fieweger | Review Michael Kennedy transcript | 1.00 | 295.00 |
| 6/12/23 | J. Fieweger | Review complaint to determine counts ████████ █████████████████████ and email correspondence with C. Isaac and J. Felker regarding same. | 0.40 | 118.00 |
| 6/13/23 | C. Isaac | Draft motion for summary judgment and statement of facts. | 1.40 | 350.00 |
| 6/13/23 | J. Fieweger | Review and revise draft motion for summary judgment ad LR 56.1 statement and email | 0.60 | 177.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2065274
211609-0015
July 26, 2023
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | correspondence with C. isaac regarding same. | | |
| 6/16/23 | C. Isaac | Revise and finalize motion for summary judgment, motion to file instanter, and statement of facts. | 0.10 | 25.00 |
| 6/16/23 | C. Isaac | Draft motion for leave to file instanter. | 0.30 | 75.00 |
| 6/16/23 | C. Isaac | Review document production for Marinelli and Griffin grand jury testimony. | 0.50 | 125.00 |
| 6/19/23 | M. Bess | Review and analyze summary judgment filings | 2.10 | 619.50 |
| 6/21/23 | J. Fieweger | Review filed motions for summary judgment | 0.60 | 177.00 |
| 6/30/23 | J. Fieweger | Review responses to subpoenas from Godstein and Peollini | 0.50 | 147.50 |
| **Total Hours and Services** | | | **13.30** | **$3,811.00** |

| | | |
|---|---|---|
| Total Services | | $3,811.00 |
| **Total Due This Invoice** | | **$3,811.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 5/31/23 | 01-2052853 | $5,709.50 | $0.00 | $5,709.50 |
| 6/30/23 | 01-2059426 | $4,516.50 | $0.00 | $4,516.50 |
| 7/26/23 | 01-2065274 | $3,811.00 | $0.00 | $3,811.00 |
| Outstanding Due | | | | $14,037.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 8,327.50 | 5,709.50 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | August 28, 2023 |
| Invoice No: | 01-2072622 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through July 31, 2023, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 7/5/23 | J. Fieweger | Email correspondence with opposing counsel and with co-counsel ███████ | 0.30 | 88.50 |
| 7/12/23 | J. Fieweger | Review summary judgment motion and Rule 56.1 statement by individual officers. | 1.00 | 295.00 |
| 7/13/23 | J. Fieweger | Prepare for and attend Goldstein deposition | 4.00 | 1,180.00 |
| 7/26/23 | V. Mantilla | Add Expert documents to the file. | 0.10 | 25.00 |
| **Total Hours and Services** | | | **5.40** | **$1,588.50** |

| | |
|---|---|
| Total Services | $1,588.50 |
| **Total Due This Invoice** | **$1,588.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2072622
211609-0015
August 28, 2023
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 5/31/23 | 01-2052853 | $5,709.50 | $0.00 | $5,709.50 |
| 6/30/23 | 01-2059426 | $4,516.50 | $0.00 | $4,516.50 |
| 7/26/23 | 01-2065274 | $3,811.00 | $0.00 | $3,811.00 |
| 8/28/23 | 01-2072622 | $1,588.50 | $0.00 | $1,588.50 |
| Outstanding Due | | | | $15,625.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 1,588.50 | 8,327.50 | 5,709.50 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | September 30, 2023 |
| Invoice No: | 01-2081256 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through August 31, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 8/11/23 | J. Fieweger | Review correspondence from opposing counsel | 1.10 | 324.50 |
| | | ██████████████████████ | | |
| 8/31/23 | V. Mantilla | Review Plaintiff's produced subpoena responses. | 0.20 | 50.00 |
| **Total Hours and Services** | | | **1.30** | **$374.50** |

| | |
|---|---|
| Total Services | $374.50 |
| **Total Due This Invoice** | **$374.50** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 7/26/23 | 01-2065274 | $3,811.00 | $0.00 | $3,811.00 |
| 8/28/23 | 01-2072622 | $1,588.50 | $0.00 | $1,588.50 |
| 9/30/23 | 01-2081256 | $374.50 | $0.00 | $374.50 |
| Outstanding Due | | | | **$5,774.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2081256
211609-0015
September 30, 2023
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 374.50 | 1,588.50 | 3,811.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | October 26, 2023 |
| Invoice No: | 01-2087231 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through September 30, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 9/5/23 | J. Fieweger | Correspondence with opposing counsel regarding summary judgment briefing | 0.20 | 59.00 |
| **Total Hours and Services** | | | **0.20** | **$59.00** |

| | |
|---|---|
| Total Services | $59.00 |
| **Total Due This Invoice** | **$59.00** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 7/26/23 | 01-2065274 | $3,811.00 | $0.00 | $3,811.00 |
| 8/28/23 | 01-2072622 | $1,588.50 | $0.00 | $1,588.50 |
| 9/30/23 | 01-2081256 | $374.50 | $0.00 | $374.50 |
| 10/26/23 | 01-2087231 | $59.00 | $0.00 | $59.00 |
| Outstanding Due | | | | **$5,833.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2087231
211609-0015
October 26, 2023
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 433.50 | 1,588.50 | 0.00 | 3,811.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | November 26, 2023 |
| Invoice No: | 01-2093277 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through October 31, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 10/4/23 | J. Fieweger | Review response to motions for summary judgment. | 1.50 | 442.50 |
| 10/10/23 | J. Fieweger | Email correspondence with all counsel ███████ ██████████████████████████████████. | 0.30 | 88.50 |
| **Total Hours and Services** | | | **1.80** | **$531.00** |

| | |
|---|---|
| Total Services | $531.00 |
| **Total Due This Invoice** | **$531.00** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 10/26/23 | 01-2087231 | $59.00 | $0.00 | $59.00 |
| 11/26/23 | 01-2093277 | $531.00 | $0.00 | $531.00 |
| Outstanding Due | | | | **$590.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2093277
211609-0015
November 26, 2023
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 531.00 | 59.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | December 24, 2023 |
| Invoice No: | 01-2100636 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through November 30, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 11/20/23 | J. Fieweger | Review response to motion for summary judgment and email correspondence with co-defense counsel regarding same | 1.00 | 295.00 |
| 11/27/23 | J. Fieweger | Email correspondence with all counsel ██████ ████████████ | 0.20 | 59.00 |
| 11/27/23 | J. Fieweger | Further review of response to motions for summary judgment | 1.00 | 295.00 |
| **Total Hours and Services** | | | **2.20** | **$649.00** |

