# EXHIBIT M

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN FULTON, | ) | |
| | ) | Case No. 20-cv-3118 |
| *Plaintiff*, | ) | |
| | ) | Hon. Joan H. Lefkow |
| *v.* | ) | District Judge |
| | ) | |
| ROBERT BARTIK, *et al*. | ) | Hon. Maria Valdez |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

---

| | | |
|---|---|---|
| ANTHONY MITCHELL, | ) | |
| | ) | Case No. 20-cv-3119 |
| *Plaintiff*, | ) | |
| | ) | Hon. Joan H. Lefkow |
| *v.* | ) | District Judge |
| | ) | |
| ROBERT BARTIK, *et al*. | ) | Hon. Maria Valdez |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

**DECLARATION OF ALYSSA MARTINEZ**
**IN SUPPORT OF PLAINTIFFS' FEE PETITION**

Pursuant to 28 U.S.C. § 1746, I, Alyssa Martinez, declare as follows:

1. I graduated from Stanford Law School in 2021 with a joint Juris Doctor and Master's degree in International Policy.

2. While at Stanford, I served as Lead Editor of the *Stanford Journal of International Law* and received multiple academic honors, including being named the 2021 Social Justice Student of the Year.

3. During law school, I engaged in human rights advocacy, representing individuals prosecuted under *lèse-majesté* laws around the world and drafting bench memoranda for judges

in El Salvador concerning international norms and domestic legal frameworks relevant to the prosecution of those responsible for the El Mozote Massacre.

4. I also held several leadership roles, including Senior Case Manager for the International Refugee Assistance Project, 3L Advisor to the Human Rights Law Association, and Board Member of the Public Interest Fellows.

5. For my capstone project, I led a team in developing a legal framework for the Organization of American States to assist South American countries in integrating Venezuelan refugees, including the creation of sustainable legal pathways for protection and status regularization.

6. After graduation, I joined the Social Justice Legal Foundation ("SJLF") in Los Angeles, where I practiced as a civil rights attorney for two years. At SJLF, I served as lead counsel in complex class actions challenging the use of toxic chemicals in immigration detention facilities, as well as in numerous Section 1983 lawsuits arising from police misconduct. My work included managing all phases of litigation, from case development and discovery to motion practice. As SJLF was a start-up non-profit, I also played a role in developing the organization's portfolio of Section 1983 cases and partnering with local organizations to co-counsel on existing cases.

7. In September 2023, I joined Loevy & Loevy, where I currently serve as a civil rights attorney.

8. Since joining Loevy & Loevy, I have acted as lead litigation counsel in dozens of civil rights matters under 42 U.S.C. § 1983. I have represented numerous wrongfully convicted individuals, as well as clients in other civil rights, prisoners' rights, and post-conviction cases.

9. My work has involved all aspects of litigation, including drafting complaints; conducting discovery; defending and taking fact, expert, and 30(b)(6) witness depositions; working with experts; litigating motions in court; briefing summary judgment; preparing and filing pre-trial motions; and serving on trial teams across the country.

10. I served as litigation and trial counsel in multiple cases resulting in seven-, eight-, and nine-figure settlements and verdicts for clients of Loevy & Loevy. Notable results include the following:

a. *Williams v. City of Chicago, et al.,* 21 C XXX (N.D. Ill. 2021), a wrongful conviction case that resulted in $7,500,000 settlement for the plaintiff;

b. *Amor v. Gomez*, 18 C 2523 (N.D. Ill. 2018), a wrongful conviction case that resulted in $22,500,000 jury verdict for the plaintiff;

c. *Beaman v. Freesmeyer*, 2014L0000051, a wrongful conviction case that resulted in $5,400,000 settlement for the plaintiff; and

d. *Fulton v. Bartik, et al.*, 20 C 3228 (N.D. Ill. 2020), wrongful conviction case that resulted in $120,000,000 jury verdict for the plaintiffs (and $15,000,000 settlement with Cook County).

11. In addition to trial-level work, I have briefed and argued appeals in civil rights cases, including matters that have resulted in favorable appellate rulings for plaintiffs and the development of important legal precedent. These include:

a. *Thompson v. Clark*, 142 S. Ct. 1332 (2022) (case concerning when a section 1983 claim for malicious prosecution is available), and

b. *Thompson & Cole v. Spitzer, et al.*, No. G060988, Super. Ct. No. 30-2021-01184633 (2021) (case concerning whether the mandatory collection of DNA for

misdemeanors in Orange County violates alleged misdemeanants' rights to privacy, counsel, and due process and violates the unconstitutional conditions doctrine).

12. I have also represented individuals in clemency proceedings, including *People v. Demetrius Johnson*, No. 06 CR 18368.

13. I was admitted to the bar of the State of California in January 2022. I have been an attorney in good standing and licensed to practice law since my original date of admission to the California bar in 2022. I am also admitted to the United States District Courts of the Central District of California, Northern District of Illinois, Eastern District of Michigan, Southern District of Ohio, and Eastern District of Wisconsin.

14. I am seeking an hourly rate of $581 per hour for the work performed in this case. This rate is commensurate with the billing rates of other litigators with a similar level of experience.

15. The billing records attached to this fee petition were compiled by me and reflect a fair and accurate account of the time I expended on this matter. The time entries are reasonable and reflect the work performed.

Pursuant to 28 U.S.C §1746, I declare under penalty of perjury, that the foregoing statements are true and correct.

/s/ Alyssa Martinez