# EXHIBIT N

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN FULTON,<br><br>*Plaintiff*,<br><br>*v.*<br><br>ROBERT BARTIK, *et al.*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-cv-3118<br><br>Hon. Joan H. Lefkow<br>District Judge<br><br>Hon. Maria Valdez<br>Magistrate Judge |

---

| | | |
|---|---|---|
| ANTHONY MITCHELL,<br><br>*Plaintiff*,<br><br>*v.*<br><br>ROBERT BARTIK, *et al.*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-cv-3119<br><br>[Consolidated with *Fulton v. Bartik* for pre-trial purposes] |

**DECLARATION OF ISAAC GREEN
IN SUPPORT OF PLAINTIFFS' FEE PETITION**

1. I am an attorney admitted to practice before this Court and am providing this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Expenses.

2. I am an associate at Loevy & Loevy. My primary role in this case consisted of drafting pre-trial motions and responses, presenting the case at trial, and handling post-trial briefing.

3. I am seeking an hourly rate of $581 for my time on this case. The spreadsheet being provided with this Declaration is an accurate description of the time for which I am seeking reimbursement in this case.

**Experience and Qualifications**

4. Below I am providing details about my qualifications and experience.

5. I graduated *magna cum laude* from Harvard Law School in 2022. I have been admitted to practice in Illinois, Colorado, and New Mexico (inactive).

6. Following law school, I clerked for the Honorable Alison J. Nathan of the United States Court of Appeals for the Second Circuit and the Honorable David J. Barron of the United States Court of Appeals for the First Circuit. These judges frequently have their clerks go on to clerk for the United States Supreme Court.

7. Since joining Loevy & Loevy, I have served in lead roles in numerous cases resulting in large settlements for clients in varied substantive areas of the law. Prior to this trial, I served in a key role on a small team preparing for another wrongful conviction trial in the Federal District Court for the District of Massachusetts, which settled on the eve of trial.

8. In the civil rights context, I have worked on pre-trial litigation, trials, and appeals in cases involving wrongful convictions, jail and prison injuries, denial of medical care, excessive use of force by state actors, and disability rights.

9. I also have substantial experience litigating complex class actions at Loevy & Loevy. For example, I am the attorney responsible for the day-to-day litigations of the firm's four lawsuits against DraftKings on behalf of a classes of consumers, one of which is in this District—*Beyer et al. v. DraftKings, Inc. et al.*, Case No. 25-cv-01336 (N.D. Ill.).

**Billing Rate**

10. Based on the experience and qualifications outlined above, an hourly rate of $581 would be appropriate compensation in this case.

11. Attorneys with my educational and professional background are routinely compensated at double this rate. My peers, with whom I clerked and who now bill hourly, bill out at a rate of $1,200 or more.

12. It is my opinion that the requested hourly rate is equivalent to the hourly rates for civil rights attorneys with similar qualifications and experience. In December 2022, a Denver-based Loevy mid-level associate, who was a 2019 law school graduate, was awarded fees based on an hourly rate of $375 in the case of *Epps v. City and County of Denver*, No. 1:20-cv-01878-RBJ, ECF 445 (D. Colo. Dec. 30, 2022).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 17, 2025 /s/ Isaac Green
Isaac Green