# EXHIBIT O

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN FULTON,<br><br>*Plaintiff*,<br><br>*v.*<br><br>ROBERT BARTIK, *et al.*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-cv-3118<br><br>Hon. Joan H. Lefkow<br>District Judge<br><br>Hon. Maria Valdez<br>Magistrate Judge |

---

| | | |
|---|---|---|
| ANTHONY MITCHELL,<br><br>*Plaintiff*,<br><br>*v.*<br><br>ROBERT BARTIK, *et al.*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-cv-3119<br><br>Hon. Joan H. Lefkow<br>District Judge<br><br>Hon. Maria Valdez<br>Magistrate Judge |

**DECLARATION OF FATIMA LADHA
IN SUPPORT OF PLAINTIFFS' FEE PETITION**

1. I am an attorney admitted to practice before this Court and am providing this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Expenses.

2. I was a Justice Fellow at Loevy & Loevy, where I worked on several civil rights matters. My primary role in this case consisted of preparing the case for trial and presenting the case at trial.

3. I am seeking an hourly rate of $473 for my time on this case. The spreadsheet being provided with this Declaration is an accurate description of the time for which I am seeking reimbursement in this case.

## Experience and Qualifications

4. Below I am providing details about my qualifications and experience.

5. I graduated from University of California, Berkeley School of Law in 2023. I am admitted to practice in California and in this court.

6. During law school, I was Editor-in Chief of the California Law Review, the flagship law review journal at my law school. I was also a member of Berkeley's Moot Court team, and received several accolades, including the Leadership Award, in that capacity.

7. Following law school, I clerked for the Honorable Richard Seebord of the United States District Court for the District of Northern California. I worked on several matters, including a trial.

8. I joined Loevy & Loevy following my clerkship.

9. Since joining Loevy & Loevy, I have served in roles in numerous cases.

10. In the civil rights context, I have worked on several wrongful conviction cases similar to John Fulton and Anthony Mitchell's cases, as well as jail and prison injuries, and disability rights, among others.

11. I also have substantial experience litigating complex class actions at Loevy & Loevy. For example, I served as counsel on *Goldbert v. Smith*, Case No. 23-cv-00300 (N.D. Ill.), a class action concerning the unlawful detention of juveniles, advanced against the Illinois Department of Children and Family Services.

## Billing Rate

1. During my clerkship and my time at Loevy & Loevy, I have gained a significant amount of civil rights experience, and trial experience, which is discussed above.

1. Based on the experience and qualifications outlined above, an hourly rate of $473 would be appropriate compensation in this case.

2. It is my opinion that the requested hourly rate is equivalent to the hourly rates for civil rights attorneys with similar qualifications and experience. In December 2022, a Denver-based Loevy mid-level associate, who was a 2019 law school graduate, was awarded fees based on an hourly rate of $375 in the case of *Epps v. City and County of Denver*, No. 1:20-cv-01878-RBJ, ECF 445 (D. Colo. Dec. 30, 2022). Chicago is a larger legal market than Denver.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 21, 2025 /s/ Fatima Ladha