**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| Anthony Mitchell, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 20 C 3119 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| | ) | |
| Robert Bartik, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The motion to amend judgment [607] is granted. Supplemental Judgment is entered against defendants, jointly and severally, in favor of Anthony Mitchell for his attorneys' fees in the amount of $2,083,885.50.

Date: 9/15/2026

Joan H Lefkow

U.S. District Judge Joan H. Lefkow