**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Anthony Mitchell

Plaintiff,

v.

Case No.: 1:20−cv−03119
Honorable Joan H. Lefkow

McRay Judge, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff's motion to vacate [610] is granted. The court entered the order without calling for a response. Plaintiff correctly points out that the order should have been entered as joint and several for the full fee award fees in each of the related cases. Plaintiff represents that the parties are in settlement discussions to resolve both fees and costs. As such, defendants' motion to amend [607] is reinstated but held in abeyance. Motion will be called for hearing on 10/14/2026 at 9:30 a.m. in person in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.