**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Anthony Mitchell
Plaintiff,
v.
McRay Judge, et al.
Defendant.

Case No.: 1:20−cv−03119
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. For the reasons stated on the record, plaintiffs' motion to amend judgment and reconsider fee apportionment [607] and plaintiffs' response to defendants' motion to strike [623] are placed under seal. Defendants' motion to strike [613] is denied as moot. Plaintiffs shall file a redacted version of their motion to amend judgment [607] before 10/21/2026. Defendants' motion to amend judgment under Rule 59(e) [607] is converted to a motion under Rule 54. Plaintiffs shall file any supplemental response not included in the redacted version of their motion to amend judgment [607] before 10/21/2026. Defendants shall file any reply before 10/28/2026. The motion shall be heard on 11/18/2026 at 9:30 a.m. in courtroom 2201. The parties are encouraged to continue efforts to resolve these issues. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.