| | |
|---|---|
| Total Services | $649.00 |
| **Total Due This Invoice** | **$649.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2100636
211609-0015
December 24, 2023
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 10/26/23 | 01-2087231 | $59.00 | $0.00 | $59.00 |
| 11/26/23 | 01-2093277 | $531.00 | $0.00 | $531.00 |
| 12/24/23 | 01-2100636 | $649.00 | $0.00 | $649.00 |
| Outstanding Due | | | | $1,239.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,180.00 | 59.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | January 5, 2024 |
| Invoice No: | 01-2102921 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through December 31, 2023, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 12/1/23 | J. Fieweger | Review and analyze response to summary judgment motions and email correspondence with co-counsel regardng same | 2.00 | 590.00 |
| 12/19/23 | C. Isaac | Review and revise reply in support of motion for summary judgment. | 0.30 | 75.00 |
| 12/19/23 | J. Fieweger | Review and approve filing motion to withdraw for V. Mantilla. | 0.20 | 59.00 |
| 12/19/23 | J. Fieweger | Review and revise draft reply in support of MSJ and email correspondence with C. Isaac and A. Gandhi regarding same. | 0.30 | 88.50 |
| 12/21/23 | J. Fieweger | Review response to motion for summary judgment and co-defendants' draft reply. | 1.50 | 442.50 |
| 12/22/23 | C. Isaac | Revise reply brief in support of motion for summary judgment. | 0.30 | 75.00 |
| 12/22/23 | J. Fieweger | Review and revise draft reply in support of motion for summary judgment; email correspondence with C. Isaac, A. Gandhi and J. Felker regarding same | 1.00 | 295.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2102921
211609-0015
January 5, 2024
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| **Total Hours and Services** | | | **5.60** | **$1,625.00** |

| | | |
|---|---|---|
| Total Services | | $1,625.00 |
| **Total Due This Invoice** | | **$1,625.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 10/26/23 | 01-2087231 | $59.00 | $0.00 | $59.00 |
| 11/26/23 | 01-2093277 | $531.00 | $0.00 | $531.00 |
| 12/24/23 | 01-2100636 | $649.00 | $0.00 | $649.00 |
| 1/5/24 | 01-2102921 | $1,625.00 | $0.00 | $1,625.00 |
| Outstanding Due | | | | **$2,864.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 2,274.00 | 531.00 | 59.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | February 16, 2024 |
| Invoice No: | 01-2111569 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through January 31, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 1/22/24 | J. Fieweger | Review summary judgment briefing | 1.00 | 295.00 |
| **Total Hours and Services** | | | **1.00** | **$295.00** |

| | |
|---|---|
| Total Services | $295.00 |
| **Total Due This Invoice** | **$295.00** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 12/24/23 | 01-2100636 | $649.00 | $0.00 | $649.00 |
| 1/5/24 | 01-2102921 | $1,625.00 | $1,566.00 | $59.00 |
| 2/16/24 | 01-2111569 | $295.00 | $0.00 | $295.00 |
| Outstanding Due | | | | **$1,003.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2111569
211609-0015
February 16, 2024
Page 2 of 2

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 295.00 | 708.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | April 22, 2024 |
| Invoice No: | 01-2128476 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through March 31, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 3/22/24 | J. Fieweger | Review ruling on summary judgment motion and email correspondence with S. Nathan regarding same. | 1.00 | 295.00 |
| 3/26/24 | J. Fieweger | Review Marisol Caldero deposition | 2.00 | 590.00 |
| 3/27/24 | J. Fieweger | Review Hobbs transcript | 1.20 | 354.00 |
| 3/28/24 | C. Isaac | Strategize █████████████████ . | 0.20 | 50.00 |
| 3/28/24 | J. Fieweger | Call with co-counsel f██████████████ ████████████ | 0.20 | 59.00 |
| 3/28/24 | J. Fieweger | Review Henderson transcript | 1.00 | 295.00 |
| **Total Hours and Services** | | | **5.60** | **$1,643.00** |

| | |
|---|---|
| Total Services | $1,643.00 |
| **Total Due This Invoice** | **$1,643.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2128476
211609-0015
April 22, 2024
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 2/16/24 | 01-2111569 | $295.00 | $0.00 | $295.00 |
| 4/22/24 | 01-2128476 | $1,643.00 | $0.00 | $1,643.00 |
| Outstanding Due | | | | $1,938.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 1,643.00 | 0.00 | 295.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 23, 2024 |
| Invoice No: | 01-2135906 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through April 30, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 4/3/24 | J. Fieweger | Review Bartik transcript ███████ ██ | 1.50 | 442.50 |
| 4/4/24 | J. Fieweger | Review Breen transcript | 2.00 | 590.00 |
| 4/5/24 | J. Fieweger | Review Breen deposition transcript | 1.00 | 295.00 |
| 4/8/24 | J. Fieweger | Review Smith deposition | 1.20 | 354.00 |
| 4/9/24 | J. Fieweger | Review Girardi transcript | 1.30 | 383.50 |
| 4/10/24 | J. Fieweger | Review Girardi transcript | 1.50 | 442.50 |
| 4/11/24 | J. Fieweger | Review Girardi transcript | 1.00 | 295.00 |
| 4/12/24 | J. Fieweger | Review Caldero deposition | 1.00 | 295.00 |
| 4/15/24 | J. Fieweger | Review Franko transcript | 1.50 | 442.50 |
| 4/16/24 | J. Fieweger | Review Shaw depostion | 1.50 | 442.50 |
| 4/17/24 | C. Isaac | Travel to and attend status conference. | 0.50 | 125.00 |
| 4/18/24 | J. Fieweger | Review R. Smith deposition. | 1.00 | 295.00 |
| 4/19/24 | J. Fieweger | Review A. Shaw deposition | 1.00 | 295.00 |
| 4/23/24 | J. Fieweger | Review Aguirre depsotion | 1.20 | 354.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2135906
211609-0015
May 23, 2024
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 4/24/24 | J. Fieweger | Review Aguirre deposition. | 0.80 | 236.00 |
| 4/25/24 | J. Fieweger | Review Beaumont deposition. | 0.70 | 206.50 |
| 4/26/24 | J. Fieweger | Review Clancy deposition | 1.80 | 531.00 |
| 4/30/24 | J. Fieweger | Review Clancy deposition | 1.40 | 413.00 |
| **Total Hours and Services** | | | **21.90** | **$6,438.00** |

| | | |
|---|---|---|
| Total Services | | $6,438.00 |
| **Total Due This Invoice** | | **$6,438.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 2/16/24 | 01-2111569 | $295.00 | $0.00 | $295.00 |
| 4/22/24 | 01-2128476 | $1,643.00 | $0.00 | $1,643.00 |
| 5/23/24 | 01-2135906 | $6,438.00 | $0.00 | $6,438.00 |
| Outstanding Due | | | | **$8,376.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 6,438.00 | 1,643.00 | 0.00 | 295.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | June 23, 2024 |
| Invoice No: | 01-2142648 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through May 31, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 5/3/24 | J. Fieweger | Review Clancy deposition | 1.00 | 295.00 |
| 5/7/24 | J. Fieweger | Review Bartik deposition | 1.00 | 295.00 |
| 5/10/24 | J. Fieweger | Review Bartik transcript. | 1.00 | 295.00 |
| 5/13/24 | J. Fieweger | Review Beaumont deposition. | 0.70 | 206.50 |
| 5/14/24 | J. Fieweger | Review Aguirre deposition. | 0.60 | 177.00 |
| 5/20/24 | J. Fieweger | Review Bartik deposition | 0.70 | 206.50 |
| 5/21/24 | J. Fieweger | Review Breen deposition transcript. | 1.50 | 442.50 |
| 5/22/24 | J. Fieweger | Review Caldero deposition transcript. | 0.80 | 236.00 |
| 5/24/24 | J. Fieweger | Review Bartik depsotion | 0.50 | 147.50 |
| **Total Hours and Services** | | | **7.80** | **$2,301.00** |

| | |
|---|---|
| Total Services | $2,301.00 |
| **Total Due This Invoice** | **$2,301.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2142648
211609-0015
June 23, 2024
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 5/23/24 | 01-2135906 | $6,438.00 | $0.00 | $6,438.00 |
| 6/23/24 | 01-2142648 | $2,301.00 | $0.00 | $2,301.00 |
| Outstanding Due | | | | $8,739.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 2,301.00 | 6,438.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | July 12, 2024 |
| Invoice No: | 01-2147593 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through June 30, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 6/10/24 | J. Fieweger | Review record for preparation ███████████ | 1.00 | 295.00 |
| 6/13/24 | J. Fieweger | Work on review of record ████████████ | 1.50 | 442.50 |
| 6/20/24 | J. Fieweger | Work on reviewing record ████████████ | 1.00 | 295.00 |
| 6/25/24 | J. Fieweger | Review record and work ███████████ | 1.50 | 442.50 |
| 6/26/24 | J. Fieweger | Work on file review ██████████ | 1.50 | 442.50 |
| **Total Hours and Services** | | | **6.50** | **$1,917.50** |

| | |
|---|---|
| Total Services | $1,917.50 |
| **Total Due This Invoice** | **$1,917.50** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 5/23/24 | 01-2135906 | $6,438.00 | $0.00 | $6,438.00 |
| 6/23/24 | 01-2142648 | $2,301.00 | $0.00 | $2,301.00 |
| 7/12/24 | 01-2147593 | $1,917.50 | $0.00 | $1,917.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2147593
211609-0015
July 12, 2024
Page 2 of 2

| Outstanding Due | $10,656.50 |
|---|---|

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 4,218.50 | 6,438.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | August 19, 2024 |
| Invoice No: | 01-2156910 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through July 31, 2024, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 7/1/24 | J. Fieweger | Review record and work on case analysis memo | 1.50 | 442.50 |
| 7/2/24 | J. Fieweger | Work on file review and preparation of case analysis memo | 1.10 | 324.50 |
| 7/3/24 | J. Fieweger | Review file and work on case analysis | 2.00 | 590.00 |
| 7/9/24 | J. Fieweger | Review investigative file ███████ ██████ | 1.50 | 442.50 |
| 7/11/24 | J. Fieweger | Review investigative file and work on case assessment. | 2.00 | 590.00 |
| 7/12/24 | J. Fieweger | Work on case assessment | 0.40 | 118.00 |
| 7/15/24 | J. Fieweger | Review Fulton transcript | 1.50 | 442.50 |
| 7/16/24 | J. Fieweger | Review Fulton transcript | 1.20 | 354.00 |
| 7/17/24 | J. Fieweger | Review Zalatoris transcript and exhibits | 1.50 | 442.50 |
| 7/19/24 | J. Fieweger | Review Girardi transcript and work on case assessment. | 2.00 | 590.00 |
| 7/22/24 | J. Fieweger | Work on drafting case assessment and email correspondence with S. Nathan regarding same. | 1.00 | 295.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2156910
211609-0015
August 19, 2024
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 7/23/24 | J. Fieweger | Work on drafting case assessment. | 1.50 | 442.50 |
| 7/24/24 | J. Fieweger | Work on drafting case assessment. | 2.00 | 590.00 |
| 7/25/24 | J. Fieweger | Work on draft case assessment | 2.20 | 649.00 |
| 7/26/24 | J. Fieweger | Complete draft of case assessment and email correspondence to N. Adeeyo and S. Nathan regarding same. | 2.00 | 590.00 |
| 7/29/24 | J. Fieweger | Work on case assessment memo and email correspondence with S. Nathan regarding same. | 1.50 | 442.50 |
| **Total Hours and Services** | | | **24.90** | **$7,345.50** |

| | |
|---|---|
| Total Services | $7,345.50 |
| **Total Due This Invoice** | **$7,345.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 7/12/24 | 01-2147593 | $1,917.50 | $0.00 | $1,917.50 |
| 8/19/24 | 01-2156910 | $7,345.50 | $0.00 | $7,345.50 |
| Outstanding Due | | | | $9,263.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 7,345.50 | 1,917.50 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | September 15, 2024 |
| Invoice No: | 01-2162953 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through August 31, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 8/7/24 | J. Fieweger | Review updated case assessment and email correspondence with S. Nathan regarding same. | 0.50 | 147.50 |
| 8/8/24 | J. Fieweger | Telephone conference with counsel for officer defendants ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.50 | 147.50 |
| 8/27/24 | A. Gandhi | Prepare for hearing on motion to dismiss. | 0.30 | 75.00 |
| 8/28/24 | A. Gandhi | Commute to and from, and attend, hearing at Northern District of Illinois on motion to dismiss. | 2.50 | 625.00 |
| **Total Hours and Services** | | | **3.80** | **$995.00** |

| | |
|---|---|
| Total Services | $995.00 |
| **Total Due This Invoice** | **$995.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2162953
211609-0015
September 15, 2024
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 8/19/24 | 01-2156910 | $7,345.50 | $0.00 | $7,345.50 |
| 9/15/24 | 01-2162953 | $995.00 | $0.00 | $995.00 |
| Outstanding Due | | | | $8,340.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 8,340.50 | 0.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | November 19, 2024 |
| Invoice No: | 01-2180200 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through October 31, 2024, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 10/2/24 | J. Fieweger | Review case assessment memo and plaintiff's deposition | 1.60 | 472.00 |
| 10/4/24 | J. Fieweger | Review Pollini report and email correspondence with co-counsel regarding same. | 1.00 | 295.00 |
| 10/9/24 | J. Fieweger | Attend call with all counsel regarding trial scheduling | 0.50 | 147.50 |
| 10/21/24 | J. Fieweger | Review Shaw deposition | 1.50 | 442.50 |
| 10/22/24 | J. Fieweger | Review Bartik testimony | 1.50 | 442.50 |
| 10/31/24 | J. Fieweger | Review Nazarian transcript. | 1.10 | 324.50 |
| **Total Hours and Services** | | | **7.20** | **$2,124.00** |

| | |
|---|---|
| Total Services | $2,124.00 |
| **Total Due This Invoice** | **$2,124.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2180200
211609-0015
November 19, 2024
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 8/19/24 | 01-2156910 | $7,345.50 | $0.00 | $7,345.50 |
| 9/15/24 | 01-2162953 | $995.00 | $0.00 | $995.00 |
| 11/19/24 | 01-2180200 | $2,124.00 | $0.00 | $2,124.00 |
| Outstanding Due | | | | $10,464.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 2,124.00 | 0.00 | 995.00 | 7,345.50 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | December 13, 2024 |
| Invoice No: | 01-2185899 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through November 30, 2024, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 11/5/24 | C. Isaac | Review motion for settlement conference and resonse. | 0.10 | 25.00 |
| 11/5/24 | C. Isaac | Strategize ████████████████████ | 0.10 | 25.00 |
| 11/5/24 | J. Fieweger | Telephone conference with co-counsel regarding settlement strategy and upcoming trial preparation | 0.30 | 88.50 |
| 11/6/24 | C. Isaac | Travel to and attend court for hearing on motion to set settlement conference. | 0.80 | 200.00 |
| 11/12/24 | J. Fieweger | Review transcripts ██████████████████████ | 1.80 | 531.00 |
| 11/14/24 | J. Fieweger | Review transcripts ████████████ | 1.00 | 295.00 |
| 11/21/24 | J. Fieweger | Review and revise draft PTO materials | 1.00 | 295.00 |
| **Total Hours and Services** | | | **5.10** | **$1,459.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2185899
211609-0015
December 13, 2024
Page 2 of 2

| | | |
|---|---|---:|
| Total Services | | $1,459.50 |
| **Total Due This Invoice** | | **$1,459.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---:|---:|---:|
| 11/19/24 | 01-2180200 | $2,124.00 | $0.00 | $2,124.00 |
| 12/13/24 | 01-2185899 | $1,459.50 | $0.00 | $1,459.50 |
| Outstanding Due | | | | **$3,583.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---:|---:|---:|---:|---:|
| 3,583.50 | 0.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | January 7, 2025 |
| Invoice No: | 01-2190471 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through December 31, 2024, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 12/3/24 | J. Fieweger | Prepare for and attend settlement conference. | 2.00 | 590.00 |
| 12/4/24 | J. Fieweger | Review draft PTO materials and email correspondence to S. Nathan regarding same. | 1.00 | 295.00 |
| 12/6/24 | J. Fieweger | Telephone conference with J. Felker and S. Nathan ▮▮▮▮▮▮▮▮▮ | 0.30 | 88.50 |
| 12/9/24 | J. Fieweger | Telephone conference with J. Felker and S. Nathan ▮▮▮▮▮▮▮▮▮ | 0.30 | 88.50 |
| 12/10/24 | J. Fieweger | Telephone conference with J. Loevy ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 | 88.50 |
| 12/11/24 | J. Fieweger | Telephone conference with J. Felker, S. Nathan and A. Kamionski ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ | 1.00 | 295.00 |
| 12/12/24 | J. Fieweger | Review draft motions in limine and email correspondence to N. Adeyo | 1.00 | 295.00 |
| 12/17/24 | J. Fieweger | Review summary judgment briefing and rulings to identify primary trial issues. | 1.50 | 442.50 |
| 12/20/24 | J. Fieweger | Review plaintiff's transcripts | 1.50 | 442.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2190471
211609-0015
January 7, 2025
Page 2 of 2

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| **Total Hours and Services** | | | **8.90** | **$2,625.50** |

| | | |
|---|---|---|
| Total Services | | $2,625.50 |
| **Total Due This Invoice** | | **$2,625.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 11/19/24 | 01-2180200 | $2,124.00 | $0.00 | $2,124.00 |
| 12/13/24 | 01-2185899 | $1,459.50 | $0.00 | $1,459.50 |
| 1/7/25 | 01-2190471 | $2,625.50 | $0.00 | $2,625.50 |
| Outstanding Due | | | | **$6,209.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 4,085.00 | 2,124.00 | 0.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | February 27, 2025 |
| Invoice No: | 01-2203149 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through January 31, 2025, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 1/2/25 | J. Fieweger | Telephone conference with J. Felker, C. Wallace, and S. Nathan ██████████ ████████ . | 1.50 | 442.50 |
| 1/3/25 | J. Fieweger | Review plaintiffs and defendants motions in limine | 1.20 | 354.00 |
| 1/6/25 | J. Fieweger | Email correspondence to opposing counsel ██████████████; review pretrial motions. | 1.00 | 295.00 |
| 1/7/25 | J. Fieweger | Telephone conference ████████ ██████ | 1.00 | 295.00 |
| 1/7/25 | J. Fieweger | Telephone conference with J. Loevy ██████ ██████████ | 0.20 | 59.00 |
| 1/7/25 | C. Isaac | Review summary judgment order and pretrial materials. | 2.40 | 600.00 |
| 1/8/25 | J. Fieweger | Review Daubert motions | 0.60 | 177.00 |
| 1/9/25 | J. Fieweger | Review pretrial motions | 1.40 | 413.00 |
| 1/10/25 | J. Fieweger | Review transcripts of defendant officers. | 1.50 | 442.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2203149
211609-0015
February 27, 2025
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 1/13/25 | J. Fieweger | Review defendant transcripts. | 2.20 | 649.00 |
| 1/14/25 | J. Fieweger | Review pretrial filings and defendant transcripts | 2.00 | 590.00 |
| 1/15/25 | J. Fieweger | Review records from post conviction proceedings and COI. | 2.00 | 590.00 |
| 1/16/25 | L. Brueggeman | Review of documents and prepare updates to discovery log. | 0.20 | 23.00 |
| 1/16/25 | J. Fieweger | Review criminal trial transcripts and records | 2.60 | 767.00 |
| 1/17/25 | J. Fieweger | Review records from underlying proceedings. | 2.00 | 590.00 |
| 1/20/25 | J. Fieweger | Review defendants transcripts | 1.80 | 531.00 |
| 1/21/25 | J. Fieweger | Review defendants transcritps | 1.80 | 531.00 |
| 1/22/25 | J. Fieweger | Review Shaw and Griffin transcripts | 3.00 | 885.00 |
| 1/23/25 | J. Fieweger | Telephone conference with S. Nathan and A. Kamionski ███████████████ ███████████████████. | 3.50 | 1,032.50 |
| 1/23/25 | C. Isaac | Discuss opening statement with J. Fieweger. | 0.20 | 50.00 |
| 1/24/25 | J. Fieweger | Review Duabert briefing; review depsotion transcripts. | 3.00 | 885.00 |
| 1/25/25 | J. Fieweger | Telephone conference with client ██████ ██████████. | 0.20 | 59.00 |
| 1/27/25 | C. Isaac | Review export reports and case analysis; search through exhibits for case report and supplemental report. | 1.50 | 375.00 |
| 1/27/25 | J. Fieweger | Email correspondence with C. Isaac ███████ ███████████. | 1.70 | 501.50 |
| 1/28/25 | J. Fieweger | Prepare for pretrial conference and review plaintiff's transcritps | 3.50 | 1,032.50 |
| 1/28/25 | C. Isaac | Prepare summary of investigation for opening. | 2.10 | 525.00 |
| 1/29/25 | J. Fieweger | Prepare for and attend pretrial conference. | 2.50 | 737.50 |
| 1/30/25 | J. Fieweger | Telephone conferences with J. Loevy ████ ████████████████████. | 3.50 | 1,032.50 |
| 1/31/25 | J. Fieweger | Prepare ████████████ and email correspondence to co-counsel regarding same; ████████████████. | 3.00 | 885.00 |
| **Total Hours and Services** | | | **53.10** | **$15,349.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2203149
211609-0015
February 27, 2025
Page 3 of 3

| | |
|---|---|
| Total Services | $15,349.50 |
| **Total Due This Invoice** | **$15,349.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 12/13/24 | 01-2185899 | $1,459.50 | $1,259.50 | $200.00 |
| 2/27/25 | 01-2203149 | $15,349.50 | $0.00 | $15,349.50 |
| Outstanding Due | | | | **$15,549.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 15,349.50 | 0.00 | 200.00 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| Invoice Date | March 27, 2025 |
|---|---|
| Invoice No: | 01-2210536 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through February 28, 2025, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 2/3/25 | J. Fieweger | Review jury questionnaire from court; review records and work on Mitchell cross examination. | 2.60 | 767.00 |
| 2/4/25 | J. Fieweger | Review criminal trial transcript and other records to prepare for trial | 3.50 | 1,032.50 |
| 2/5/25 | J. Fieweger | Work on opening statement and cross examination outlines; attend moot court for opening statement. | 3.20 | 944.00 |
| 2/6/25 | J. Fieweger | Email correspondence with defense team and with opposing counsel ████████████████████ ████████████████████████ | 3.50 | 1,032.50 |
| 2/7/25 | J. Fieweger | Correspondence with defense team and opposing counsel ████████████████████ ████████████████ | 3.60 | 1,062.00 |
| 2/8/25 | J. Fieweger | Review records from suppression hearings and work on examination outlines. | 2.50 | 737.50 |
| 2/8/25 | M. Bess | Draft opposition to potential motion to compel production of original investigation files, ████████ ████████████████ | 0.80 | 236.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2210536
211609-0015
March 27, 2025
Page 2 of 4

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | ▮▮▮▮▮▮▮▮▮ | | |
| 2/9/25 | J. Fieweger | Review and revise opposition to production or original investigative file and worm on examination oultines | 2.00 | 590.00 |
| 2/9/25 | M. Bess | Draft opposition to potential motion to compel production of original investigation ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 1.80 | 531.00 |
| 2/10/25 | M. Bess | Revise and analyze plaintiff's motion to bar reference to Plaintiffs' invocation of 5th Amendment rights and court's opinion barring Goldstein | 0.30 | 88.50 |
| 2/10/25 | M. Bess | Revise and finalize opposition to potential motion to compel production of original investigation files, ▮▮▮▮ | 0.60 | 177.00 |
| 2/10/25 | J. Fieweger | Prepare for and attend trial; participate in jury selection and opening statements. | 4.70 | 1,386.50 |
| 2/11/25 | M. Bess | Review and analyze day 1 trial transcript, defendants' motion to enforce motions in limine rulings, response to motion to bar references to plaintiffs' decision to not testify in prior civil suit, | 1.70 | 501.50 |
| 2/11/25 | C. Isaac | Conduct legal research ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. | 1.40 | 350.00 |
| 2/11/25 | L. Brueggeman | Compile requested documents for Mitchell cross examination. | 0.50 | 57.50 |
| 2/11/25 | J. Fieweger | Prepare for and attend trial, ▮▮▮▮▮▮ ▮▮▮▮ | 4.50 | 1,327.50 |
| 2/12/25 | M. Bess | Review and analyze day 2 trial transcript and plaintiffs' motion to bar trial exhibit | 2.10 | 619.50 |
| 2/12/25 | J. Fieweger | Prepare for and attend trial | 4.50 | 1,327.50 |
| 2/13/25 | M. Bess | Review and analyze day 2 trial transcript for testimony pertaining to recording confessions and send testimony to trial team | 0.30 | 88.50 |
| 2/13/25 | M. Bess | Review and analyze day 3 trial transcript | 1.80 | 531.00 |
| 2/13/25 | J. Fieweger | Prepare for and attend continued jury trial. | 4.30 | 1,268.50 |
| 2/14/25 | J. Fieweger | Telephone conference with trial team, J. Felker and C. Wallace ▮▮▮▮▮▮▮ ▮▮▮▮▮. | 3.00 | 885.00 |
| 2/14/25 | M. Bess | Review and analyze day 4 trial transcript | 1.70 | 501.50 |
| 2/15/25 | J. Fieweger | Telephone conference and email correspondence with J. Felker ▮▮▮▮▮ ▮▮▮ | 0.30 | 88.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2210536
211609-0015
March 27, 2025
Page 3 of 4

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 2/17/25 | J. Fieweger | Prepare for continued trial, ██████████ ██████████ | 4.00 | 1,180.00 |
| 2/18/25 | M. Bess | Review and analyze day 4 motion to bar past confession evidence, motion for mistrial, and response to motion to bar video of mitchell's confession | 0.40 | 118.00 |
| 2/18/25 | J. Fieweger | Attend trial and telephone conference with trial team and client ██████████ | 4.70 | 1,386.50 |
| 2/19/25 | M. Bess | Review and analyze day 5 trial transcript | 1.80 | 531.00 |
| 2/19/25 | J. Fieweger | Prepare for and attend trial | 4.60 | 1,357.00 |
| 2/20/25 | M. Bess | Review and analyze day 6 trial transcript | 1.90 | 560.50 |
| 2/20/25 | J. Fieweger | Prepare for and attend trial. | 4.50 | 1,327.50 |
| 2/21/25 | J. Fieweger | Telephone conference with client and trial team; ██████████ | 3.40 | 1,003.00 |
| 2/21/25 | M. Bess | Review and analyze day 7 trial transcript | 1.80 | 531.00 |
| 2/24/25 | J. Fieweger | Attend trial and conference call with client team ██████████ | 5.00 | 1,475.00 |
| 2/25/25 | M. Bess | Review and analyze day 8 trial transcript | 1.90 | 560.50 |
| 2/25/25 | J. Fieweger | Attend trial | 4.50 | 1,327.50 |
| 2/26/25 | L. Brueggeman | Review electronic filings received from court for relevant information and deadlines. | 2.40 | 276.00 |
| 2/26/25 | M. Bess | Review and analyze day 9 trial transcript | 1.80 | 531.00 |
| 2/26/25 | J. Fieweger | Attend trial and prepare for examination of Andrew Varga | 5.50 | 1,622.50 |
| 2/27/25 | M. Bess | Review and analyze day 10 trial transcript | 1.90 | 560.50 |
| 2/27/25 | J. Fieweger | Attend trial and examine Andrew Varga | 4.50 | 1,327.50 |
| 2/28/25 | M. Bess | Review and analyze day 11 trial transcript | 1.70 | 501.50 |
| **Total Hours and Services** | | | **111.50** | **$32,307.50** |

| | | |
|---|---|---|
| Total Services | | $32,307.50 |
| **Total Due This Invoice** | | **$32,307.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2210536
211609-0015
March 27, 2025
Page 4 of 4

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 12/13/24 | 01-2185899 | $1,459.50 | $1,259.50 | $200.00 |
| 2/27/25 | 01-2203149 | $15,349.50 | $0.00 | $15,349.50 |
| 3/27/25 | 01-2210536 | $32,307.50 | $0.00 | $32,307.50 |
| Outstanding Due | | | | $47,857.00 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 47,657.00 | 0.00 | 0.00 | 200.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | April 28, 2025 |
| Invoice No: | 01-2218139 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through March 31, 2025, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 3/3/25 | J. Fieweger | Attend trial and conferences with trial team regarding various matters; telephone conference with trial team, J. Felker and C. Wallace ███████ ███████ | 4.50 | 1,327.50 |
| 3/4/25 | M. Bess | Review and analyze day 12 trial transcript | 1.90 | 560.50 |
| 3/4/25 | J. Fieweger | Attend trial and meet with S. Nathan and A. Kamionski ███████████████████ ███████ | 7.20 | 2,124.00 |
| 3/5/25 | J. Fieweger | Attend trial and meet with S. Nathan and A. Kamionski ███████████████ . | 7.50 | 2,212.50 |
| 3/5/25 | M. Bess | Review and analyze day 13 trial transcript | 1.80 | 531.00 |
| 3/6/25 | J. Fieweger | Attend trial and prepare for and deliver closing argument. | 4.00 | 1,180.00 |
| 3/6/25 | M. Bess | Review and analyze day 14 trial transcript | 1.90 | 560.50 |
| 3/7/25 | M. Bess | Follow up research and discussion with J. Fieweger regarding Rule 50 and 59 motions | 0.60 | 177.00 |
| 3/7/25 | M. Bess | Review and analyze day 15 trial transcript | 1.20 | 354.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2218139
211609-0015
April 28, 2025
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 3/10/25 | J. Fieweger | Email correspondence and telephone conference with co-counsel ███████████████ | 0.50 | 147.50 |
| 3/11/25 | J. Fieweger | Review trial transcripts ███████████████████████████████████ | 1.40 | 413.00 |
| 3/12/25 | J. Fieweger | Review transcripts ██████████████████████████ | 1.40 | 413.00 |
| 3/13/25 | J. Fieweger | Work on review of transcript ███████████ | 1.60 | 472.00 |
| 3/14/25 | L. Brueggeman | Review electronic filings received from court ███████████████ | 1.20 | 138.00 |
| 3/17/25 | J. Fieweger | Work on transcript review ███████████. | 1.60 | 472.00 |
| 3/18/25 | J. Fieweger | Review transcripts ████████████████████. | 2.00 | 590.00 |
| 3/20/25 | J. Fieweger | Review transcripts ███████████ | 1.40 | 413.00 |
| 3/21/25 | J. Fieweger | Review draft outline and transcripts ██████████████████████████ | 2.00 | 590.00 |
| 3/24/25 | J. Fieweger | Review transcripts ████████████████████████████ | 1.10 | 324.50 |
| 3/25/25 | J. Fieweger | Review trial transcripts ██████████ | 0.70 | 206.50 |
| 3/26/25 | J. Fieweger | Work on review of record ██████████ | 1.00 | 295.00 |
| 3/27/25 | J. Fieweger | Review Rule 59(a) motion and email correspondence to M. Bess regarding same. | 1.00 | 295.00 |
| 3/28/25 | J. Fieweger | Review draft Rule 59(a) motion and 59(e) outline and email correspondence with M. Bess regarding same. | 1.80 | 531.00 |
| 3/28/25 | M. Bess | Draft and revise brief in support of motion for new trial, ██████████████████ | 0.70 | 206.50 |
| 3/29/25 | M. Bess | Draft and revise brief in support of motion for new trial, ███████████████████ | 1.20 | 354.00 |
| 3/30/25 | M. Bess | Draft and revise brief in support of motion for new trial, ███████████████████ | 2.20 | 649.00 |
| 3/31/25 | J. Fieweger | Review and revise 59(a) motion and email correspondence with M. Bess regarding same | 1.60 | 472.00 |
| **Total Hours and Services** | | | **55.00** | **$16,009.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2218139
211609-0015
April 28, 2025
Page 3 of 3

| | | |
|---|---|---:|
| Total Services | | $16,009.00 |
| **Total Due This Invoice** | | **$16,009.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---:|---:|---:|
| 12/13/24 | 01-2185899 | $1,459.50 | $1,259.50 | $200.00 |
| 2/27/25 | 01-2203149 | $15,349.50 | $0.00 | $15,349.50 |
| 3/27/25 | 01-2210536 | $32,307.50 | $0.00 | $32,307.50 |
| 4/28/25 | 01-2218139 | $16,009.00 | $0.00 | $16,009.00 |
| Outstanding Due | | | | **$63,866.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---:|---:|---:|---:|---:|
| 16,009.00 | 47,657.00 | 0.00 | 0.00 | 200.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

Remittance for Payments:
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

Wire Transfer Instructions
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | April 28, 2025 |
| Invoice No: | 01-2218139 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through March 31, 2025, as follows:

| Date | Timekeeper | Narrative | Hours | Total |
|---|---|---|---|---|
| 3/3/25 | J. Fieweger | Attend trial and conferences with trial team ███████████████████ | 4.50 | 1,327.50 |
| 3/4/25 | M. Bess | Review and analyze day 12 trial transcript | 1.90 | 560.50 |
| 3/4/25 | J. Fieweger | Attend trial and meet with S. Nathan and A. Kamionski ████████████ | 7.20 | 2,124.00 |
| 3/5/25 | J. Fieweger | Attend trial and meet with S. Nathan and A. Kamionski ██████████ . | 7.50 | 2,212.50 |
| 3/5/25 | M. Bess | Review and analyze day 13 trial transcript | 1.80 | 531.00 |
| 3/6/25 | J. Fieweger | Attend trial and prepare for and deliver closing argument. | 4.00 | 1,180.00 |
| 3/6/25 | M. Bess | Review and analyze day 14 trial transcript | 1.90 | 560.50 |
| 3/7/25 | M. Bess | Follow up research and discussion with J. Fieweger regarding Rule 50 and 59 motions | 0.60 | 177.00 |
| 3/7/25 | M. Bess | Review and analyze day 15 trial transcript | 1.20 | 354.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2218139
211609-0015
April 28, 2025
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| 3/10/25 | J. Fieweger | Email correspondence and telephone conference with co-counsel ████████████████ | 0.50 | 147.50 |
| 3/11/25 | J. Fieweger | Review trial transcripts ███████████ ██████████████████ | 1.40 | 413.00 |
| 3/12/25 | J. Fieweger | Review transcripts ████████████ ████████████ | 1.40 | 413.00 |
| 3/13/25 | J. Fieweger | Work on review of transcript for ███████ ██ | 1.60 | 472.00 |
| 3/14/25 | L. Brueggeman | Review electronic filings received from court for relevant information and deadlines. | 1.20 | 138.00 |
| 3/17/25 | J. Fieweger | Work on transcript review ████████████. | 1.60 | 472.00 |
| 3/18/25 | J. Fieweger | Review transcripts ██████████████████ | 2.00 | 590.00 |
| 3/20/25 | J. Fieweger | Review transcripts █████████████████ | 1.40 | 413.00 |
| 3/21/25 | J. Fieweger | Review draft outline and transcripts ██████ ███████████████████ | 2.00 | 590.00 |
| 3/24/25 | J. Fieweger | Review transcripts █████████████████████ | 1.10 | 324.50 |
| 3/25/25 | J. Fieweger | Review trial transcripts █████████████ | 0.70 | 206.50 |
| 3/26/25 | J. Fieweger | Work on review of record ████████████ | 1.00 | 295.00 |
| 3/27/25 | J. Fieweger | Review Rule 59(a) motion and email correspondence to M. Bess regarding same. | 1.00 | 295.00 |
| 3/28/25 | J. Fieweger | Review draft Rule 59(a) motion and 59(e) outline and email correspondence with M. Bess regarding same. | 1.80 | 531.00 |
| 3/28/25 | M. Bess | Draft and revise brief in support of motion for new trial, ████████████████████████ | 0.70 | 206.50 |
| 3/29/25 | M. Bess | Draft and revise brief in support of motion for new trial, ████████████████████████ | 1.20 | 354.00 |
| 3/30/25 | M. Bess | Draft and revise brief in support of motion for new trial, ████████████████████████ | 2.20 | 649.00 |
| 3/31/25 | J. Fieweger | Review and revise 59(a) motion and email correspondence with M. Bess regarding same | 1.60 | 472.00 |
| **Total Hours and Services** | | | **55.00** | **$16,009.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2218139
211609-0015
April 28, 2025
Page 3 of 3

| | | |
|---|---|---:|
| Total Services | | $16,009.00 |
| **Total Due This Invoice** | | **$16,009.00** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---:|---:|---:|
| 12/13/24 | 01-2185899 | $1,459.50 | $1,259.50 | $200.00 |
| 2/27/25 | 01-2203149 | $15,349.50 | $0.00 | $15,349.50 |
| 3/27/25 | 01-2210536 | $32,307.50 | $0.00 | $32,307.50 |
| 4/28/25 | 01-2218139 | $16,009.00 | $0.00 | $16,009.00 |
| Outstanding Due | | | | **$63,866.00** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---:|---:|---:|---:|---:|
| 16,009.00 | 47,657.00 | 0.00 | 0.00 | 200.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone 312.222.0800
Fax 312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct: Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code: HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | May 23, 2025 |
| Invoice No: | 01-2224788 |
| | |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through April 30, 2025, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 4/1/25 | M. Bess | Draft and revise briefs in support of post-trial motions, ███████████ law and follow up correspondence | 3.20 | 944.00 |
| 4/1/25 | J. Fieweger | Work on reviewing record and post-trial motions; email correspondence with M. Bess regarding same. | 1.30 | 383.50 |
| 4/2/25 | M. Bess | Draft and revise briefs in support of post-trial motions, ███████████ | 3.80 | 1,121.00 |
| 4/3/25 | M. Bess | Draft and revise briefs in support of post-trial motions, ███████████ | 1.40 | 413.00 |
| 4/3/25 | J. Fieweger | Review and work on revisions to post-trial motions and email correspondence with M. Bess regarding same. | 1.60 | 472.00 |
| 4/4/25 | M. Bess | Draft and revise briefs in support of post-trial | 3.40 | 1,003.00 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2224788
211609-0015
May 23, 2025
Page 2 of 3

| Date | Timekeeper | Narrative | Hours | Total |
|------|-----------|-----------|-------|-------|
| | | motions, ███████████████████ ████████████ | | |
| 4/4/25 | J. Fieweger | Work on post-trial motions and email correspondence with M. Bess regarding same. | 1.00 | 295.00 |
| 4/7/25 | M. Bess | Draft and revise briefs in support of post-trial motions, █████████████ ██████████ | 3.60 | 1,062.00 |
| 4/7/25 | J. Fieweger | Review and revise post-trial motions and email correspondence with co-counsel regarding same. | 1.50 | 442.50 |
| 4/8/25 | J. Fieweger | Review and revise final drafts of post-trial motions and email correspondence with co-counsel regarding same. | 1.80 | 531.00 |
| 4/18/25 | L. Brueggeman | Review electronic filings received from court for relevant information and deadlines. | 0.50 | 57.50 |
| **Total Hours and Services** | | | **23.10** | **$6,724.50** |

| | |
|---|---|
| Total Services | $6,724.50 |
| **Total Due This Invoice** | **$6,724.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 2/27/25 | 01-2203149 | $15,349.50 | $0.00 | $15,349.50 |
| 3/27/25 | 01-2210536 | $32,307.50 | $0.00 | $32,307.50 |
| 4/28/25 | 01-2218139 | $16,009.00 | $0.00 | $16,009.00 |
| 5/23/25 | 01-2224788 | $6,724.50 | $0.00 | $6,724.50 |
| Outstanding Due | | | | $70,390.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 22,733.50 | 32,307.50 | 15,349.50 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2224788
211609-0015
May 23, 2025
Page 3 of 3



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| Invoice Date | June 24, 2025 |
|---|---|
| Invoice No: | 01-2231653 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through May 31, 2025, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 5/28/25 | J. Fieweger | Review response to motion for new trial and for remittitur | 2.50 | 737.50 |
| 5/29/25 | J. Fieweger | Review cases cited in plaintiff's response | 2.00 | 590.00 |
| 5/30/25 | J. Fieweger | Review response to new trial motion and email to co-counsel regarding same | 1.00 | 295.00 |
| **Total Hours and Services** | | | **5.50** | **$1,622.50** |

| Total Services | $1,622.50 |
|---|---|
| **Total Due This Invoice** | **$1,622.50** |

**Outstanding Invoices**

| <u>Date</u> | <u>Invoice</u> | <u>Total</u> | <u>Credit</u> | <u>Balance</u> |
|---|---|---|---|---|
| 2/27/25 | 01-2203149 | $15,349.50 | $0.00 | $15,349.50 |
| 3/27/25 | 01-2210536 | $32,307.50 | $0.00 | $32,307.50 |
| 4/28/25 | 01-2218139 | $16,009.00 | $0.00 | $16,009.00 |
| 5/23/25 | 01-2224788 | $6,724.50 | $0.00 | $6,724.50 |
| 6/24/25 | 01-2231653 | $1,622.50 | $0.00 | $1,622.50 |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2231653
211609-0015
June 24, 2025
Page 2 of 2

| Outstanding Due | $72,013.00 |
|---|---|

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 1,622.50 | 22,733.50 | 32,307.50 | 15,349.50 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | July 25, 2025 |
| Invoice No: | 01-2239919 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through June 30, 2025, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 6/4/25 | J. Fieweger | Review response in opposition to motion for new trial | 1.40 | 413.00 |
| 6/5/25 | J. Fieweger | Review opposition to motion for new trial | 1.00 | 295.00 |
| 6/6/25 | J. Fieweger | Review opposition to motion to amend judgment. | 2.00 | 590.00 |
| 6/9/25 | J. Fieweger | Analyze responses to post-trial motions and email correspondence with co-counsel regarding same. | 1.10 | 324.50 |
| 6/16/25 | J. Fieweger | Review Rule 59 motion and email correspondence with co-counsel regarding same | 2.00 | 590.00 |
| 6/17/25 | J. Fieweger | Review transcripts and motion to new trial and email to co-counsel regarding same. | 1.50 | 442.50 |
| 6/24/25 | J. Fieweger | Review and revise reply briefs and email correspondence with co-counsel regarding same. | 1.30 | 383.50 |
| 6/26/25 | J. Fieweger | Review motion to strike reply and supporting exibits | 0.50 | 147.50 |
| 6/30/25 | J. Fieweger | Review response to motion to strike and email to co-counsel regarding same | 0.50 | 147.50 |
| **Total Hours and Services** | | | **11.30** | **$3,333.50** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2239919
211609-0015
July 25, 2025
Page 2 of 2

| | |
|---|---|
| Total Services | $3,333.50 |
| **Total Due This Invoice** | **$3,333.50** |

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|---|---|---|---|---|
| 4/28/25 | 01-2218139 | $16,009.00 | $0.00 | $16,009.00 |
| 5/23/25 | 01-2224788 | $6,724.50 | $0.00 | $6,724.50 |
| 6/24/25 | 01-2231653 | $1,622.50 | $0.00 | $1,622.50 |
| 7/25/25 | 01-2239919 | $3,333.50 | $0.00 | $3,333.50 |
| Outstanding Due | | | | **$27,689.50** |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|---|---|---|---|---|
| 3,333.50 | 1,622.50 | 22,733.50 | 0.00 | 0.00 |

**CYBERSECURITY WARNING**
If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.



Michael Best & Friedrich LLP
Attorneys at Law
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
Phone  312.222.0800
Fax  312.222.0818
www.michaelbest.com

EIN 39-0934985

<u>Remittance for Payments:</u>
Michael Best & Friedrich LLP
PO Box 88462
Milwaukee, WI 53288-0462

<u>Wire Transfer Instructions</u>
Bank Name: BMO Harris Bank, N.A.
111 W. Monroe Street, Chicago, IL 60603
ABA Routing # 071000288
Name of Acct:  Michael Best & Friedrich LLP
Acct # 0024122010
SWIFT Code:  HATRUS44

City of Chicago
.
Chicago, IL 60602

| | |
|---|---|
| Invoice Date | August 14, 2025 |
| Invoice No: | 01-2244305 |
| Client/Matter | **211609-0015 Anthony Mitchell v. City of Chicago** |
| Client Reference No. | **20 C 3119** |

For professional services rendered through July 31, 2025, as follows:

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|---|
| 7/1/25 | J. Fieweger | Review and revise response to motion to strike and email correspondence with co-counsel regarding same | 1.00 | 295.00 |
| 7/9/25 | J. Fieweger | Email correspondence with J. Felker ███████ ████████████████████████ | 0.20 | 59.00 |
| 7/15/25 | J. Fieweger | Review materials ███████████████████████ ████████████████ | 1.00 | 295.00 |
| 7/18/25 | J. Fieweger | Correspondence ███████████████ | 0.40 | 118.00 |
| **Total Hours and Services** | | | **2.60** | **$767.00** |

| | |
|---|---|
| Total Services | $767.00 |
| **Total Due This Invoice** | **$767.00** |

Michael Best & Friedrich LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606

Invoice 01-2244305
211609-0015
August 14, 2025
Page 2 of 2

**Outstanding Invoices**

| Date | Invoice | Total | Credit | Balance |
|------|---------|-------|--------|---------|
| 4/28/25 | 01-2218139 | $16,009.00 | $0.00 | $16,009.00 |
| 5/23/25 | 01-2224788 | $6,724.50 | $0.00 | $6,724.50 |
| 6/24/25 | 01-2231653 | $1,622.50 | $0.00 | $1,622.50 |
| 7/25/25 | 01-2239919 | $3,333.50 | $0.00 | $3,333.50 |
| 8/14/25 | 01-2244305 | $767.00 | $0.00 | $767.00 |
| Outstanding Due | | | | $28,456.50 |

**Outstanding Invoice - Aging**

| 0-30 | 31-60 | 61-90 | 91-120 | 120+ |
|------|-------|-------|--------|------|
| 4,100.50 | 1,622.50 | 6,724.50 | 16,009.00 | 0.00 |

**CYBERSECURITY WARNING**

If you receive e-mail correspondence suggesting that you transfer funds in a manner different from the payment method that you usually use, for example, to an unfamiliar wire account or unfamiliar mailing address, please reach out to your Michael Best & Friedrich LLP contact to verbally confirm instructions before initiating a payment.